*CNO*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### 1300 Clay St. #300
### Oakland, CA 94612

**TRANSMITTAL FORM**

E-filing

BAPFNC-08-

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA 91105

CASE NAME: Arriva Pharmaceuticals, Inc.

BANKRUPTCY NO.: 07-42767 J11

BANKRUPTCY JUDGE: Jellen

DATE NOTICE OF APPEAL FILED: 02/07/2008

DATE OF ENTRY OF ISSUE: 01/30/2008

DATE BANKRUPTCY FILED: 08/29/2007

NOTICE OF OBJECTION FILED:

DATE OF TRANSMITTAL:2/26/08

**RECEIVED**
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

FEB 2 8 2008

FILED
DOCKETED  2-28-08
        DATE        INITIAL

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy
to the bankruptcy court.

  /s/ Patricia Lenhart
Deputy Clerk

U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California   (626) 229-7220
Appeals from all other Districts  (626) 229-7225



In Re:  ARRIVA PHARMACEUTICALS, INC.   E-filing

BAP No.: NC-08-1064   (NOA filed 2/7/08)

Bankruptcy No(s).: 07-42767

Adversary No(s).:              CV 08       1279

NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT                *MHP*

A party to the appeal has timely filed an objection to the
disposition of this matter by the Bankruptcy Appellate Panel.
See 28 USC Section 158.  Consequently, this appeal is herewith
transferred to ____SAN FRANCISCO DISTRICT COURT_____.

Please acknowledge receipt of the case file listed above
by signing and returning a copy of this transmittal form.


Harold S. Marenus, BAP Clerk

By: Edwina Clay
    Deputy Clerk

Date: February 28, 2008


                        Please acknowledge receipt of
                        the case file listed above.

                        Dated:_____

                        Signed:_____
                               District Court Deputy

                        Assigned District Court No.

                        _____

cc: Bankruptcy Court
    All Parties

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

FEB **2 8** 2008

FILED_____

DOCKETED_____
DATE          INITIAL

1   Squire, Sanders & Dempsey L.L.P.
    Douglas J. Rovens (State Bar # 106562)
2   drovens@ssd.com
    James E. McDonald (admitted *Pro Hac Vice*)
3   jmcdonald@ssd.com
    Daniel T. Balmat (State Bar # 230504)
4   dbalmat@ssd.com
    One Maritime Plaza, Suite 300
5   San Francisco, CA 94111
    Telephone:  +1.415.954.0383
6   Facsimile:  +1.415.393.9887

7   Attorneys for AlphaMed Pharmaceuticals Corp.,
    a Florida corporation
8
                    UNITED STATES BANKRUPTCY COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         OAKLAND DIVISION
11

12
    In re                                    Case No.  07-42767
13
    ARRIVA PHARMACEUTICALS, INC., a          Chapter 11
14  California corporation,
                                             **NOTICE OF APPEAL**
15              Debtor.

16  Tax ID: 94-3287067

17

18      AlphaMed Pharmaceuticals Corp. ("AlphaMed"), creditor and party-in-interest, appeals to

19  the bankruptcy appellate panel under 28 U.S.C. § 158 from the order of the bankruptcy judge

20  (Honorable Edward D. Jellen) confirming Debtor's Fourth Amended Chapter 11 Plan of

21  Reorganization, entered in this Chapter 11 case on the 30th day of January, 2008.

22      The names of all parties to the order appealed from and the names, addresses, and

23  telephone numbers of their respective attorneys are as follows:

24

| AlphaMed Pharmaceuticals Corp. Represented by: | Arriva Pharmaceuticals, Inc. (Debtor) Represented by: |
|---|---|
| Squire, Sanders & Dempsey, L.L.P. | Sheppard, Mullin, Richter & Hampton LLP |
| Douglas J. Rovens (State Bar # 106562) | Michael H. Ahrens |
| drovens@ssd.com | mahrens@sheppardmullin.com |
| James E. McDonald (admitted *Pro Hac Vice*) | 4 Embarcadero Center 17th Floor |
| jmcdonald@ssd.com | San Francisco, CA 94111 |
| Daniel T. Balmat (State Bar # 230504) | Telephone:  (415) 434-9100 |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111

-1-                          NOTICE OF APPEAL

Case: 07-42767    Doc #: 358    Filed: 02/07/2008    Page 1 of 3

| | |
|---|---|
| dbalmat@ssd.com<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111<br>Telephone: +1.415.954.0383<br>Facsimile: +1.415.393.9887 | Facsimile: (415) 434-3947 |
| **U.S. Trustee**<br>Office of the U.S. Trustee<br>1301 Clay St. #690N<br>Oakland, CA 94612<br>Telephone: (510) 637-3200<br>USTPRegion17.OA.ECF@usdoj.gov | **Official Committee of Creditors Holding Unsecured Claims**<br>c/o Michael D. Cooper<br>mcooper@wendel.com<br>Wendel Rosen Black & Dean, LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607<br>Telephone: (510) 834-6600 |
| **American Express Bank FSB**<br>c/o Becket and Lee LLP<br>Gilbert B. Weisman<br>Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355-0701<br>(610) 644-7800<br>notices@becket-lee.com | **Baxter Healthcare Corporation**<br>c/o David M. Wiseblood<br>Seyfarth Shaw LLP<br>560 Mission Street, Suite 3100<br>San Francisco, CA 94105<br>(415) 544-1039<br>(415) 397-8549 (fax)<br>dwiseblood@seyfarth.com |
| **DIP Lenders et al**<br>c/o Stuart M. Brown<br>Edwards, Angell, Palmer & Dodge LLP<br>919 N Market St., 5th Fl.<br>Wilmington, DE 19801<br>(302) 428-5500 | **Heller Ehrman LLP**<br>c/o Michaeline H. Correa<br>Heller, Ehrman, White and McAuliffe<br>333 Bush St.<br>San Francisco, CA 94104-2878<br>(415) 772-6000<br>MCorrea@hewm.com |
| **John Lezdey**<br>c/o Squire, Sanders & Dempsey, L.L.P.<br>Douglas J. Rovens (State Bar # 106562)<br>drovens@ssd.com<br>James E. McDonald (admitted *Pro Hac Vice*)<br>jmcdonald@ssd.com<br>Daniel T. Balmat (State Bar # 230504)<br>dbalmat@ssd.com<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111<br>Telephone: +1.415.954.0383<br>Facsimile: +1.415.393.9887 | **MPM Asset Management II, LLC, et al.**<br>c/o Jeffer, Mangels, Butler & Marmaro<br>Attention: Nicolas De Lancie<br>Two Embarcadero Center, Fifth Floor<br>San Francisco, CA 94121<br>415-398-8080<br>415-398-5584 (fax)<br>NDeLancie@jmbm.com |
| **Nordic Biotech Venture Fund II K/S**<br>c/o M. David Minnick<br>Pillsbury Winthrop Shaw Pittman LLP<br>50 Fremont Street<br>San Francisco, CA 94105<br>(415) 983-1000<br>(415) 983-1200 (fax)<br>dminnick@pillsburylaw.com | **Sacks Tierney P.A.**<br>Sacks Tierney P.A.<br>4250 N. Drinkwater Blvd.<br>Fourth Floor<br>Scottsdale, AZ 85251-3693<br>480-425-2600<br>480-970-4610 (fax)<br>Scott.Cohen@SacksTierney.com |

Case: 07-42767    Doc #: 358    Filed: 02/07/2008    Page 2 of 3

| | |
|---|---|
| 1 | **Allan M Wachter** | **Protease Science, Inc.** |

**Allan M Wachter**
Kornfield, Paul & Nyberg, P.C.
Chris Kuhner
1999 Harrison St, Ste 2675
Oakland, CA 94612
510-763-1000
c.kuhner@kornfieldlaw.com

**Protease Science, Inc.**
c/o Squire, Sanders & Dempsey, L.L.P.
Douglas J. Rovens (State Bar # 106562)
drovens@ssd.com
James E. McDonald (admitted *Pro Hac Vice)*
jmcdonald@ssd.com
Daniel T. Balmat (State Bar # 230504)
dbalmat@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA  94111
Telephone:  +1.415.954.0383
Facsimile: +1.415.393.9887

**Sonoran Desert Chemicals, LLC**
c/o Squire, Sanders & Dempsey, L.L.P.
Douglas J. Rovens (State Bar # 106562)
drovens@ssd.com
James E. McDonald (admitted *Pro Hac Vice)*
jmcdonald@ssd.com
Daniel T. Balmat (State Bar # 230504)
dbalmat@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA  94111
Telephone:  +1.415.954.0383
Facsimile:   +1.415.393.9887

Dated:  February 6, 2008

Squire, Sanders & Dempsey L.L.P.

By: _____ */s/ Daniel T. Balmat* _____
                         Daniel T. Balmat

Attorneys for AlphaMed Pharmaceuticals Corp.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111

- 3 -                                NOTICE OF APPEAL

Case: 07-42767     Doc #: 358     Filed: 02/07/2008     Page 3 of 3

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

In re:               E-filing                Case No.: 07-42767 J11

Arriva Pharmaceuticals, Inc.

                           CV  08        1279

           Debtor(s).    /

### NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES:                                                         **MHP**

YOU AND EACH OF YOU are hereby notified that the enclosed notice of appeal has been filed by

AlphaMed Pharmaceuticals Corp with the Clerk of the Bankruptcy Court. By virtue of the orders

of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal

has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: February 26, 2008

                                      GLORIA L. FRANKLIN, Clerk
                                      United States Bankruptcy Court

                                      By: /s/ Patricia Lenhart
                                           Deputy Clerk

Certificate of Mailing

I, the undersigned, a regularly appointed and qualified clerk in the office of the United States
Bankruptcy Court for the Northern District of California, at Oakland, hereby certify:

That I, in the in the performance of my duties as such clerk, served a copy of the foregoing
document by depositing it in the regular United States mail at Oakland, California, on the date
below, in a sealed envelope, addressed as listed below.

Date:    February 26, 2008                    /s/ Patricia Lenhart
                                              Deputy Clerk


United States Trustee
1301 Clay St. #690N
Oakland, CA 94612

Bankruptcy Appellant Panel
125 S Grand Ave.
Pasadena, CA 91105


**AlphaMed Pharmaceuticals Corp.**
**Represented by:**
Squire, Sanders & Dempsey, L.L.P.
Douglas J. Rovens
James E. McDonald
Daniel T. Balmat
One Maritime Plaza, Suite 300
San Francisco, CA 9411

**Arriva Pharmaceuticals, Inc. (Debtor)**
**Represented by:**
Sheppard, Mullin, Richter & Hampton LLP
Michael H. Ahrens
mahrens@sheppardmullin.com
4 Embarcadero Center 17th Floor
San Francisco, CA 94111

**Official Committee of Creditors Holding**
**Unsecured Claims**
c/o Michael D. Cooper

mcooper@wendel.com
Wendel Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

**American Express Bank FSB**
c/o Becket and Lee LLP
Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

**Baxter Healthcare Corporation**
c/o David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105

**DIP Lenders et al**
c/o Stuart M. Brown
Edwards, Angell, Palmer & Dodge LLP
919 N Market St., 5th Fl.
Wilmington, DE 19801

**Heller Ehrman LLP**
c/o Michaeline H. Correa
Heller, Ehrman, White and McAuliffe
333 Bush St.
San Francisco, CA 94104-2878

**John Lezdey**
c/o Squire, Sanders & Dempsey, L.L.P.
Douglas J. Rovens
James E. McDonald
Daniel T. Balmat (
One Maritime Plaza, Suite 300
San Francisco, CA 94111

**MPM Asset Management II, LLC, et al.**
c/o Jeffer, Mangels, Butler & Marmaro
Attention: Nicolas De Lancie
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94121

**Nordic Biotech Venture Fund II K/S**
c/o M. David Minnick

Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

**Sacks Tierney P.A.**
Sacks Tierney P.A.
4250 N. Drinkwater Blvd.
Fourth Floor
Scottsdale, AZ 85251-3693

**Allan M Wachter**
Kornfield, Paul & Nyberg, P.C.
Chris Kuhner
1999 Harrison St, Ste 2675
Oakland, CA 94612

**Protease Science, Inc.**
c/o Squire, Sanders & Dempsey, L.L.P.
Douglas J. Rovens
James E. McDonald
Daniel T. Balmat
One Maritime Plaza, Suite 300
San Francisco, CA 94111

**Sonoran Desert Chemicals, LLC**
c/o Squire, Sanders & Dempsey, L.L.P.
Douglas J. Rovens
James E. McDonald
Daniel T. Balmat
One Maritime Plaza, Suite 300
San Francisco, CA 94111

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8
                UNITED STATES BANKRUPTCY APPELLATE PANEL
9
                           OF THE NINTH CIRCUIT
10
                 On Appeal from the United States Bankruptcy Court
11                    for the Northern District of California
                          Hon. Edward D. Jellen
12

13  In re                              BAP No. _____

14  ARRIVA PHARMACEUTICALS, INC., a    Case No. 07-42767
    California corporation,
15                                     **STATEMENT OF ELECTION TO**
                Debtor-Appellee.       **TRANSFER APPEAL OF ALPHAMED**
16                                     **PHARMACEUTICALS CORP. TO**
    Tax ID: 94-3287067                 **THE UNITED STATES DISTRICT**
17                                     **COURT FOR THE NORTHERN**
                                       **DISTRICT OF CALIFORNIA**
18

19

20                           **STATEMENT OF ELECTION**
21
           The Debtor, Arriva Pharmaceuticals, Inc., hereby elects, pursuant to 28 U.S.C. §
22
    158(c)(1)(B) and Bankruptcy Rule 8001(e)-1, to transfer to the United States District Court
23
    for the Northern District of California the appeal for which AlphaMed Pharmaceuticals
24
    Corp. filed a notice of appeal on February 7, 2008.
25

26

27

28

                                      -1-

1

2        Out of an abundance of caution, we file this Statement of Election in both the

3   United States Bankruptcy Court for the Northern District of California and the Ninth

4   Circuit Bankruptcy Appellate Panel.

5

6

7   DATED:  February 8, 2008

8                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10                         By

11                                         TIMOTHY C. PERRY

12                                         Attorneys for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
     MICHAEL H. AHRENS, Cal. Bar No. 44766
3    ORI KATZ, Cal. Bar No. 209561
     MICHAEL M. LAUTER Cal. Bar No. 246048
4    TIMOTHY C. PERRY, Cal. Bar No. 248543
     Four Embarcadero Center, 17th Floor
5    San Francisco, California  94111-4106
     Telephone:    415-434-9100
6    Facsimile:    415-434-3947

7    Attorneys for ARRIVA PHARMACEUTICALS, INC.

8
                  UNITED STATES BANKRUPTCY APPELLATE PANEL
9
                             OF THE NINTH CIRCUIT
10
                 On Appeal from the United States Bankruptcy Court
11                    for the Northern District of California
                            Hon. Edward D. Jellen
12

13   In re                                   BAP No. _____

14   ARRIVA PHARMACEUTICALS, INC., a         Case No. 07-42767
     California corporation,
15                                           **STATEMENT OF ELECTION TO**
                      Debtor-Appellee.       **TRANSFER APPEAL OF ALPHAMED**
16                                           **PHARMACEUTICALS CORP. TO**
     Tax ID: 94-3287067                      **THE UNITED STATES DISTRICT**
17                                           **COURT FOR THE NORTHERN**
                                             **DISTRICT OF CALIFORNIA**
18

19

20
                            **STATEMENT OF ELECTION**
21
            The Debtor, Arriva Pharmaceuticals, Inc., hereby elects, pursuant to 28 U.S.C. §
22
     158(c)(1)(B) and Bankruptcy Rule 8001(e)-1, to transfer to the United States District Court
23
     for the Northern District of California the appeal for which AlphaMed Pharmaceuticals
24
     Corp. filed a notice of appeal on February 7, 2008.
25

26

27

28

                                        -1-
     W02-WEST:5TIP1\400703161.1                    STATEMENT OF ELECTION.

1

2      Out of an abundance of caution, we file this Statement of Election in both the

3   United States Bankruptcy Court for the Northern District of California and the Ninth

4   Circuit Bankruptcy Appellate Panel.

5

6

7   DATED:  February 8, 2008

8                                       SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9

10                              By

11                                            TIMOTHY C. PERRY

12                                            Attorneys for Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2 |    Including Professional Corporations
  MICHAEL H. AHRENS, Cal. Bar No. 44766
3 | ORI KATZ, Cal. Bar No. 209561
  MICHAEL M. LAUTER Cal. Bar No. 246048
4 | TIMOTHY C. PERRY, Cal. Bar No. 248543
  Four Embarcadero Center, 17th Floor
5 | San Francisco, California 94111-4106
  Telephone:   415-434-9100
6 | Facsimile:    415-434-3947

**E-filing**

7 | Attorneys for ARRIVA PHARMACEUTICALS, INC.

8

### UNITED STATES BANKRUPTCY COURT

9

### NORTHERN DISTRICT OF CALIFORNIA

10

### OAKLAND DIVISION

11

12

| In re | BAP No. _____ 1279 **MHP** |
|---|---|
| ARRIVA PHARMACEUTICALS, INC., a California corporation, | Case No. 07-42767 |
| Debtor-Appellee. | **STATEMENT OF ELECTION TO TRANSFER APPEAL OF ALPHAMED PHARMACEUTICALS CORP. TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| Tax ID: 94-3287067 | |

20

### STATEMENT OF ELECTION

21      The Debtor, Arriva Pharmaceuticals, Inc., hereby elects, pursuant to 28 U.S.C. §

22 158(c)(1)(B) and Bankruptcy Rule 8001(e)-1, to transfer to the United States District Court

23 for the Northern District of California the appeal for which AlphaMed Pharmaceuticals

24 Corp. filed a notice of appeal on February 7, 2008.

25

26

27

28

-1-

W02-WEST:5TIP1\400703154.1                         STATEMENT OF ELECTION.

1    Out of an abundance of caution, we file this Statement of Election in both the

2  United States Bankruptcy Court for the Northern District of California and the Ninth

3  Circuit Bankruptcy Appellate Panel.

4

5  DATED: February 8, 2008

6                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

7

8                         By _____/s/ Timothy C. Perry_____
                                                TIMOTHY C. PERRY
9

10                                          Attorneys for Debtor

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

W02-WEST:5TJP1\400703154.1                                    STATEMENT OF ELECTION.



Entered on Docket
**January 30, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

**Signed: January 30, 2008**

2 | A Limited Liability Partnership Including Professional

3 | Corporations
MICHAEL H. AHRENS,

4 | Cal. Bar No. 44766
ORI KATZ, Cal.

_____
**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**

5 | Bar No. 209561
Four Embarcadero Center, 17th Floor

6 | San Francisco, California 94111-4109

7 | Telephone:   415-434-9100
Facsimile:   415-434-3947

8 | Attorneys   for   ARRIVA   **E-filing**

9 | PHARMACEUTICALS, INC.

10 |              UNITED STATES BANKRUPTCY COURT

11 |              NORTHERN DISTRICT OF CALIFORNIA

12 |              OAKLAND DIVISION

13 |

14 | In re                              Case No. 07-42767   **08 1279**

15 | ARRIVA PHARMACEUTICALS, INC., a   Chapter 11                 **MHP**
California corporation,

16 |                 Debtor.            **ORDER CONFIRMING DEBTOR'S
FOURTH AMENDED CHAPTER 11**

17 | Tax ID: 94-3287067                 **PLAN OF REORGANIZATION
DATED DECEMBER 12, 2007**

18 |

19 |                                    Date:    January 16, 2008
Time:    10:00 a.m.

20 |                                    Place:   United States Bankruptcy Court
1300 Clay Street, Oakland, CA

21 |                                    Ctrm:    215
Judge:   Hon. Edward D. Jellen

22 |

23 |

24 |      Arriva Pharmaceuticals, Inc. (the "Debtor"), as debtor and debtor-in-possession in the

25 | above-captioned bankruptcy case, having proposed its *Fourth Amended Chapter 11 Plan of*

26 | *Reorganization, dated December 12, 2007* (the "Plan"), the Court having conducted a hearing to

27 | consider confirmation of the Plan commencing on January 16, 2008, copies of the Plan, the

28 | *Disclosure Statement to the Fourth Amended Chapter 11 Plan of Reorganization, dated*

1  *December 12, 2007* (the "Disclosure Statement"), and the order approving the Disclosure
2  Statement and providing related relief (the "Disclosure Statement Order") having been provided to
3  creditors and parties-in-interest in accordance with the terms of the Disclosure Statement Order or
4  as otherwise approved by this Court; adequate notice of the hearing having been provided in
5  accordance with Rule 2002(b) of the Federal Rules of Bankruptcy Procedure, to counsel for the
6  official committee of unsecured creditors (the "Committee") appointed in this case, the Office of
7  the United States Trustee, and to all creditors, parties-in-interest and other entities as required to
8  be served in the Disclosure Statement Order and prior orders of this Court; appearances by and on
9  behalf of parties-in-interest having been made at the hearing and noted on the record; the Court
10  having considered the Plan, any objections to confirmation, the arguments of counsel, the evidence
11  submitted at the hearing, the *Debtor's Memorandum of Points and Authorities in Support of*
12  *Confirmation of Debtor's Fourth Amended Chapter 11 Plan of Reorganization, dated*
13  *December 12, 2007, and Reply to Objection of AlphaMed Pharmaceuticals Corp. re Same* (the
14  "Memorandum"), and the filed declarations of M. Sue Preston (the "Preston Declaration"), John
15  Barberich (the "Barberich Declaration"), Michael H. Ahrens (the "Ahrens Declaration") and Dawn
16  Whitehead (the "Whitehead Declaration"), the *Request for Judicial Notice in Connection with*
17  *Confirmation Hearing on Debtor's Plan of Reorganization* (the "Request for Judicial Notice"); the
18  offer of proof made and other evidence introduced at the Confirmation Hearing and noted on the
19  record; the records and files in this chapter 11 case; all documents and testimony admitted into
20  evidence at the Confirmation Hearing; and good cause appearing therefore, the Court orders as
21  follows:

22
23                                                    **ORDER**

24      1.      The Plan is confirmed.  The Court finds all of the applicable confirmation
25  requirements set forth in Bankruptcy Code section 1129 have been satisfied.  The Plan is binding
26  upon the Debtor, its creditors and equity interest holders irrespective of (i) whether the claim or
27  interest of such creditor or equity interest holder has been allowed and (ii) whether such creditor or
28  equity interest holder has accepted the Plan.

-2-

1    2.    Undefined capitalized terms appearing in this order (the "Confirmation Order")
2    shall have the meanings assigned to such terms in the Plan or the Disclosure Statement. The Plan
3    is filed as docket number 241 in this case.

4    3.    On the Effective Date and automatically and without further action, (i) each
5    existing member of the board of directors of the Debtor will be deemed to have resigned, (ii) the
6    new board members of the Reorganized Debtor shall be those identified in the Plan Supplement,
7    and (iii) pursuant to California law, the Reorganized Debtor shall be authorized and empowered to
8    take all such actions and measures necessary to implement and administer the terms and
9    conditions of the Plan. The Debtor's Articles will be amended as of the Effective Date to the
10   extent necessary to incorporate the provisions of the Plan and to prohibit the issuance of nonvoting
11   equity securities as required by section 1123(a)(6) of the Bankruptcy Code. Further, as of the
12   Effective Date the pre-Petition Date Voting Agreement and Investor Rights Agreement shall be
13   deemed null and void and of no further effect. The rights and interests of the New Common and
14   New Series A Preferred shall be governed by and controlled pursuant to the terms and conditions
15   of the Reorganized Debtor's Articles, Voting Agreement and Investor Rights Agreement, which
16   are substantially in the form included in and filed with the Plan Supplement.

17   4.    On the Effective Date, the Reorganized Debtor shall be responsible for making
18   distributions under the Plan. The Reorganized Debtor shall hold and administer the Reserves
19   provided for in the Plan. Wachter shall contribute to the Reorganized Debtor the Wachter
20   Judgment in order that the prosecution of the Wachter Judgment and other Lezdeys Litigation may
21   be coordinated and prosecuted by the Debtor. The Reorganized Debtor shall pursue all rights and
22   benefits of any and all applicable insurance policies that cover any claims asserted or that may be
23   asserted by any holder of any Claim. On the Effective Date, title to the SVB Collateral and
24   Control Agreement Collateral shall vest in the Reorganized Debtor subject to the liens existing
25   immediately prior to the Effective Date, and subject to the provisions of Article 5.2 of the Plan.

26   5.    All of the Reserves shall vest with the Reorganized Debtor on the Effective Date.
27   All Reserves shall be held in an interest bearing account and such interest shall increase the
28   amount of such Reserve Account. Any Reserves Balances remaining in any of the Reserves after

-3-

ORDER CONFIRMING DEBTOR'S FOURTH
AMENDED PLAN DATED DECEMBER 12, 2007

1  the payment of all Allowed Claims entitled to receive payments from such Reserve under the Plan,

2  respectively; shall be distributed to the Reorganized Debtor. The Reorganized Debtor shall be

3  responsible for fees and expenses in connection with the Claims objections filed by the Debtor or

4  Reorganized Debtor, and the Lezdeys Litigation only to the extent of the Plan Expense Reserve

5  and any insurance policy benefits that are readily available for payment of such fees and expenses.

6      6.      The Reorganized Debtor shall administer the Plan subject to the foregoing duties

7  and powers, which shall include the following:

8          a.      To prosecute, compromise or settle objections to Claims and/or Interests

9                  (disputed or otherwise) and to make or direct that distributions be made to

10                 holders of Allowed Claims;

11         b.      To make decisions regarding the retention or engagement of Professionals

12                 and to pay, without court order, all reasonable fees and expenses incurred

13                 after the Effective Date;

14         c.      To make or direct distributions to holders of Allowed Claims and to

15                 otherwise implement and administer the Reserves and the Plan;

16         d.      To pursue, litigate or settle the Avoidance Actions, Lezdeys Litigation and

17                 to collect the Wachter Judgment; provided, however, that neither

18                 Reorganized Debtor nor any other Person shall have the power to pursue,

19                 litigate or settle Avoidance Actions against any Person who holds a Claim

20                 that is Allowed;

21         e.      To file with the Bankruptcy Court the reports and other documents and to

22                 pay any and all fees required by the Plan or otherwise required to close the

23                 Chapter 11 Case, including the preparation and filing of a motion for a final

24                 decree;

25         f.      To set off amounts owed to the Debtor against any and all amounts

26                 otherwise due to be distributed to the holder of an Allowed Claim under the

27                 Plan; and

28

-4-

1

g.      take all other actions not inconsistent with the provisions of the Plan

2

deemed necessary or desirable in connection with administering the Plan.

3       7.      Notwithstanding any provision of the Plan or this Confirmation Order, the Debtor

4  and Reorganized Debtor shall have no duty or obligation of any kind to take action which would

5  involve incurring fees, costs or other financial obligations that would exceed the funds available in

6  the Plan Expense Reserve and any insurance policy benefits that are readily available for payment

7  of such fees and expenses, which shall be the sole source for funding such fees, costs and financial

8  obligations.  The Debtor and Reorganized Debtor shall have no obligation to utilize any assets

9  other than the funds in the Plan Expense Reserve for any aspect of the implementation of the Plan.

10  The Reorganized Debtor may use the funds in the Plan Expense Reserve and any insurance policy

11  benefits that are readily available for payment of such fees and expenses for such purposes in

12  performing its duties under the Plan as the Reorganized Debtor determines in its sole discretion.

13      8.      Except as otherwise provided for in the Plan or this Confirmation Order, on the

14  Effective Date, without any further action, the Reorganized Debtor will be vested with all of the

15  Property of the Debtor's Estate, free and clear of all Claims, Liens and Interests, and shall have all

16  of the powers of a corporation under applicable law.  As of the Effective Date, the Reorganized

17  Debtor may operate its business and use, acquire and dispose of property and settle and

18  compromise post-Effective Date claims or interests without the supervision of the Bankruptcy

19  Court, free of any restrictions of the Bankruptcy Code or Bankruptcy Rules.

20      9.      The Committee shall continue to act as an advisory committee to the Reorganized

21  Debtor, with the full power to be heard in any matters in the Bankruptcy Court.  The Committee

22  and its professionals shall not be entitled to any fees or expenses from the Reorganized Debtor or

23  any assets of the Reorganized Debtor for their post-Effective Date activities.

24      10.     Pursuant to section 1123(b)(3)(A) of the Bankruptcy Code and Bankruptcy Rule

25  9019, the Court approves the compromise and settlement embodied in the Plan of any and all

26  claims, suits and causes of action of the Debtor, the Estate, of their respective successors or

27  assigns, and any Person or Entity claiming a right in a derivative capacity on their behalf (the

28  "Debtor Claimants") against the DIP Agent, DIP Lenders and the Plan Funders, together with all

-5-

1 of their current officers, current directors, current attorneys, current advisors and any consultants
2 that performed services after the Petition Date, and Wachter and the Debtor's current officers,
3 current directors, professionals who have been approved by the Bankruptcy Court to represent the
4 Debtor, and any consultants that performed services after the Petition Date (collectively, the
5 "Released Parties"), as set forth more fully below. Notwithstanding anything herein or elsewhere
6 to the contrary, absent a specific settlement and release entered into with the Lezdeys by the
7 Debtor or the Reorganized Debtor approved by a Final Order by the Court, the Lezdeys, and each
8 of them, in every capacity, are not Released Parties.

9        11.     On the Effective Date, the Debtor Claimants are deemed to, with respect to any and
10 all direct and derivative claims, whether or not asserted, unconditionally and irrevocably release
11 the Released Parties from any and all direct, indirect or derivative claims, obligations, suits,
12 judgments, Liens, damages, rights, causes of action, liabilities, claims or rights of contribution and
13 indemnification, and all other controversies of every type, kind, nature, description or character
14 whatsoever, whether liquidated or unliquidated, fixed or contingent, matured or unmatured, known
15 or unknown, foreseen or unforeseen, asserted, threatened or not, then existing or thereafter arising,
16 in law, equity or otherwise that are based in whole or in part upon any act or omission, transaction,
17 event or other occurrence taking place from the beginning of time to the Effective Date arising
18 from or relating in any way, directly or indirectly, to the Debtor, its Properties, assets, operations
19 or liabilities, the Chapter 11 Case, the Plan, or the Disclosure Statement; *provided however*, that
20 the Debtor Claimants shall not be deemed to have released any rights to enforce the terms of the
21 Plan or their rights to distributions thereunder. The consideration for the releases was given in
22 part in exchange for the release of such claims. The Debtor Claimants hereby waive any rights or
23 benefits under California Civil Code Section 1542, which provides that:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with debtor and any rights or benefits under similar laws.

The Confirmation Order specifically provides for the foregoing releases.

-6-

1  12. Notwithstanding the foregoing, (i) nothing herein or in the Plan shall in any manner
2 release the Released Parties from any liability for their willful misconduct or gross negligence; and
3 (ii) nothing herein shall release any rights under Bankruptcy Code Section 1144 to revoke this
4 Confirmation Order, which could result in a revocation of the releases contained in the Plan.

5  13. On the Effective Date, the Debtor Claimants respecting the claims released above
6 shall be permanently enjoined from commencing, conducting or continuing in any manner,
7 directly or indirectly, any suit, action or other proceeding of any kind, asserting any setoff, right of
8 subrogation, contribution, indemnification or recoupment of any kind, directly or indirectly, or
9 proceeding in any manner in any place inconsistent with the releases granted to the Released
10 Parties pursuant to the Plan.

11  14. The consideration the Plan Funders shall provide, or have provided, in exchange
12 for the releases described in the Plan and the receipt of the New Common and New Series A
13 Preferred, is adequate.

14  15. The Reorganized Debtor shall make distributions, and establish and maintain
15 Reserves, as set forth in the Plan. Objections to Claims shall be filed and served as set forth in the
16 Plan, and may be resolved as set forth in the Plan.

17  16. Any and all pre-petition leases or executory contracts included on Debtor's existing
18 Schedule G shall be deemed assumed by the Debtor effective as of the Confirmation Date, but
19 subject to the occurrence of the Effective Date. Any and all pre-petition leases and executory
20 contracts not included on Debtor's existing Schedule G shall be deemed rejected by the Debtor
21 effective as of the Confirmation Date, but subject to the occurrence of the Effective Date.

22  17. On the Effective Date, (a) the Debtor, and the Debtor's current officers, current
23 directors, professionals who have been approved by the Bankruptcy Court to represent the Debtor,
24 and any consultants that performed services after the Petition Date (solely in their capacities as
25 such, but excluding the Lezdeys in every capacity) and (b) the Plan Funders, DIP Agent and DIP
26 Lenders, together with all of their current officers, current directors, current attorneys, current
27 advisors, and any consultants that performed services after the Petition Date, shall be deemed to
28 release each of the other of and from any claims, obligations, rights, causes of action and liabilities

-7-

ORDER CONFIRMING DEBTOR'S FOURTH
AMENDED PLAN DATED DECEMBER 12, 2007

1  for any act or omission occurring solely during the period from the Petition Date through the
2  Effective Date, generally, including, without limitation, any act or omission occurring during the
3  Chapter 11 Case, any act or omission occurring in connection with post-Petition Date sales of
4  Property, the DIP Facility, the Exit Facility, the Plan Funders Debt Commitment, the Disclosure
5  Statement, the pursuit of approval of the Disclosure Statement, the pursuit of confirmation of the
6  Plan, the consummation of the Plan or the administration of the Plan or the property to be
7  distributed under the Plan, except for acts or omissions which constitute willful misconduct or
8  gross negligence, and all such Persons, in all respects, shall be entitled to rely upon the advice of
9  counsel with respect to their duties and responsibilities under the Plan and under the Bankruptcy
10 Code; provided, however, that nothing herein shall release the Debtor, the Reorganized Debtor, or
11 the Plan Funders from their obligations under the Plan or under the DIP Facility, Exit Facility,
12 Confirmation Order or the Plan Funders' Debt Commitment on and after the Effective Date;
13 provided further that nothing herein shall release any rights under Bankruptcy Code Section 1144
14 to revoke an order of confirmation which could result in a revocation of the exculpation provisions
15 of the Plan.

16      18.     Except as otherwise provided for in the Plan or in the Confirmation Order, in
17 accordance with section 1141(d) of the Bankruptcy Code, entry of the Confirmation Order acts as
18 a discharge effective as of the Effective Date of all debts, Claims against, Liens on, and Interests
19 in the Debtor, its assets and Property, which debts, Claims, Liens and Interests arose at any time
20 before the entry of the Effective Date. The discharge of the Debtor shall be effective as to each
21 Claim and Interest, regardless of whether a proof of Claim or Interest was filed or whether the
22 Claim or Interest was Allowed or whether the holder of the Claim or Interest votes to accept the
23 Plan. On the Effective Date, as to each and every discharged Claim and Interest, any holder of
24 such Claim or Interest shall be precluded from asserting such Claim or Interest against the Debtor
25 or Reorganized Debtor or their assets or properties.

26      19.     On and after the Confirmation Date, except to enforce the terms and conditions of
27 the Plan before the Bankruptcy Court, all Persons or Entities who have held, hold or may hold any
28 Claim arising before the Petition Date against or Interest in the Debtor and all Persons or Entities

-8-

1  who have filed a Proof of Claim in the above-captioned Bankruptcy Case are permanently

2  enjoined from and after the Confirmation Date from:

3    a. commencing, conducting or continuing in any manner, any suit, action or

4     other proceeding of any kind (including, without limitation, any proceeding

5     in a judicial, arbitral, administrative or other forum) or enforcing, levying,

6     or collecting, against (i) the Debtor or the Reorganized Debtor or their

7     property and (ii) the officers and directors of Arriva for Claims arising after

8     the Petition Date and prior to the Effective Date.

9    b. Notwithstanding the provisions of the Plan, nothing in the Plan shall be

10     deemed or construed:

11     (1) To discharge the debt or liability of any person, other than the

12      Debtor and the Reorganized Debtor, for any act, event or Claim

13      arising before the Petition Date.

14     (2) To enjoin any person from commencing, conducting or continuing

15      in any manner, any suit, action or other proceeding of any kind

16      (including, without limitation, any proceeding in a judicial, arbitral,

17      administrative or other forum) against any person other than the

18      Debtor or the Reorganized Debtor for any act, event or Claim

19      arising before the Petition Date.

20 20. All objections to confirmation of the Plan or to the relief requested in the Plan, to

21  the extent not withdrawn, waived or settled, and all reservations of rights included in any objection

22  to the Plan, are overruled.

23 21. This Court shall retain jurisdiction, to the extent permitted by applicable law or

24  Article X of the Plan.

25 22. Nothing in the Plan or this Order shall be deemed or construed to impair the right

26  of any person to seek revocation of this Order, or the power of the Court to revoke the order of

27  confirmation, pursuant to Section 1144 of the Bankruptcy Code.

28

-9-

1    23.    Except to the extent that the Bankruptcy Code is applicable, the rights and

2  obligations arising under the Plan shall be governed by and construed and enforced in accordance

3  with the laws of the State of California.

4

5                                    ** END OF ORDER **

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                    -10-
                                                            ORDER CONFIRMING DEBTOR'S FOURTH
                                                            AMENDED PLAN DATED DECEMBER 12, 2007

COURT SERVICE LIST

**1. Counsel for the Official Creditors' Committee**
Michael D. Cooper
Wendel Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
(510) 834-6600

**2. Office of the U.S. Trustee /Oakland**
Office of the U.S. Trustee
Attention: Laurent Chen
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

**3. Attorneys for AlphaMed Pharmaceuticals Corp.**
Penn Ayers Butler
Squire, Sanders and Dempsey
600 Hansen Way
Palo Alto, CA 94304-1043
(650) 843-3242

**4. Stuart M. Brown**
Edwards, Angell, Palmer & Dodge LLP
919 N Market St., 5th Fl.
Wilmington, DE 19801
(302) 428-5500

**5. M. David Minnick**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
(415) 983-1351

**6. Counsel for the Debtor**
Michael H. Ahrens
Four Embarcadero Center, Suite 1700
San Francisco, CA 94114
(415) 434-9100

-11-

U.S. Bankruptcy Court
Northern District of California (Oakland)
Bankruptcy Petition #: 07-42767

Assigned to: Judge Edward D. Jellen                  Date Filed: 08/29
Chapter 11
Voluntary
Asset

Debtor                              represented by  Michael H. Ahr
Arriva Pharmaceuticals, Inc.                         Sheppard, Mull
1010 Atlantic Ave.                                   4 Embarcadero
Alameda, CA 94501                                    San Francisco,
Tax id: 94-3287067                                   (415) 434-9100
aka                                                  Email: mahrens
AlphaOne Pharmaceuticals, Inc

                                                     Ori Katz
                                                     Sheppard, Mull
                                                     4 Embarcadero
                                                     San Francisco,
                                                     (415) 434-9100
                                                     Email: okatz@s

Responsible Ind
M. Sue Preston
1010 Atlantic Ave.
Alameda, CA 94501

U.S. Trustee
Office of the U.S. Trustee /Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

Creditor Committee                  represented by  Michael D. Coc
Official Committeee of Creditors Holding            Wendel, Rosen,
Unsecured Claims                                     1111 Broadway
c/o Michael D. Cooper                                P.O. Box 2047
Wendel Rosen Black & Dean, LLP                       Oakland, CA 94
1111 Broadway, 24th Floor                            (510) 834-6600
Oakland, CA 94607                                    Email: mcooper
510-834-6600

                                                     Tracy Green
                                                     Wendel, Rosen,
                                                     1111 Broadway
                                                     P.O. Box 2047
                                                     Oakland, CA 94
                                                     (510) 834-6600
                                                     Email: tgreen@

| Filing Date | # | Docket Text |
|---|---|---|
| 08/29/2007 | 1 | Chapter 11 Voluntary Petition, Fee Amount $1039, Arriva Pharmaceuticals, Inc.. Order Meeting of due by 9/5/2007. (Katz, Ori) Modified on 8/30/2 DEBTOR'S AKA WAS NOT ENTERED; CREDITORS WERE NOT (pl, ). (Entered: 08/29/2007) |
| 08/29/2007 | 2 | Declaration of M. Sue Preston in Support of Au to Sign and File Voluntary Petition (RE: related document(s)[1] Voluntary Petition (Chapter 11)). Debtor Arriva Pharmaceuticals, Inc. (Katz, Ori) 08/29/2007) |
| 08/29/2007 | 3 | List of 20 Largest Unsecured Creditors Filed Debtor Arriva Pharmaceuticals, Inc. (Katz, Ori) 08/29/2007) |
| 08/29/2007 | 4 | Creditor Matrix Filed by Debtor Arriva Pharmaceuticals, Inc. (Katz, Ori) (Entered: 08/ |
| 08/29/2007 | 5 | Statement of Corporate Ownership Under Bankrup 1007(a)(1) Filed by Debtor Arriva Pharmaceutical (Katz, Ori) (Entered: 08/29/2007) |
| 08/29/2007 | 6 | Ex Parte Application to Designate M. Sue Prestor Responsible Individual Filed by Debtor Arriva Pharmaceuticals, Inc. (Katz, Ori) (Entered: 08/ |
| 08/29/2007 | 7 | Ex Parte Motion to Limit Notice Filed by Debtor Arriva Pharmaceuticals, Inc. (Attachments: # (1 Declaration of Michael H. Ahrens) (Katz, Ori) Mc 9/10/2007 TERMINATED. SEE AMENDED DOC # 42(trw, (Entered: 08/29/2007) |
| 08/29/2007 | 8 | Emergency Motion for Order Authorizing Use of Ex Bank Accounts and Cash Management System Filed b Debtor Arriva Pharmaceuticals, Inc. (Katz, Ori) 08/29/2007) |
| 08/29/2007 | 9 | Motion to Set Last Day to File Proofs of Claim Filed by Debtor Arriva Pharmaceuticals, Inc. (A # (1) Exhibit A) (Katz, Ori) (Entered: 08/29/200 |
| 08/29/2007 | 10 | Motion to Borrow and for Related Relief Filed Debtor Arriva Pharmaceuticals, Inc. (Attachment Exhibit A-1# (2) Exhibit A-2# (3) Exhibit B-1# ( B-2# (5) Exhibit B-3) (Katz, Ori) (Entered: 08/2 |
| 08/29/2007 | 11 | Declaration of Philip J. Barr in Support of Ea Motions (RE: related document(s)[8] Motion Miscellaneous Relief, [10] Motion to Obtain Cred |

Motion to Set Last Day to File Proofs of Claim).
Debtor Arriva Pharmaceuticals, Inc. (Attachment
Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exh
Exhibit E# (6) Exhibit F# (7) Exhibit G# (8) Exh
Exhibit I# (10) Exhibit J# (11) Exhibit K# (12)
(13) Exhibit M) (Katz, Ori) (Entered: 08/29/2007

08/29/2007    12        Declaration of M. Sue Preston in Support of Ea
                        *Motions* (RE: related document(s) [8] Motion
                        Miscellaneous Relief, [10] Motion to Obtain Crec
                        Motion to Set Last Day to File Proofs of Claim).
                        Debtor Arriva Pharmaceuticals, Inc. (Attachment
                        Exhibit A) (Katz, Ori) (Entered: 08/29/2007)

08/29/2007    13        Chapter 11 Plan of Reorganization  Filed by Debt
                        Arriva Pharmaceuticals, Inc.. (Katz, Ori) (Ente
                        08/29/2007)

08/29/2007    14        Disclosure Statement *for the Debtor's Plan of
                        Reorganization* Filed by Debtor Arriva Pharmaceut
                        Inc.. (Attachments: # (1) Exhibit B# (2) Exhibi
                        Exhibit D)(Katz, Ori) (Entered: 08/29/2007)

08/29/2007             First Meeting of Creditors with 341(a) meeting t
                        on 10/01/2007 at 09:30 AM at Oakland U.S. Truste
                        Proof of Claim due by 12/31/2007.  (admin, ) (E
                        08/29/2007)

08/30/2007             Receipt of filing fee for Voluntary Petition (Ch
                        11)(07-42767) [misc,volp11] (1039.00). Receipt r
                        4580306, amount $1039.00 (U.S. Treasury) (Entere
                        08/30/2007)

08/30/2007    15        Ex Parte Motion to Shorten Time  (RE: related
                        document(s)[9] Motion to Set Last Day to File Pr
                        Claim filed by Debtor Arriva Pharmaceuticals, In
                        by Debtor Arriva Pharmaceuticals, Inc. (Attachm
                        Exhibit A# (2) Declaration of Michael H. Ahrens)
                        Ori) (Entered: 08/30/2007)

08/30/2007    16        Certificate of Service  (RE: related
                        document(s)[15] Motion to Shorten Time, ).  (Kat
                        (Entered: 08/30/2007)

08/30/2007    17        Order Granting Motion to Shorten Time for Hearir
                        Debtor's Motion Setting Claims Bar Date (Related
                        [15])     (pl, ) (Entered: 08/30/2007)

08/30/2007             **CORRECTIVE ENTRY** Court Added Debtor's AKA an
                        Entered Creditors  (RE: related document(s) [1]
                        Petition (Chapter 11)).     (pl, ) (Entered: 08/3

08/30/2007             Deadlines Updated   Incomplete Filings due by 9/
                        Section 521 Filings due by 10/15/2007. (pl, ) (

08/30/2007

| 08/30/2007 | 18 | Unsecured Creditors Committee Acceptance or Reje (pl, ) (Entered: 08/30/2007) |
| 08/30/2007 | 19 | Order for Payment of State and Federal Taxes . (Entered: 08/30/2007) |
| 08/30/2007 | 20 | Notice of Chapter 11 Bankruptcy Case, Meeting of and Deadlines (Generated)      (pl, ) (Entered: C |
| 08/30/2007 | 21 | Notice of Hearing  (RE: related document(s)[8] Emergency Motion *for Order Authorizing Use of E> Bank Accounts and Cash Management System* Filed k Debtor Arriva Pharmaceuticals, Inc.  (Katz, Ori) scheduled for 9/5/2007  at 10:00 AM at Oakland F Jellen. Filed by Debtor Arriva Pharmaceuticals, (Katz, Ori) (Entered: 08/30/2007) |
| 08/30/2007 | 22 | Notice of Hearing  (RE: related document(s)[9] Motion to Set Last Day to File Proofs of Claim Filed by Debtor Arriva Pharmaceuticals, Inc.  (A # (1) Exhibit A) (Katz, Ori)).  Hearing schedule 9/5/2007 at 10:00 AM at Oakland Room 215 - Jelle Debtor Arriva Pharmaceuticals, Inc.  (Katz, Ori) 08/30/2007) |
| 08/31/2007 | 23 | Certificate of Service  (RE: related document(s)[8] Motion Miscellaneous Relief, [11] Declaration,, [7] Motion to Limit Notice, [12] Declaration,, [9] Motion to Set Last Day to File Claim).  (Katz, Ori) (Entered: 08/31/2007) |
| 08/31/2007 | 24 | Certificate of Service  (RE: related document(s)[10] Motion to Obtain Credit).  (Katz (Entered: 08/31/2007) |
| 08/31/2007 | 25 | Certificate of Service  (RE: related document(s)[11] Declaration,, [22] Notice of Hea Notice of Hearing, ).  (Katz, Ori) (Entered: 08/ |
| 08/31/2007 | 26 | Certificate of Service  (RE: related document(s)[6] Application to Designate Responsi Individual).  (Katz, Ori) (Entered: 08/31/2007) |
| 09/01/2007 | 27 | BNC Certificate of Mailing - Meeting of Creditor related document(s)[20]  Generate 341 Notices). Date 09/01/2007.  (Admin.) (Entered: 09/01/2007) |
| 09/01/2007 | 28 | BNC Certificate of Mailing - Payment of State ar Taxes. (RE: related document(s)[19]  Order for F State and Federal Taxes).     Service Date 09/01 (Admin.) (Entered: 09/01/2007) |

09/01/2007    29    BNC Certificate of Mailing - Unsecured Creditors
                    Acc/Rej Form. (RE: related document(s)[18]  Unse
                    Creditors Committee Acc/Rej Form).    Service D
                    09/01/2007.  (Admin.) (Entered: 09/01/2007)

09/01/2007    30    BNC Certificate of Mailing (RE: related document
                    Order on Motion to Shorten Time).    Service Da
                    09/01/2007.  (Admin.) (Entered: 09/01/2007)

09/04/2007    31     Response to *Response of AlphaMed Pharmaceutical
                    to Debtor's Early Case Motions for Orders Author
                    Post-Petition Financing (Docket #10); Use of Pre
                    Cash Management System and Accounts (Docket #8);
                    of  Last Day to File Proofs of Claim (Docket #9)*
                    by Creditor AlphaMed Pharmaceuticals Corp.  (Att
                    (1) Exhibit A) (Butler, Penn) (Entered: 09/04/2C

09/04/2007    32     Certificate of Service *by Overnight Delivery* (
                    related document(s)[22] Notice of Hearing,, [21]
                    Hearing, ).  (Katz, Ori) (Entered: 09/04/2007)

09/04/2007    33     Certificate of Service *by Mail* (RE: related
                    document(s)[22] Notice of Hearing,, [21] Notice
                    ).  (Katz, Ori) (Entered: 09/04/2007)

09/05/2007    34    Hearing Held on 9/5/2007 at 10:00 a.m. MINUTES:
                    [APPEARANCES: MICHAEL AHRENS, FOR DEBTOR; ORI KA
                    DEBTOR; STUART BROWN (TELEPHONIC), FOR MPM CAPIT
                    MPM ASSET MANAGEMENT II, LLC; CRAIG STUPPI, FOR
                    TIERNEY, JAMES MCDONALD, FOR ALPHAMED, PENN AYER
                    FOR ALPHAMED, GREGORY IKONEN, FORMER GENERAL COU
                    ARRIVA PHARMACEUTICALS, ROBERT WILLIAMSON, FORME
                    ARRIVA PHARMACEUTICALS, LAURENT CHEN, FOR U.S. T
                    TO DEBTOR'S EMERGENCY MOTION FOR ORDER AUTHORIZI
                    EXISTING BANK ACCOUNTS AND CASH MANAGEMENT SYSTE
                    OBJECTIONS FILED. MOTION GRANTED. MR. AHRENS WII
                    THE ORDER. AS TO DEBTOR'S MOTION TO SET CLAIMS E
                    MOTION GRANTED. CLAIMS BAR DATE DUE BY 10/12/20C
                    GOVERNMENTAL CLAIMS BAR DATE DUE BY 11/15/2007.
                    CLAIMS BAR DATE TO BE GIVEN BY 9/6/2007. MR. AHR
                    THAT STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULE
                    FILED BY 9/13/2007. IF DEBTOR DOES NOT FILE THE
                    OF FINANCIAL AFFAIRS AND SCHEDULES  BY 9/13/2007
                    REVISIT THE CLAIMS BAR DATE DEADLINE. MR. AHRENS
                    SUBMIT THE ORDER. (RE: related document(s)[8]   E
                    Motion *for Order Authorizing Use of Existing Bar
                    Accounts and Cash Management System* Filed by Det
                    Arriva Pharmaceuticals, Inc.  (Katz, Ori), [9]
                    Set Last Day to File Proofs of Claim  Filed by
                    Debtor Arriva Pharmaceuticals, Inc.  (Attachment
                    Exhibit A) (Katz, Ori)).    (rba, ) (Entered: C

09/05/2007    35     Certificate of Service *for Proposed Orders* (RE
                    related document(s)[8] Motion Miscellaneous Reli

Motion to Set Last Day to File Proofs of Claim).
Ori) (Entered: 09/05/2007)

| 09/06/2007 | 36 | Request for Notice *Request for Notice By Credi Party-In-Interest AlphaMed Pharmaceuticals Corp.* by Creditor AlphaMed Pharmaceuticals Corp.   (But (Entered: 09/06/2007) |
|---|---|---|
| 09/06/2007 | 37 | Notice Regarding *Notice of Motion and Motion fc Admission of Attorney Pro Hac Vice; Memorandum c and Authorities* Filed by Creditor AlphaMed Pharmaceuticals Corp.   (Butler, Penn) Modified c THIS MOTION WAS DOCKETED INCORRECTLY (trw, ). (F 09/06/2007) |
| 09/06/2007 | 38 | Declaration of James E. McDonald in In Support Application for Pro Hac Vice of *Declaration and Application for Admission of Attorney Pro Hac Vi* related document(s)[37] Notice). Filed by Credit Pharmaceuticals Corp.   (Butler, Penn) (Entered: |
| 09/07/2007 | 39 | Notice Regarding *Claims Bar Date* Filed by Debtc Arriva Pharmaceuticals, Inc.   (Attachments: # (1 Certificate of Service) (Katz, Ori) (Entered: 09 |
| 09/07/2007 |  | **ERROR** WRONG DOCKETING EVENT USED. CORRECTION REQUIRED. PLEASE USE THE FOLLOWING PATH:   BK > MOTIONS/APPLICATIONS > MISCELLANEOUS RELIEF.    ( document(s)[37]   Notice Regarding Notice of Mot Motion for Admission of Attorney Pro Hac Vice; N of Points and Authorities Filed by Creditor Alph Pharmaceuticals Corp. (Butler, Penn) ).    (trw, (Entered: 09/07/2007) |
| 09/07/2007 | 40 | Notice of Hearing  (RE: related document(s)[10] Motion to Borrow *and for Related Relief* Filed by Debtor Arriva Pharmaceuticals, Inc.   (Attachment Exhibit A-1# (2) Exhibit A-2# (3) Exhibit B-1# ( B-2# (5) Exhibit B-3)  (Katz, Ori)).   Hearing sc 9/27/2007 at 02:00 PM at Oakland Room 215 - Jell by Debtor Arriva Pharmaceuticals, Inc.   (Katz, C (Entered: 09/07/2007) |
| 09/07/2007 | 41 | Notice of Hearing  (RE: related document(s)[14] Disclosure Statement *for the Debtor's Plan of Reorganization* Filed by Debtor Arriva Pharmaceut Inc..  (Attachments: # (1) Exhibit B# (2) Exhibi Exhibit D)(Katz, Ori)).   Hearing scheduled for at 02:00 PM at Oakland Room 215 - Jellen. Last c oppose disclosure statement is 10/4/2007. Filed Arriva Pharmaceuticals, Inc.   (Katz, Ori) (Enter 09/07/2007) |
| 09/07/2007 | 42 | Amended Motion to Limit Notice  Filed by Debtor |

|  |  | Arriva Pharmaceuticals, Inc.  (Attachments: # (1 Declaration of Michael H. Ahrens) (Katz, Ori) Mc 9/10/2007 COURT CREATED DOCKET LINK TO DOCUMENT (Entered: 09/07/2007) |
|---|---|---|
| 09/07/2007 | 43 | Application to Employ Sheppard, Mullin, Richte LLP as Debtor's Counsel  Filed by Debtor Arriva Pharmaceuticals, Inc.  (Attachments: # (1) Decla Michael H. Ahrens# (2) Exhibit A# (3) Exhibit B) Ori) Modified on 9/10/2007 NO CASE NUMBER LISTED (Entered: 09/07/2007) |
| 09/07/2007 | 44 | Disclosure of Compensation of Attorney for Deb *Under Bankruptcy Rule 2016(b)* Filed by Debtor Ar Pharmaceuticals, Inc.  (Katz, Ori) (Entered: 09/ |
| 09/10/2007 | 45 | Motion *Notice of Motion and Motion for Admissi Attorney Pro Hac Vice; Memorandum of Points and Authorities* Filed by Creditor AlphaMed Pharmaceu Corp.  (Butler, Penn) (Entered: 09/10/2007) |
| 09/10/2007 | 46 | Certificate of Service *of Notice of Hearing on Disclosure Statement* (RE: related document(s)[41 Notice of Hearing, ).  (Katz, Ori) (Entered: 09/ |
| 09/10/2007 | 47 | Certificate of Service  (RE: related document(s)[41] Notice of Hearing,, [40] Notice Hearing,, [42] Motion to Limit Notice).  (Katz, (Entered: 09/10/2007) |
| 09/10/2007 | 48 | Certificate of Service  (RE: related document(s)[13] Chapter 11 Plan, [41] Notice of [14] Disclosure Statement).  (Katz, Ori) (Entere 09/10/2007) |
| 09/10/2007 | 49 | Certificate of Service  (RE: related document(s)[43] Application to Employ,, [44] Dis Compensation of Attorney for Debtor).  (Katz, Or (Entered: 09/10/2007) |
| 09/10/2007 | 50 | Motion to Appear Nunc Pro Tunc of Stuart M. Brow Creditor    DIP Lenders et al    (jaw, ) Modified 9/14/2007 INCORRECT DOCKET EVENT USED. THIS IS A APPEAR PRO HAC VICE.(jaw, ). (Entered: 09/11/200 |
| 09/11/2007 | 51 | Order Authorizing Use of Existing Bank Accounts Management System (Related Doc # [8])    (jaw, 09/11/2007) |
| 09/11/2007 | 52 | Order Fixing the Time within Which Proofs of Cla Filed. Set Last Day To File Proofs of Claim (Rel [9])  Proofs of Claims due by 10/12/2007. Govern of Claim due by 11/15/2007.   (jaw, ) (Entered: 09/11/2007) |

| 09/12/2007 | 55 | Order Granting Motion to Appear Nunc Pro Tunc Re Brown of Edwards, Angell, Palmer & Dodge LLP (Re [50])    (jaw, ) Modified on 9/14/2007 THE ORDE APPROVING TO APPEAR PRO HAC VICE. CMA USED THE I DOCKET EVENT WHEN DOCKETING THE MOTION. (jaw, ). 09/13/2007) |
| 09/13/2007 | 53 | Objection *of AlphaMed Pharmaceuticals Corp. to Sought by Debtor's Motion for Order Authorizing Petition Financing (Docket #10)* (RE: related document(s)[10] Motion to Obtain Credit). Filed AlphaMed Pharmaceuticals Corp.  (Butler, Penn) ( 09/13/2007) |
| 09/13/2007 | 54 | Declaration of Darren Lezdey in In Support of of *AlphaMed Pharmaceuticals Corp. to Relief Souç Debtor's Motion for Order Authorizing Post-Petit Financing* (RE: related document(s) [53] Objectior Filed by Creditor AlphaMed Pharmaceuticals Corp. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3 3(a)# (4) Exhibit 3 (b)# (5) Exhibit 3 (c)# (6) (7) Exhibit 5# (8) Exhibit 6) (Butler, Penn) (Er 09/13/2007) |
| 09/13/2007 | 56 | Summary of Schedules  (RE: related document(s) Update Other Deadlines (Bk)). Filed by Debtor Ar Pharmaceuticals, Inc.  (Attachments: # (1) Schec through E# (2) Schedule F through H) (Katz, Ori) 09/13/2007) |
| 09/13/2007 | 57 | Statement of Financial Affairs  Filed by Debtc Arriva Pharmaceuticals, Inc.  (Attachments: # (1 3.b. through 23) (Katz, Ori) (Entered: 09/13/20C |
| 09/13/2007 | 58 | BNC Certificate of Mailing (RE: related document Order on Motion for Miscellaneous Relief).    ç 09/13/2007.  (Admin.) (Entered: 09/13/2007) |
| 09/13/2007 | 59 | BNC Certificate of Mailing (RE: related document Order on Motion to Set Last Day to File Proofs c Service Date 09/13/2007.  (Admin.) (Entered: 09/ |
| 09/15/2007 | 60 | BNC Certificate of Mailing (RE: related document Order on Motion to Appear Nunc Pro Tunc, ). Date 09/15/2007.  (Admin.) (Entered: 09/15/2007) |
| 09/17/2007 | 61 | Motion for 2004 Examination *Motion for Order 1 Expedited Examination of Witness, the President the Debtor, and for Production of Documents, Pu: Federal Rule of Bankruptcy Procedure 2004 [M. Su Preston]* Filed by Creditor AlphaMed Pharmaceutic Corp.  (Butler, Penn) (Entered: 09/17/2007) |
| 09/17/2007 | 62 | Motion for 2004 Examination *Motion for Order 1* |

*Expedited Examination of Witness, the Corporate*
*of the Debtor, and for Production of Documents,*
*Federal Rule of Bankruptcy Procedure 2004 [Phili*
*Barr]* Filed by Creditor AlphaMed Pharmaceuticals
(Butler, Penn) (Entered: 09/17/2007)

09/17/2007    63    Certificate of Service *For Motion for Expedite*
*Examination of Witness [M. Sue Preston and Phili*
*and for Production of Documents; and for the Pro*
*Orders* (RE: related document(s)[61] Motion for
Examination,, [62] Motion for Examination, ).    (
Penn) (Entered: 09/17/2007)

09/17/2007    65    Order Approving M. Sue Preston as Debtor's Desig
Responsible Individual (Related Doc # [6])        (
(Entered: 09/18/2007)

09/18/2007    64    List of Equity Security Holders *Under Federal*
*Bankruptcy Procedure 1007(a)(3)* Filed by Debtor
Pharmaceuticals, Inc.    (Attachments: # (1) Certi
Service) (Katz, Ori) (Entered: 09/18/2007)

09/18/2007    66    Exhibit *for the Proposed Order Limiting Servic*
*Notice of Certain Matters Pursuant to Federal Ru*
*Bankruptcy Procedure 2002(i)* (RE: related
document(s)[42] Motion to Limit Notice). Filed b
Arriva Pharmaceuticals, Inc.    (Katz,  Ori) Modif
9/19/2007 INCORRECT EVENT SELECTED, THE DOCUMENT
NOTICE (pl, ). (Entered: 09/18/2007)

09/18/2007    67    Motion for James E. McDonald to Appear Pro Hac
(pl, ) (Entered: 09/19/2007)

09/19/2007    68    Notice of Appointment of Creditors' Committee
*w/Certificate of Service.*    (Loo, Minnie (al))
(Entered: 09/19/2007)

09/20/2007    69    Reply to *Objection* (RE: related document(s)[10]
Motion to Obtain Credit, [53] Objection, ). File
Arriva Pharmaceuticals, Inc.    (Attachments: # (1
A# (2) Exhibit B) (Katz, Ori) (Entered: 09/20/20

09/20/2007    70    Declaration of M. Sue Preston in Support of    (
related document(s)[69] Reply). Filed by Debtor
Pharmaceuticals, Inc.    (Attachments: # (1) Exhib
Exhibit B# (3) Exhibit C) (Katz, Ori) (Entered:

09/20/2007    71    BNC Certificate of Mailing (RE: related document
Order on Application to Designate Responsible In
Service Date 09/20/2007.    (Admin.) (Entered: 09/

09/20/2007    73    Order Granting Motion To Appear Pro Hac Vice (Re
[67]).         (pl, ) (Entered: 09/21/2007)

| 09/21/2007 | 72 | Order Limiting Service of  Notice of Certain Mat Pursuant to Federal Rule of Bankruptcy Procedure (Related Doc # [42])      (pl, ) (Entered: 09/21/ |
|---|---|---|
| 09/23/2007 | 74 | BNC Certificate of Mailing - Electronic Order (F document(s) [72]  Order on Motion to Limit Notice Service Date 09/23/2007.  (Admin.) (Entered: 09/ |
| 09/23/2007 | 75 | BNC Certificate of Mailing - Electronic Order (F document(s) [73]  Order on Motion to Appear Pro F Service Date 09/23/2007.  (Admin.) (Entered: 09/ |
| 09/24/2007 | 76 | Notice Regarding *Notice of Amended Ex Parte App For Order Limiting Service of Notice of Certain Pursuant to Federal Rule of Bankruptcy Procedure 2002(i)* (RE: related document(s) [42] Amended Mot Limit Notice  Filed by Debtor Arriva Pharmaceuticals, Inc.  (Attachments: # (1) Decla Michael H. Ahrens) (Katz, Ori) Modified on 9/10/ CREATED DOCKET LINK TO DOCUMENT #7 (trw, ).).  F Debtor Arriva Pharmaceuticals, Inc.  (Katz, Ori) 09/24/2007) |
| 09/24/2007 | 77 | Certificate of Service *Re Notice of Amended Ex Application for Order Limiting Service of Notice Matters Pursuant to Federal Rule of Bankruptcy F 2002(i)* (RE: related document(s) [76] Notice, ). Ori) (Entered: 09/24/2007) |
| 09/25/2007 | 78 | Certificate of Service *Re Reply Brief In Suppc Debtor's Motion for Final Order; Declaration of Preston* (RE: related document(s) [70] Declaration Reply).  (Katz, Ori) (Entered: 09/25/2007) |
| 09/26/2007 | 79 | Notice of Appearance and Request for Notice an *Documents* by Michael D. Cooper.  Filed by Credit Sacks Tierney P.A.  (Cooper, Michael) (Entered: |
| 09/27/2007 | 80 | Motion for 2004 Examination *Motion for Order 1 Expedited Examination of Witness, A Member of th Directors of the Debtor and for Production of Dc Pursuant to Federal Rule of Bankruptcy Procedure Mascioli, M.D.]* Filed by Creditor AlphaMed Pharmaceuticals Corp.  (Butler, Penn) (Entered: |
| 09/27/2007 | 81 | Objection  (RE: related document(s) [11] Declara Declaration) *AlphaMed Pharmaceuticals Corp.'s Ok to Declarations of Philip J. Barr and Sue Prestc in Support of Debtor's Motion for Approval of D] Financing* Filed by Creditor AlphaMed Pharmaceuti Corp.  (Attachments: # (1) Exhibit A# (2) Exhibi (Butler, Penn) Modified on 9/28/2007  DOCUMENT W LINKED PROPERLY. COURT CORRECTED (pl, ). (Entere 09/27/2007) |

| | | |
|---|---|---|
| 09/27/2007 | 82 | Certificate of Service  (RE: related document(s)[80] Motion for Examination,, [81] Ob (Butler, Penn) (Entered: 09/27/2007) |
| 09/28/2007 | 83 | Hearing Held. MINUTES: [HEARING OCCURRED on 9/27 2:00 p.m. APPEARANCES: MICHAEL AHRENS AND ORI KA DEBTOR, PENN AYERS BUTLER AND DOUGLAS ROVENS, FC MICHAEL COOPER, PROPOSED COUNSEL FOR THE OFFICIA COMMITTEE, NICOLAS DE LANCIE AND STUART M. BROWN ENTITIES] COURT APPROVED THE DEBTOR'S MOTION AUT OBTAIN POST PETITION SENIOR SECURED SUPERPRIORIT SUBJECT TO TWO CONDITIONS: 1) COURT STATED THAT RESTRAINING ORDER LANGUAGE TO BE  MODIFIED AS ST RECORD. 2)THE COURT WILL RESERVE JURISDICTION TO ORDER NOT AS TO ANY PAST TRANSACTIONS BUT AS TO TRANSACTIONS FOR CAUSE ON MOTION OF ANY PARTY IN OR TERMINATE DEBTOR'S AUTHORITY TO BORROW WITHOU PREJUDICE. MR. AHRENS WILL SUBMIT THE ORDER. (RE document(s)[40]  Notice of Hearing  (RE: relate document(s)[10] Motion to Borrow *and for Related Relief* Filed by Debtor Arriva Pharmaceuticals, I (Attachments: # (1) Exhibit A-1# (2) Exhibit A-2 Exhibit B-1# (4) Exhibit B-2# (5) Exhibit B-3) ( Ori)).  Hearing scheduled for 9/27/2007 at 02:00 Oakland Room 215 - Jellen. Filed by Debtor Arriv Pharmaceuticals, Inc.  (Katz, Ori), [10]   Moti Borrow *and for Related Relief* Filed by Debtor Ar Pharmaceuticals, Inc.  (Attachments: # (1) Exhib Exhibit A-2# (3) Exhibit B-1# (4) Exhibit B-2# ( B-3) (Katz, Ori)).    (rba, ) (Entered: 09/28/2 |
| 09/28/2007 | 84 | Order for Examination ofWitness and for Producti ofDocuments Pursuant to FederalRule of Bankruptc Procedure2004  (Related Doc # [80])     (pl, ) ( 09/28/2007) |
| 09/30/2007 | 85 | BNC Certificate of Mailing (RE: related document Order on Motion for Examination).    Service Da 09/30/2007.  (Admin.) (Entered: 09/30/2007) |
| 10/01/2007 | | Meeting of Creditors Held,Tape Counter: 1 *Debtor counsel appeared.* ((RE: related document(s) Meet (AutoAssign Chapter 11b)).  (Chen, Laurent) (Ent 10/01/2007) |
| 10/01/2007 | 86 | Objection -- *MPM Entities' (1) Objection to Mot Order for Expedited Examination of Witness, a Me Board of Directors of the Debtor, and for Produc Documents, Pursuant to Federal Rule of Bankruptc 2004; and  (2) Cross-Motion for a Protective Orc* related document(s)[80] Motion for Examination, Creditor DIP Lenders et al (Attachments: # (1) E (2) Exhibit B# (3) Declaration of Paul D. Brown of Objection) (De Lancie, Nicolas) Modified on 1 |

PDF INCLUDES THE COUNTER MOTION. MOTIONS MUST BE
SEPARATELY FROM RESPONSIVE PLEADINGS (pl, ). (Er
10/01/2007)

| | | |
|---|---|---|
| 10/01/2007 | 89 | Agreed Order for ExpeditedExamination of Witness forProduction of DocumentsPursuant to Federal Ru ofBankruptcy Procedure 2004 (Related Doc # [62]) (Entered: 10/02/2007) |
| 10/02/2007 | 87 | Request for Notice  Filed by Creditor American Express Bank FSB (Weisman, Gilbert) (Entered: 10 |
| 10/02/2007 | 88 | Certificate of Service  (RE: related document(s)[86] Objection,, ).  (De Lancie, Nico (Entered: 10/02/2007) |
| 10/02/2007 | | **ERROR** PDF INCLUDES THE COUNTER MOTION. MOTIO MUST BE FILED SEPARATELY FROM RESPONSIVE PLEADIN CORRECTION REQUIRED  (RE: related document(s)[86 Objection).    (pl, ) (Entered: 10/02/2007) |
| 10/02/2007 | 90 | Application to Employ Wendel Rosen Black & Dea Counsel  Filed by Attorney Official Committeee o Creditors Holding Unsecured Claims (Attachments: Exhibit A to Application# (2) Certificate of Ser (Cooper, Michael) (Entered: 10/02/2007) |
| 10/02/2007 | 91 | Declaration of Proposed Counsel in Support of (RE: related document(s)[90] Application to Empl by Attorney Official Committeee of Creditors Hol Unsecured Claims (Attachments: # (1) Exhibit A t Declaration) (Cooper, Michael) (Entered: 10/02/2 |
| 10/03/2007 | 92 | Notice of   Status Conference to be held on 11/ 02:00 PM at Oakland Room 215 - Jellen.   (jaw, ) 10/03/2007) |
| 10/03/2007 | 93 | Application to Employ Heller Ehrman LLP as Spe Intellectual Property Counsel  Filed by Debtor Arriva Pharmaceuticals, Inc.  (Attachments: # (1 Declaration # (2) Certificate of Service) (Corre Michaeline) (Entered: 10/03/2007) |
| 10/03/2007 | 94 | Exhibit A (RE: related document(s)[93] Applica to Employ). Filed by Debtor Arriva Pharmaceutica (Correa, Michaeline) Modified on 10/4/2007 ERROR NAME, CASE NUMBER AND COURT INFORMATION ARE MISS THE DOCUMENT. PDF DOCUMENTS SHOULD ALWAYS BE IN PLEADING FORMAT WITH COURT HEADING AND CASE INFO (pl, ). (Entered: 10/03/2007) |
| 10/04/2007 | 95 | Request for Notice  Filed by Creditor Allan M Wachter (Kuhner, Chris) (Entered: 10/04/2007) |

| | | |
|---|---|---|
| 10/04/2007 | 96 | Objection *of AlphaMed Pharmaceuticals Corp. to Disclosure Statement for Debtor's Plan of Reorga* *(Docket #14)* Filed by Creditor AlphaMed Pharmace Corp. (Butler, Penn) (Entered: 10/04/2007) |
| 10/04/2007 | 97 | Certificate of Service (RE: related document(s)[96] Objection). (Butler, Penn) (Ent 10/04/2007) |
| 10/04/2007 | 98 | BNC Certificate of Mailing (RE: related document Order on Motion for Examination). Service Da 10/04/2007. (Admin.) (Entered: 10/04/2007) |
| 10/05/2007 | 99 | Response to (RE: related document(s)[86] Object *AlphaMed Pharmaceuticals Corp.'s Response to MPM Entities' (1) Objection to Expedited Examination Cross-Motion for a Protective Order* Filed by Cre AlphaMed Pharmaceuticals Corp. (Attachments: # A# (2) Exhibit B) (Butler, Penn) Modified on 10/ DOCUMENT WAS NOT LINKED PROPERLY. COURT CORRECTE (Entered: 10/05/2007) |
| 10/05/2007 | 100 | Declaration of James E. McDonald in In Opposit *MPM Entitles' (1) Objection to Motion for Order Expedited Examination of Witness, a Member of th Directors of the Debtor, and for Production of D Pursuant to Rule of Bankruptcy Procedure 2004; a Cross-Motion for Protective Order* (RE: related document(s)[86] Objection). Filed by Creditor Al Pharmaceuticals Corp. (Butler, Penn) Modified o DOCUMENT WAS NOT LINKED PROPERLY. COURT CORRECTE (Entered: 10/05/2007) |
| 10/05/2007 | 101 | Certificate of Service (RE: related document(s)[100] Declaration,, [99] Response, ). Penn) (Entered: 10/05/2007) |
| 10/05/2007 | 102 | BNC Certificate of Mailing - Notice of Status Co Ch 11. (RE: related document(s)[92] Notice of S Conference). Service Date 10/05/2007. (Admi (Entered: 10/05/2007) |
| 10/09/2007 | 103 | Notice of Appearance and Request for Notice b David M. Wiseblood. Filed by Creditor Baxter He Corporation (Wiseblood, David) (Entered: 10/09/2 |
| 10/09/2007 | | **\*\*CORRECTIVE ENTRY\*\*** (RE: related document(s)[86 Objection)Document Was Not Linked Properly. Cour (RE: related document(s)[100] Declaration, [99] ). (pl, ) (Entered: 10/09/2007) |
| 10/10/2007 | 104 | Notice of Continued Hearing *on Disclosure State The Debtor's Plan of Reorganization* (RE: related document(s)[14] Disclosure Statement *for the Deb* |

|            |     | *Plan of Reorganization* Filed by Debtor Arriva Pharmaceuticals, Inc.. (Attachments: # (1) Exhi Exhibit C# (3) Exhibit D)(Katz, Ori)). Hearing on 10/18/2007 at 2:00 PM Oakland Room 215 - Jell [14], Filed by Debtor Arriva Pharmaceuticals, In Ori) (Entered: 10/10/2007) |
|------------|-----|---|
| 10/10/2007 | 105 | Order Authorizing Employment of Sheppard, Mullir Hampton LLP as Bankruptcy Reorganization Counsel Doc # [43])    (pl, ) (Entered: 10/10/2007) |
| 10/11/2007 |     | Hearing Continued from 10/11/2007 at 2:00 p.m. t 10/18/2007 at 2:00 p.m. [13]Chapter 11 Plan of Reorganization  Filed by Debtor Arriva Pharmaceuticals, Inc.. (Katz, Ori), [14]  Discl Statement *for the Debtor's Plan of Reorganizatic* Filed by Debtor Arriva Pharmaceuticals, Inc.. (Attachments: # (1) Exhibit B# (2) Exhibit C# (3 D)(Katz, Ori)).   Hearing to be held on  10/18/2 PM Oakland Room 215 - Jellen for [14],    (rba, 10/11/2007) |
| 10/11/2007 | 106 | Certificate of Service *re Notice of Continued on Disclosure Statement for the Debtor's Plan of Reorganization* (RE: related document(s) [104] Not Continued Hearing, ). (Katz, Ori) (Entered: 10/ |
| 10/11/2007 | 107 | Order Authorizing Employment of Counsel for Offi Committee of Creditors Holding Unsecured Claims Doc # [90])    (pl, ) (Entered: 10/11/2007) |
| 10/11/2007 | 108 | Exhibit (RE: related document(s) [10] Motion t Credit).*to the Final DIP Order* Filed by Debtor Arriva Pharmaceuticals, Inc. (Katz, Ori) Modifi 10/12/2007 DOCUMENT WAS NOT LINKED PROPERLY. COU CORRECTED (pl, ). (Entered: 10/11/2007) |
| 10/11/2007 | 109 | Order Granting Debtor's Application for Authorit Heller Ehrman LLP as Special Intellectual Proper Nunc Pro Tunc    (Related Doc # [93])     (pl, ) 10/12/2007) |
| 10/12/2007 | .   | **CORRECTIVE ENTRY** Document Was Not Linked Properly and Court Corrected. In the Future, Att Should Link as Instructed in the E-order Procedu related document(s)[108]  Exhibit).    (pl, ) (E 10/12/2007) |
| 10/12/2007 | 110 | Certificate of Service *re Notice of Continued on Disclosure Statement for the Debtor's Plan of Reorganization* (RE: related document(s) [104] Not Continued Hearing, ). (Katz, Ori) (Entered: 10/ |
| 10/12/2007 | 111 | BNC Certificate of Mailing (RE: related document |

14

|              |     | Order on Application to Employ).    Service Dat<br>10/12/2007.   (Admin.) (Entered: 10/12/2007) |
|--------------|-----|---------------------------------------------------------------------------------------------------|
| 10/13/2007   | 112 | BNC Certificate of Mailing (RE: related document<br>Order on Application to Employ).    Service Dat<br>10/13/2007.   (Admin.) (Entered: 10/13/2007) |
| 10/14/2007   | 113 | BNC Certificate of Mailing (RE: related document<br>Order on Application to Employ).    Service Dat<br>10/14/2007.   (Admin.) (Entered: 10/14/2007) |
| 10/15/2007   | 114 | Ex Parte Motion to Pay *Post-Petition Retainer* Fi<br>by Attorney Official Committeee of Creditors Hol<br>Unsecured Claims (Attachments: # (1) Declaration<br>Green# (2) Certificate of Service) (Green, Tracy<br>on 10/16/2007  INCORRECT EVENT SELECTED.  (pl, )<br>10/15/2007) |
| 10/16/2007   |     | **ERROR**   INCORRECT EVENT SELECTED. IN THE FUTU<br>USE CORRECT EVENT: MOTION > COMPENSATION (RE: re<br>document(s) [114]  Ex Parte Motion to Pay *Post-Pe*<br>*Retainer*).    (pl, ) (Entered: 10/16/2007) |
| 10/16/2007   | 115 | Second Notice of Continued Hearing  (RE: related<br>document(s) [14] Disclosure Statement *for the Det*<br>*Plan of Reorganization* Filed by Debtor Arriva<br>Pharmaceuticals, Inc..  (Attachments: # (1) Exhi<br>Exhibit C# (3) Exhibit  D)(Katz, Ori)).  Hearing<br>on 11/1/2007 at 2:00 PM Oakland Room 215 - Jelle<br>Filed by Debtor Arriva Pharmaceuticals, Inc.  (K<br>(Entered: 10/16/2007) |
| 10/16/2007   | 116 | Stipulation *Regarding Post-Petition Retainer for*<br>*Counsel* Filed by Creditor Committee Official Con<br>of Creditors Holding Unsecured Claims, Debtor Ar<br>Pharmaceuticals, Inc.  (RE: related document(s)<br>to Pay, filed by Creditor Committee Official Con<br>Creditors Holding Unsecured Claims).  (Attachmen<br>Certificate of Service) (Green, Tracy) Modified<br>10/17/2007 FILING PARTY ADDED BY THE COURT. (pl,<br>(Entered: 10/16/2007) |
| 10/17/2007   |     | **CORRECTIVE ENTRY** Filing Party Added by the<br>Court. In the Future, the Attorney Should Select<br>Parties  to the Stipulation as Filers.  (RE: rel<br>document(s) [116]  Stipulation Refering to Existi<br>Document(s), Stipulation Refering to Existing Dc<br>(pl, ) (Entered: 10/17/2007) |
| 10/18/2007   |     | Hearing Continued from 10/18/2007 at 2:00 p.m. t<br>at 2:00 p.m. (RE: related document(s) [13]  Chapt<br>of Reorganization  Filed by Debtor Arriva<br>Pharmaceuticals, Inc..  (Katz, Ori), [14]  Discl<br>Statement *for the Debtor's Plan of Reorganizatic* |

Filed by Debtor Arriva Pharmaceuticals, Inc..
(Attachments: # (1) Exhibit B# (2) Exhibit C# (3
D)(Katz, Ori)).   Hearing to be held on   11/1/20
PM Oakland Room 215 - Jellen for [14],    (rba,
10/18/2007)

| | | |
|---|---|---|
| 10/18/2007 | 117 | Motion to Compel *AlphaMed Pharmaceuticals Corp.* *Motion to Compel Discovery from Arriva Pharmaceu Inc...*  Filed by Creditor AlphaMed Pharmaceutica Corp.  (Attachments: # (1) Exhibit A# (2) Exhibi (Butler, Penn) (Entered: 10/18/2007) |
| 10/18/2007 | 118 | Declaration of Douglas J. Rovens in In Support *Declaration of Douglas J. Rovens in Support of A* *Pharmaceuticals Corp.'s Motion to Compel Discove* *Arriva Pharmaceuticals, Inc.* (RE: related document(s)[117] Motion to Compel). Filed by Cre AlphaMed Pharmaceuticals Corp.  (Attachments: # A# (2) Exhibit B) (Butler, Penn) (Entered: 10/18 |
| 10/18/2007 | 119 | Motion to Shorten Time *Ex Parte Request for Ord* *Shortening Time for Notice of Hearing On: MPM En* *Objection to Motion for Order for Expedited Exam* *Witness, a Member of the Board of Directors of t* *and for Production of Documents, Pursuant to Fed* *of Bankruptcy Procedure 2004; and (2) Cross-Moti* *Protective Order; and AlphaMed Pharmaceuticals (* *Motion to Compel Discovery from Arriva Pharmaceu* *Inc.* (RE: related document(s)[117] Motion to Com filed by Creditor AlphaMed Pharmaceuticals Corp. Objection,, filed by Creditor DIP Lenders et al) Creditor AlphaMed Pharmaceuticals Corp.  (Butler (Entered: 10/18/2007) |
| 10/18/2007 | 120 | Declaration of Penn Ayers Butler in Support of *Certificate of Counsel in Support of Ex Parte Re* *for Order Shortening Time for Notice of Hearing* *Entities' (1) Objection to Motion for Order for* *Examination of Witness, a Member of the Board of* *of the Debtor, and for Production of Documents,* *Federal Rule of Bankruptcy Procedure 2004; and (* *Motion for a Protective Order; and AlphaMed Phar* *Corp.'s Motion to Compel Discovery from Arriva* *Pharmaceuticals, Inc.* (RE: related document(s)[1 Motion to Shorten Time,, ). Filed by Creditor Al Pharmaceuticals Corp.  (Butler, Penn) (Entered: |
| 10/18/2007 | 121 | Motion for Production of Documents *Request for* *Requiring Supplemental Production of Documents F* *Federal Rule of Bankruptcy Procedure 2004 [Phili* *and M. Sue Preston]* Filed by Creditor AlphaMed Pharmaceuticals Corp.  (Butler, Penn) (Entered: |

| 10/19/2007 | 122 | Supplemental Declaration of Penn Ayers Butler ir *Supplemental Certificate of Counsel in Support c Parte Request for Order Shortening Time for Noti Hearing On: MPM Entities (1) Objection to Motior for Expedited Examination of Witness, A Member c of Directors of the Debtor, and for Production c Documents, Pursuant to Federal Rule of Bankruptc 2004; and (2) Cross-Motion for a Protective Orde AlphaMed Pharmaceuticals Corp.'s Motion to Compe from Arriva Pharmaceuticals, Inc.* (RE: related document(s)[119] Motion to Shorten Time,, ). Fil Creditor AlphaMed Pharmaceuticals Corp.  (Butler (Entered: 10/19/2007) |
|---|---|---|
| 10/19/2007 | 123 | Final Order (I) Authorizing Debtor to Obtain Pos Senior Secured Super Priority Financing Pursuant U.S.C. Sections  105, 361, 362, 363, 364(c)(1), 364(c)(3) and 364(e) (Related Doc # [10])        (p (Entered: 10/19/2007) |
| 10/19/2007 | 124 | Order Approving Post-petition Retainer for Couns Official Committee of Creditors Holding Unsecure (Related Doc # [114])        (pl, ) (Entered: 10/19 |
| 10/19/2007 | 125 | Order Shortening Time for  Notice of Hearing on Pharmaceuticals Corp.'s Motion to Compel Discove Arriva Pharmaceuticals, Inc (Related Doc # [119] ) (Entered: 10/19/2007) |
| 10/19/2007 | 126 | Operating Report for Filing Period 09/30/07  F by Debtor Arriva Pharmaceuticals, Inc.  (Katz, C (Entered: 10/19/2007) |
| 10/19/2007 | 127 | Notice of Hearing *Notice of Hearing on AlphaMec Pharmaceuticals Corp.'s Motion to Compel Discove Arriva Pharmaceuticals, Inc.* (RE: related document(s)[117] Motion to Compel *AlphaMed Pharmaceuticals Corp.'s Motion to Compel Discove Arriva Pharmaceuticals, Inc*...  Filed by Creditc AlphaMed Pharmaceuticals Corp.  (Attachments: # A# (2) Exhibit B) (Butler, Penn)).  Hearing sche 10/26/2007 at 11:00 AM at Oakland Room 215 - Jel by  Creditor AlphaMed Pharmaceuticals Corp.  (Bu Modified on 10/22/2007 HEARING DATE WAS CORRECTE COURT (pl, ). (Entered: 10/19/2007) |
| 10/19/2007 | 128 | Withdrawal of Documents -- *Withdrawal of MPM F (1) Objection to Motion for Order for Expedited of Witness, a Member of the Board of Directors c Debtor, and for Production of Documents, Pursuar Federal Rule of Bankruptcy Procedure 2004; and ( Motion for a Protective Order* (RE: related document(s)[86] Objection,, ). Filed by Creditor |

Lenders et al (De Lancie, Nicolas) (Entered: 10/

10/21/2007    129    BNC Certificate of Mailing (RE: related document
Order on Motion to Obtain Credit).    Service D
10/21/2007.  (Admin.) (Entered: 10/21/2007)

10/21/2007    130    BNC Certificate of Mailing (RE: related document
Order on Motion to Pay).    Service Date 10/21/
(Admin.) (Entered: 10/21/2007)

10/21/2007    131    BNC Certificate of Mailing (RE: related document
Order on Motion to Shorten Time).    Service Da
10/21/2007.  (Admin.) (Entered: 10/21/2007)

10/23/2007    132    Motion to File Claim After Claims Bar Date *Mot*
*John Lezdey for Authority to File Late Proof of*
Filed by Creditor John Lezdey (Butler, Penn) (En
10/23/2007)

10/23/2007    133    Declaration of James E. McDonald in Support of
*Declaration of James E. McDonald In Support of M*
*John Lezdey for Authority to File Late Proof of*
(RE: related document(s) [132] Motion to File Cla
Claims Bar Date). Filed by Creditor John Lezdey
Penn) (Entered: 10/23/2007)

10/23/2007    134    Notice of Hearing *Notice of Hearing on Motion c*
*Lezdey for Authority to File Late Proof of Claim*
related document(s) [132] Motion to File Claim Af
Bar Date *Motion of John Lezdey for Authority to*
*Late Proof of Claim* Filed by Creditor John Lezde
(Butler, Penn)).  Hearing scheduled for 11/29/20
PM at Oakland Room 215 - Jellen.  Filed by Credi
Lezdey (Butler, Penn) Modified on 10/24/2007 HEA
WAS CORRECTED BY THE COURT (pl, ). (Entered: 10/

10/23/2007    135    Certificate of Service  (RE: related
document(s) [119] Motion to Shorten Time, [120] De
), [122] Declaration ,) [125] Order).  (Butler, P
Modified on 10/24/2007 DOCKET RELATIONSHIP WAS A
COURT  (pl, ). (Entered: 10/23/2007)

10/23/2007    136    Certificate of Service  (RE: related
document(s) [117] Motion to Compel, [121] Motion
Production of Documents, ).  (Butler, Penn) (Ent
10/23/2007)

10/23/2007    137    Supplemental Declaration of Penn Ayers Butler in
*Supplemental Declaration of Penn Ayers Butler In*
*of AlphaMed Pharmaceuticals Corp.'s Motion to Co*
*Discovery from Arriva Pharmaceuticals, Inc.* (RE:
related document(s) [117] Motion to Compel). File
Creditor AlphaMed Pharmaceuticals Corp.  (Attach
(1) Exhibit A) (Butler, Penn) (Entered: 10/23/20

10/24/2007     138          Motion for 2004 Examination *Motion for Order f*
                            *Examination of Witness, a Member of the Board of*
                            *of the Debtor and for Production of Documents, F*
                            *Federal Rule of Bankruptcy Procedure 2004 [Edwar*
                            *M.D.]* Filed by Creditor AlphaMed Pharmaceuticals
                            (Butler, Penn) (Entered: 10/24/2007)

10/24/2007     139          Motion for 2004 Examination *Motion for Order f*
                            *Examination of Witness, a Member of the Board of*
                            *of the Debtor, and For Production of Documents,*
                            *Federal Rule of Bankruptcy Procedure 2004 [Ansbe*
                            *M.D.]* Filed by Creditor AlphaMed Pharmaceuticals
                            (Butler, Penn) (Entered: 10/24/2007)

10/25/2007     140          Brief/Memorandum in Opposition to *Motion by Al*
                            *Pharmaceuticals Corp. to Compel Discovery from t*
                            *Debtor* (RE: related document(s)[117] Motion to C
                            Filed by Debtor Arriva Pharmaceuticals, Inc.    (A
                            # (1) Declaration of  M. Sue Preston) (Katz, Ori
                            10/25/2007)

10/26/2007     141          Hearing Held on 10/26/2007 at 11:00 a.m. MINUTES
                            [APPEARANCES: ORI KATZ-FOR DEBTOR, DOUGLAS ROVEN
                            AYERS BUTLER-FOR ALPHAMED PHARMACEUTICALS, CORP.
                            COOPER-FOR UNSEC. CREDITORS COMMITTEE, NICOLAS D
                            FOR MPM ENTITIES] MOTION TO COMPEL BY CREDITOR A
                            PHARMACEUTICALS IS DENIED WITHOUT PREJUDICE. MR.
                            SUBMIT THE ORDER. (RE: related document(s)[117]
                            Compel *AlphaMed Pharmaceuticals Corp.'s Motion t*
                            *Discovery from Arriva Pharmaceuticals, Inc...*   F
                            Creditor AlphaMed Pharmaceuticals Corp.  (Attach
                            (1) Exhibit A# (2) Exhibit B) (Butler, Penn), [1
                            Notice of Hearing *Notice of Hearing on AlphaMed*
                            *Pharmaceuticals Corp.'s Motion to Compel Discove*
                            *Arriva Pharmaceuticals, Inc.* (RE: related
                            document(s)[117] Motion to Compel *AlphaMed*
                            *Pharmaceuticals Corp.'s Motion to Compel Discove*
                            *Arriva Pharmaceuticals, Inc...*  Filed by Creditc
                            AlphaMed Pharmaceuticals Corp.   (Attachments:  #
                            Exhibit A# (2) Exhibit B) (Butler, Penn)). Hear
                            scheduled for 10/26/2007 at 11:00 AM at Oakland
                            Jellen. Filed by Creditor AlphaMed Pharmaceutica
                            (Butler, Penn) Modified on 10/22/2007 HEARING DA
                            CORRECTED BY THE COURT (pl, ).).     (rba, ) (Er
                            10/26/2007)

10/26/2007     142          Certificate of Service *Re: (1) Debtor's Opposi*
                            *Alphamed Pharmaceuticals Corp.'s Motion to Compe*
                            *From the Debtor (2) Declaration of M. Sue Prestc*
                            related document(s)[140] Opposition Brief/Memora
                            (Katz, Ori) (Entered: 10/26/2007)

10/29/2007     143          Third Notice of Continued Hearing *on Disclosure*

19

*Statement for the Debtor's Plan of Reorganizatic
Notice of Continued Status Conference* (RE: relat
document(s)[115] Second Notice of Continued Hear
(RE: related document(s)[14] Disclosure Statemen
*the Debtor's Plan of Reorganization* Filed by Det
Arriva Pharmaceuticals, Inc.. (Attachments: # (
B# (2) Exhibit C# (3) Exhibit D)(Katz, Ori)). H
be held on 11/1/2007 at 2:00 PM Oakland Room 215
for [14], Filed by Debtor Arriva Pharmaceuticals
(Katz, Ori), [14] Disclosure Statement *for the L
Plan of Reorganization* Filed by Debtor Arriva
Pharmaceuticals, Inc.. (Attachments: # (1) Exhi
Exhibit C# (3) Exhibit D)(Katz, Ori)). Hearing
on 11/15/2007 at 2:00 PM Oakland Room 215 - Jell
[14], Filed by Debtor Arriva Pharmaceuticals, In
(Ahrens, Michael) (Entered: 10/29/2007)

| | | |
|---|---|---|
| 10/29/2007 | 144 | Certificate of Service (RE: related document(s)[143] Notice of Continued Hearing,,, (Ahrens, Michael) (Entered: 10/29/2007) |
| 10/30/2007 | 145 | Motion *for Order Defining Committee's Responsi Relating to Access to Information and Soliciting Comments* Filed by Creditor Committee Official Committeee of Creditors Holding Unsecured Claims (Attachments: # (1) Declaration of Tracy Green# Certificate of Service) (Green, Tracy) (Entered: 10/30/2007) |
| 10/30/2007 | 146 | Notice and Opportunity for Hearing (RE: relate document(s)[145] Motion *for Order Defining Commi Responsibilities Relating to Access to Informati Soliciting Comments* Filed by Creditor Committee Official Committeee of Creditors Holding Unsecu (Attachments: # (1) Declaration of Tracy Green# Certificate of Service) (Green, Tracy)). Filed Committee Official Committeee of Creditors Holdi Unsecured Claims (Attachments: # (1) Certificate Service) (Green, Tracy) (Entered: 10/30/2007) |
| 10/30/2007 | 147 | First Amended Certificate of Service *(Amended tc service list)* (RE: related document(s)[146] Oppc for Hearing,,, [144] Certificate of Service). (Attachments: # (1) Exhibit Service List) (Green (Entered: 10/30/2007) |
| 10/30/2007 | 148 | Adversary case 07-04181. 91 (Declaratory judgment), 21 (Validity, priority or extent of lien or other interest in Complaint by AlphaMed Pharmaceuticals Corp. aga Pharmaceuticals, Inc.. Fee Amount $250. (Atta (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) (5) Exhibit 5# (6) Exhibit 6# (7) AP Cover Sheet Summons to be Issued) (Butler, Penn) (Entered: 1 |

11/01/2007                    Hearing Continued from 11/1/2007 at 2:00 p.m. to
                              at 2:00 p.m. (RE: related document(s)[13]   Chapt
                              of Reorganization  Filed by Debtor Arriva
                              Pharmaceuticals, Inc.. (Katz, Ori), [14]   Discl
                              Statement *for the Debtor's Plan of Reorganizatic*
                              Filed by Debtor Arriva Pharmaceuticals, Inc..
                              (Attachments: # (1) Exhibit B# (2) Exhibit C# (3
                              D)(Katz, Ori), [92]  Notice of   Status Confere
                              held on 11/1/2007 at 02:00 PM at Oakland Room 21
                              (jaw, )).   Hearing to be held on  11/15/2007 at
                              Oakland Room 215 - Jellen for [14],  Status Conf
                              be held on  11/15/2007 at 2:00 PM Oakland Room 2
                              for [92],    (rba, ) (Entered: 11/01/2007)

11/05/2007    149             Objection *to Motion for Order for Examination c*
                              *Witness, a Member of the Board of Directors of t*
                              *and for Production of Documents, Pursuant to Fec*
                              *of Bankruptcy Procedure 2004 (Gadicke)* (RE: rela
                              document(s)[139] Motion  for Examination ). Fil
                              Creditor MPM Asset Management II, LLC, et al.
                              (Attachments: # (1) Exhibit A# (2) Exhibit B) (L
                              Nicolas) (Entered: 11/05/2007)

11/05/2007    150             Certificate of Service  (RE: related
                              document(s)[149] Objection, ).  (De Lancie, Nicc
                              (Entered: 11/05/2007)

11/07/2007    151             Certificate of Service  (RE: related document(
                              Motion to Compel) *[Proposed] Order Denying Alpha*
                              *Pharmaceuticals Corp.'s Motion to Compel Discove*
                              *Debtor* (Ahrens, Michael) Modified on 11/8/2007 L
                              WAS NOT LINKED PROPERLY. COURT CORRECTED (pl, ).
                              11/07/2007

11/07/2007    152             Brief/Memorandum in Opposition to *Opposition c*
                              *to Motion of John Lezdey for Authority to File I*
                              *of Claim* (RE: related document(s)[132] Motion tc
                              Claim After Claims Bar Date). Filed by Debtor Ar
                              Pharmaceuticals, Inc.  (Attachments: # (1) Exhib
                              Exhibit F# (3) Exhibit G) (Ahrens, Michael) (Ent
                              11/07/2007

11/07/2007    153             Certificate of Service  (RE: related
                              document(s)[152] Opposition Brief/Memorandum, ).
                              Michael) (Entered: 11/07/2007)

11/07/2007    154             Omnibus Objection *to Claims of (1) JL Technology*
                              *(Claim #11), Protease Sciences, Inc. (Claim #12)*
                              *Holding Company, LLC (Claim #13), Sonoran Desert*
                              *LLC (Claim #14), AlphaMed Pharmaceuticals, Inc.*
                              *#19), and John Lezdey (Claim #39) and Alternativ*
                              *Value Claims at Zero for Voting Purposes* Filed b
                              Debtor Arriva Pharmaceuticals, Inc.  (Ahrens, Mi
                              Modified on 11/8/2007 INCORRECT EVENT SELECTED.

(Entered: 11/07/2007)

| 11/07/2007 | 155 | Memorandum of Points and Authorities in Suppor *Omnibus Objection to Claims 11, 12, 13, 14, 19 a and Alternative Motion to Value Claims at Zero f Purposes* (RE: related document(s)[154] Objectior Filed by Debtor Arriva Pharmaceuticals, Inc.  (A Michael) (Entered: 11/07/2007) |

| 11/07/2007 | 156 | Declaration of Philip J. Barr, Ph.D.  in Suppc *Omnibus Objection to Claims 11, 12, 13, 14, 19 a and Alternative Motion to Value Claims at Zero f Purposes* (RE: related document(s)[154] Objectior Filed by Debtor Arriva Pharmaceuticals, Inc.  (A # (1) Exhibit A# (3) Exhibit B# (3) Exhibit C# ( D# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G# H# (9) Exhibit I# (10) Exhibit J# (11) Exhibit K Exhibit L# (13) Exhibit M# (14) Exhibit  N# (15) (16) Exhibit P# (17) Exhibit Q# (18) Exhibit R# Exhibit S# (20) Exhibit T# (21) Exhibit U# (22) (Ahrens, Michael) (Entered: 11/07/2007) |

| 11/07/2007 | 157 | Notice of Hearing  (RE: related document(s)[154 Omnibus Objection *to Claims of (1) JL Technology (Claim #11), Protease Sciences, Inc. (Claim #12) Holding Company, LLC (Claim #13), Sonoran Desert LLC (Claim #14), AlphaMed Pharmaceuticals, Inc. #19), and John Lezdey (Claim #39) and Alternativ Value Claims at Zero for Voting Purposes* Filed b Debtor Arriva Pharmaceuticals, Inc.  (Ahrens, Mi Hearing scheduled for 12/6/2007 at 02:00 PM at C 215 - Jellen. Filed by Debtor Arriva Pharmaceuti (Ahrens, Michael) (Entered: 11/07/2007) |

| 11/07/2007 | 158 | Certificate of Service *re 154-157* (RE: related document(s)[154] Objection, [155]  Memorandum of Authorities, [ 156] Declaration, [157] Notice of (Ahrens, Michael) Modified on 11/8/2007 DOCUMENT LINKED PROPERLY. COURT CORRECTED (pl, ). (Entere 11/07/2007) |

| 11/08/2007 | | **\*\*ERROR\*\*** INCORRECT EVENT SELECTED. IN THE FUTUR USE CORRECT EVENT: CLAIM ACTIONS > OBJECTION TO (RE: related document(s)[154]  Objection, ). (Entered: 11/08/2007) |

| 11/08/2007 | | **\*\*CORRECTIVE ENTRY\*\*** Document Was Not Linked Properly and Court Corrected. In the Future, Att Should Link a Certificate of Service to All Docu Served (RE: related document(s)[158]  Certificat Service, ).    (pl, ) (Entered: 11/08/2007) |

| 11/09/2007 | 159 | Notice of Hearing *Continued on Omnibus Objectic Claims* (RE: related document(s)[154] Omnibus Obj |

to Claims of (1) JL Technology LP (Claim #11), E
Sciences, Inc. (Claim #12), Jamie Holding Compar
(Claim #13), Sonoran Desert Chemicals, LLC (Cla
AlphaMed Pharmaceuticals, Inc. (Claim #19), and
(Claim #39) and Alternative Motion to Value Clai
for Voting Purposes Filed by Debtor Arriva
Pharmaceuticals, Inc.   (Ahrens, Michael) Modifie
11/8/2007 INCORRECT EVENT SELECTED.   (pl, ).).
scheduled for 12/13/2007 at 02:00 PM at Oakland
Jellen. Filed by Debtor Arriva Pharmaceuticals,
(Attachments: # (1) Certificate of Service) (Ahr
Michael) Modified on 11/13/2007  INCORRECT EVENT
(pl, ). (Entered: 11/09/2007)

| 11/12/2007 | 160 | Notice of Continued Hearing Notice of Continuec on Motion of John Lezdey for Authority to File I of Claim (RE: related document(s)[132] Motion tc Claim After Claims Bar Date Motion of John Lezde Authority to File Late Proof of Claim Filed by C John Lezdey (Butler, Penn)).  Hearing to be helc 12/13/2007 at 2:00 PM Oakland Room 215 - Jellen Filed by Creditor John Lezdey (Attachments: # (1 Certificate of Service) (Butler, Penn) (Entered: 11/12/2007) |

11/13/2007     **ERROR** INCORRECT EVENT SELECTED. IN THE FUTUF
USE CORRECT EVENT: NOTICE > NOTICE OF CONTINUED
(RE: related document(s)[159]   Notice of Hearinc
(pl, ) (Entered: 11/13/2007)

11/13/2007     161     Fourth Notice of Continued Hearing on Disclosure
Statement for the Debtor's Plan of Reorganizatic
related document(s)[ [14] Disclosure Statement f
Debtor's Plan of Reorganization Filed by Debtor
Pharmaceuticals, Inc..  (Attachments: # (1) Exhi
Exhibit C# (3) Exhibit D)(Katz, Ori)).  Hearing
on 11/15/2007 at 2:00 PM Oakland Room 215 - Jell
[14], Filed by Debtor Arriva Pharmaceuticals, Ir
(Ahrens, Michael)).  Filed by Debtor  Arriva
Pharmaceuticals, Inc.  (Ahrens, Michael) Modifie
11/14/2007 DOCUMENT WAS NOT LINKED PROPERLY. COL
CORRECTED (pl, ). Modified on 11/14/2007 NEW HEA
WAS NOT ENTERED (pl, ). (Entered: 11/13/2007)

11/13/2007     162     Certificate of Service   (RE: related
document(s)[161] Notice of Continued Hearing,,,,
(Ahrens, Michael) (Entered: 11/13/2007)

11/13/2007     163     Notice Regarding Notice of Motion and Motion of
for Order Requiring Compliance with Fed. R. Bank
2019 Filed by Debtor Arriva Pharmaceuticals, Inc
(Ahrens, Michael) Modified on 11/14/2007INCORREC
SELECTED AND THE DOCUMENT   IS A  MULTI-PART DOCU

). (Entered: 11/13/2007)

11/13/2007    164        Certificate of Service    (RE: related
                        document(s)[163] Notice).    (Ahrens, Michael) (En
                        11/13/2007)

11/14/2007    165        Withdrawal of Documents *Withdrawal of AlphaMed
                        Pharmaceuticals Corp. Motion for Examination of
                        For Production of Documents, Pursuant to Federal
                        Bankruptcy Procedure 2004 [Edward Mascioli, M.D.
                        No. 138)* (RE: related document(s)[138] Motion fc
                        Examination, ). Filed by Creditor AlphaMed Pharm
                        Corp.   (Attachments: # (1) Certificate of Servic
                        Penn) (Entered: 11/14/2007)

11/14/2007              **ERROR**  INCORRECT EVENT SELECTED AND THE DOCL
                        IS A  MULTI-PART DOCUMENT,   IT INCLUDES A MOTION
                        HEARING DATE.   MOTIONS MUST BE FILED   SEPARATELY
                        MOTION CATEGORY. THE DOCUMENT CONTAINS A HEARINC
                        NO NOTICE OF HEARING WAS FILED. TO SET AN ITEM C
                        CALENDAR, A NOTICE OF HEARING  MUST BE FILED AS
                        DOCUMENT AFTER DOCKETING THE MATTER BEING HEARD
                        related document(s)[163]  Notice, ).    (pl, ) (
                        11/14/2007)

11/15/2007    166        Hearing Held on 11/15/2007 at 2:00pm MINUTES: [A
                        MICHAEL AHRENS AND MICHAEL LAUTER-FOR DEBTOR, PE
                        BUTLER-FOR ALPHAMED PHARMACEUTICALS, STUART BROW
                        (TELEPHONIC)-FOR MPM ENTITIES, DAVID MINNICK-FOF
                        BIOTEC, TRACY GREEN-FOR OFFICIAL CREDITORS COMMI
                        NICOLAS DE LANCIE-FOR MPM ENTITIES] PARTIES AGRE
                        A MOTION FOR ORDER SHORTENING TIME TO APPROVE NC
                        FINANCING. COURT STATES MOTION IS GRANTED. HEARI
                        FOR NOVEMBER 26, 2007 AT 10:00AM. MOTION TO FILE
                        BY NOVEMBER 19, 2007. OBJECTIONS DUE BY 11/23/2C
                        related document(s)[92]  Notice of    Status Cor
                        be held on 11/1/2007 at 02:00 PM at Oakland Roon
                        Jellen.   (jaw, )).      (rba, ) (Entered: 11/15/

11/15/2007    167        Notice of Hearing *Regarding Motion of Debtor fc
                        Requiring Compliance with Fed. R. Bankr. P. 2015
                        related document(s)[163] Notice Regarding Notice
                        Motion and Motion of Debtor for Order Requiring
                        with Fed. R. Bankr. P. 2019* Filed by Debtor Arri
                        Pharmaceuticals, Inc.   (Ahrens, Michael) Modifie
                        11/14/2007INCORRECT EVENT SELECTED AND THE DOCUM
                        MULTI-PART DOCUMENT (pl, ).).   Hearing schedulec
                        12/13/2007 at 02:00 PM at Oakland Room 215 - Jel
                        by Debtor Arriva Pharmaceuticals, Inc.   (Ahrens,
                        (Entered: 11/15/2007)

11/15/2007    168        Certificate of Service *of Notice of Motion anc
                        of Debtor for Order Requiring Compliance with Fe
                        Bankr. P. 2019* (RE: related document(s)[167] Not

Hearing,, ).   (Ahrens, Michael) (Entered: 11/15/

11/16/2007      169        Motion for Relief from Stay *AlphaMed Pharmaceut*
                           *Corporation Motion for Relief from the Automatic*
                           *the Pending Appeal of AlphaMed Pharmaceuticals (*
                           *Appellant v. Arriva Pharmaceuticals, Inc., Appel*
                           *Eleventh Circuit Court of Appeals Case No. 06-1:*
                           RS #PAB-1, Fee Amount $150, Filed by Creditor Al
                           Pharmaceuticals Corp.   (Attachments: # (1) Decla
                           Declaration of Douglas J. Rovens In Support of A
                           Pharmaceuticals Corporation Motion for Relief fr
                           Automatic Stay# (2) Exhibit Exhibit A to Declara
                           Douglas J. Rovens In Support of AlphaMed Pharmac
                           Corporation Motion for Relief from the Automatic
                           RS Cover Sheet # (4) Certificate of Service) (Bu
                           Modified on 11/19/2007 DOCKET TEXT WAS ENTERED I
                           -COURT CORRECTED (pl, ). (Entered: 11/16/2007)

11/16/2007                 Receipt of filing fee for Motion for Relief From
                           42767) [motion,mrlfsty] ( 150.00). Receipt numbe
                           amount $ 150.00 (U.S. Treasury) (Entered: 11/16/

11/16/2007      170        Notice of Hearing *Notice of Preliminary Hearing*
                           *Motion for Relief from the Automatic Stay by Alp*
                           *Pharmaceuticals Corporation as to the Pending of*
                           (RE: related document(s)[169] Motion for Relief
                           *AlphaMed Pharmaceuticals Corporation Motion for*
                           *from the Automatic Stay as to the Pending Appeal*
                           *AlphaMed Pharmaceuticals Corporation, Appellant*
                           *Pharmaceuticals, Inc., Appellee, Eleventh Circui*
                           *Appeals Case No. 06-13432-I* RS #PAB-1, Fee Amoun
                           Filed by Creditor AlphaMed Pharmaceuticals Corp.
                           (Attachments: # (1) Declaration Declaration of D
                           Rovens In Support of AlphaMed Pharmaceuticals Co
                           Motion for Relief from the Automatic Stay# (2) E
                           Exhibit A  to Declaration of Douglas J. Rovens I
                           of AlphaMed Pharmaceuticals Corporation Motion f
                           from the Automatic Stay# (3) RS Cover Sheet # (4
                           Certificate of Service) (Butler, Penn)).  Hearir
                           for 12/7/2007 at 10:00 AM at Oakland Room 215 -
                           Confirmation hearing to be held on 12/7/2007 at
                           Oakland Room 215 - Jellen. Filed by Creditor Alp
                           Pharmaceuticals Corp.   (Butler, Penn) Modified c
                           11/19/2007 DOCKET TEXT WAS ENTERED IN ALL CAPS -
                           CORRECTED (pl, ). Modified on 11/19/2007 (pl, ).
                           11/16/2007)

11/19/2007      171        Motion to Borrow *Debtor's Motion for Order (1)*
                           *Superseding Prior Order Providing for Post-Petit*
                           *Financing, (2) Authorizing Debtor to Obtain Post*
                           *Senior Secured Superpriority Financing Pursuant*
                           *U.S.C. Sections 105, 361, 362, 363, 364(c)(1), :*
                           *364(c)(3) and 364(e), and (3) Granting Related F*

Filed by Debtor Arriva Pharmaceuticals, Inc.   (A
# (1) Exhibit A# (2) Exhibit B) (Ahrens, Michael
11/19/2007)

11/19/2007   172        Declaration of M. Sue Preston in support of (1
                        *Debtor's Motion for Order (1) Superseding Prior*
                        *Providing for Post-Petition Financing, (2) Authc*
                        *Debtor to Obtain Postpetition Senior Secured Sur*
                        *Financing Pursuant to 11 U.S.C. Sections 105, 36*
                        *363, 364(c)(1), 364(c)(2), 364(c)(3) and 364(e),*
                        *Granting Related Relief; and (II) Ex Parte Appli*
                        *Order Shortening Time Thereof* (RE: related
                        document(s) [171] Motion to Obtain Credit, [174] M
                        Shorten Time ). Filed by Debtor Arriva Pharmaceu
                        Inc.   (Attachments: # (1) Exhibit A# (2) Exhibit
                        (Ahrens, Michael) Modified on 11/20/2007 DOCKET
                        RELATIONSHIP WAS ADDED BY THE COURT. (pl, ). (En
                        11/19/2007)

11/19/2007   173        Declaration of John Barberich in support of De
                        *Motion for Order (1) Superseding Prior Order Prc*
                        *Post-Petition Financing, (2) Authorizing Debtor*
                        *Postpetition Senior Secured Superpriority Financ*
                        *Pursuant to 11 U.S.C. Sections 105, 361, 362, 36*
                        *364(c)(1), 364(c)(2), 364(c)(3) and 364(e), and*
                        *Granting Related Relief* (RE: related document(s)
                        Motion to Obtain Credit, ). Filed by Debtor Arri
                        Pharmaceuticals, Inc.   (Ahrens, Michael) (Entere
                        11/19/2007)

11/19/2007   174        Ex Parte Motion to Shorten Time *Application for*
                        *Shortening Time* (RE: related document(s) [171] Mc
                        Obtain Credit, filed by Debtor Arriva Pharmaceut
                        Inc.). Filed by Debtor Arriva Pharmaceuticals, I
                        (Attachments: # (1) Exhibit A# (2) Exhibit B# (3
                        B-1# (4) Exhibit B-2# (5) Exhibit C# (6) Exhibit
                        Exhibit C-2# (8) Exhibit D) (Ahrens, Michael) (E
                        11/19/2007)

11/19/2007   175        Declaration of Michael H. Ahrens in support of
                        *Application for Order Shortening Time* (RE: relat
                        document(s) [174] Motion to Shorten Time, ). File
                        Arriva Pharmaceuticals, Inc.   (Ahrens, Michael)
                        11/19/2007)

11/19/2007   176        Notice of Hearing *on Shortened Time: Debtor's M*
                        *for Order (1) Superseding Prior Order Providing*
                        *Petition Financing, (2) Authorizing Debtor to Ok*
                        *Petition Senior Secured Superpriority Financing*
                        *11 U.S.C. Sections 105, 361, 362, 363, 364(c)(1)*
                        *364(c)(2), 364(c)(3) and 364(e), and (3) Grantir*
                        *Relief* (RE: related document(s) [171] Motion to
                        *Debtor's Motion for Order (1) Superseding Prior*

*Providing for Post-Petition Financing, (2) Autho
Debtor to Obtain Postpetition Senior Secured Sup
Financing Pursuant to 11 U.S.C. Sections 105, 36
363, 364(c)(1), 364(c)(2), 364(c)(3) and 364(e),
Granting Related Relief* Filed by Debtor Arriva
Pharmaceuticals, Inc.  (Attachments: # (1) Exhik
Exhibit B) (Ahrens, Michael)).  Hearing schedule
11/26/2007 at 10:00 AM at Oakland Room 215 - Jel
by Debtor Arriva Pharmaceuticals, Inc.  (Ahrens,
Modified on 11/20/2007  DOCKET  RELATIONSHIP WAS
BY THE COURT (pl, ). (Entered: 11/19/2007)

| | | |
|---|---|---|
| 11/19/2007 | 177 | Certificate of Service *re Docket Nos. 171 - 17* (RE: related document(s)[174] Motion to Shorten [171] Motion to Obtain Credit,[172] Declaration, Declaration ) (Ahrens, Michael) Modified on 11/2 DOCKET RELATIONSHIP WAS CORRECTED BY THE COURT ( (Entered: 11/19/2007) |
| 11/19/2007 | 178 | Notice of Continued Hearing *Notice of Continued on Motion of Relief From Automatic Stay By Alpha Pharmaceuticals Corporation As To The Pending Of AlphaMed Pharmaceuticals Corporation, Appellant Pharmaceuticals, Inc., Appellee, Eleventh Circui Appeals Case No. 06-13432-I RS* (RE: related document(s)[169] Motion for Relief from Stay Alp *Pharmaceuticals Corporation Motion for Relief fi Automatic Stay as to the Pending Appeal of Alpha Pharmaceuticals Corporation, Appellant v. Arriva Pharmaceuticals, Inc., Appellee, Eleventh Circui Appeals Case No. 06-13432-I* RS #PAB-1, Fee Amour Filed by Creditor AlphaMed Pharmaceuticals Corp. (Attachments: # (1) Declaration Declaration of E Rovens In Support of AlphaMed Pharmaceuticals Co Motion for Relief from the Automatic Stay# (2) E Exhibit A to Declaration of Douglas J. Rovens In AlphaMed Pharmaceuticals Corporation Motion for the Automatic Stay# (3) RS Cover Sheet # (4) Cer Service) (Butler, Penn) Modified on 11/19/2007 D WAS ENTERED IN ALL CAPS -COURT CORRECTED (pl, ) be held on 12/13/2007 at 2:00 PM Oakland Room 21 for [169],  Filed by Creditor AlphaMed Pharmaceu Corp.  (Attachments: # (1) Certificate of Servic Penn) Modified on 11/20/2007 DOCKET RELATIONSHIF HEARING INFORMATION WAS CORRECTED BY THE COURT ( (Entered: 11/19/2007) |
| 11/19/2007 | 179 | Order Shortening Time for Hearing on Debtor's Mc Order (1) Superseding Prior Order Providing for Postpetition Financing, (2) Authorizing Debtor t Post-petition Senior Secured Superpriority Finan Pursuant to 11 U.S.C. Sec. 105, 361, 362, 363, 3 364(c)(2), 364(c)(3) and 364(e), and (3) Grantin |

Relief (Related Doc # [174])    (pl, ) (Entered
11/19/2007)

11/20/2007          **CORRECTIVE ENTRY** Docket Relationship Was Add
by the Court. In the Future, the Attorney Should
Declaration after the Motions Being Supported to
Documents to Be Linked Correctly.   (RE: related
document(s)[172]  Declaration).    (pl, ) (Enter
11/20/2007)

11/20/2007          **CORRECTIVE ENTRY** Docket Relationship Was
Corrected by the Court. In the Future, the Attor
Link the Notice to the Motion Being Heard Only (
document(s)[176]  Notice of Hearing).    (pl, )
11/20/2007)

11/20/2007          **CORRECTIVE ENTRY** Docket Relationship Was
Corrected by the Court. In the Future, the Attor
Link the Certificate of Service to All Documents
(RE: related document(s)[177]  Certificate of Se
(pl, ) (Entered: 11/20/2007)

11/20/2007   180    Supplemental Declaration of Tracy Green in suppo
*Motion by Official Committee of Creditors Holdin*
*Unsecured Claims for Order Defining Committee's*
*Responsibilities Relating to Access to Informati*
*Soliciting Comments* (RE: related document(s)[145
Motion Miscellaneous Relief, ). Filed by Credito
Official Committeee of Creditors Holding Unsecur
(Attachments: # (1) Certificate of Service) (Gre
(Entered: 11/20/2007)

11/20/2007   181    Operating Report for Filing Period October 200
September 2007 update  Filed by Debtor Arriva
Pharmaceuticals, Inc.  (Attachments: # (1) Certi
Service) (Ahrens, Michael) (Entered: 11/20/2007)

11/21/2007   182    Statement of Verified Statement Pursuant Feder
Bankruptcy Procedure 2019 of Squire, Sanders & D
L.L.P.  Filed by Creditor AlphaMed Pharmaceutica
Corp.  (Attachments: # (1) Certificate of Servic
Penn) (Entered: 11/21/2007)

11/21/2007   183    Order Denying AlphamedPharmaceuticals Corp.'sMot
Compel DiscoveryFrom the Debtor  (Related Doc #
(pl, ) (Entered: 11/21/2007)

11/21/2007   184    First Amended Amended Chapter 11 Plan  Filed by
Debtor Arriva Pharmaceuticals, Inc.  (RE: relate
document(s)[13] Chapter 11 Plan filed by Debtor
Pharmaceuticals, Inc.).  (Attachments: # (1) Vol
2)(Ahrens, Michael) (Entered: 11/21/2007)

| | | |
|---|---|---|
| 11/21/2007 | 185 | Document: *Redline of the Debtor's First Amende of Reorganization.* (RE: related document(s) [184 Amended Chapter 11 Plan). Filed by Debtor Arriva Pharmaceuticals, Inc. (Attachments: # (1) Exhib Exhibit A-2) (Ahrens, Michael) (Entered: 11/21/2 |
| 11/21/2007 | 186 | Disclosure Statement *for the Debtor's First Amer of Reorganization* Filed by Debtor Arriva Pharmaceuticals, Inc.. (Attachments: # (1) Volu 2# (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# D# (6) Exhibit E)(Ahrens, Michael) (Entered: 11/ |
| 11/21/2007 | 187 | Document: *Redline of Disclosure Statement for Debtor's First Amended Plan of Reorganization.* related document(s)[186] Disclosure Statement, ) Debtor Arriva Pharmaceuticals, Inc. (Attachment Exhibit A-1# (2) Exhibit A-2# (3) Index B) (Ahr Michael) (Entered: 11/21/2007) |
| 11/21/2007 | 188 | Notice of Hearing *on Disclosure Statement* (RE: related document(s)[186] Disclosure Statement fc *Debtor's First Amended Plan of Reorganization* Fi Debtor Arriva Pharmaceuticals, Inc.. (Attachmer Volume(s) Part 2# (2) Exhibit A# (3) Exhibit B# C# (5) Exhibit D# (6) Exhibit E)(Ahrens, Michael Hearing scheduled for 11/29/2007 at 02:00 PM at Room 215 - Jellen. Filed by Debtor Arriva Pharma Inc. (Ahrens, Michael) (Entered: 11/21/2007) |
| 11/21/2007 | 189 | Certificate of Service *regarding Docket Nos. 1 188* (RE: related document(s)[184] Amended Chapte Plan, [186] Disclosure Statement, [185] Document) Document, ). (Ahrens, Michael) Modified on 11/2 DOCKET RELATIONSHIP WAS ADDED BY THE COURT (pl, (Entered: 11/21/2007) |
| 11/21/2007 | 190 | Reply to *Reply Brief in Support of Approval of Disclosure Statement for Debtor's First Amended Reorganization* (RE: related document(s)[96] Obje Filed by Debtor Arriva Pharmaceuticals, Inc. (A # (1) Certificate of Service) (Ahrens, Michael) 11/21/2007) |
| 11/21/2007 | 191 | BNC Certificate of Mailing (RE: related document Order on Motion to Shorten Time, ). Service 11/21/2007. (Admin.) (Entered: 11/21/2007) |
| 11/23/2007 | 192 | BNC Certificate of Mailing (RE: related document Order on Motion to Compel). Service Date 11/ (Admin.) (Entered: 11/23/2007) |
| 11/26/2007 | 193 | Objection *of AlphaMed Pharmaceuticals Corp. to Sought by Debtor's Motion for Order (1) Supersec Order Providing for Post-Petition Financing, (2)* |

29

*Authorizing Debtor to Obtain Post-Petition Senic*
*Superpriority Financing Pursuant to 11 U.S.C. Se*
*361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3) a*
*and (3) Granting Related Relief* (RE: related
document(s) [171] Motion to Obtain Credit, ). Fil
Creditor AlphaMed Pharmaceuticals Corp.  (Attach
(1) Certificate of Service) (Butler, Penn) (Ente
11/26/2007)

11/26/2007            **CORRECTIVE ENTRY** Docket Relationship Was
                      Corrected by the Court. In the Future, the Attor
                      Link the Certificate of Service to All Documents
                      (RE: related document(s) [189]  Certificate of Se
                      (pl, ) (Entered: 11/26/2007)

11/26/2007    194     Hearing Held on 11/26/2007 at 11:00am MINUTES:
                      [APPEARANCES: MICHAEL AHRENS-FOR DEBTOR, PENN AY
                      FOR ALPHAMED PHARMACEUTICALS, MICHAEL COOPER-FOR
                      CREDITORS COMMITTEE, DAVID MINNICK-FOR NORDIC, S
                      (TELEPHONIC)-FOR MPM ENTITIES] THE COURT STATES
                      DEBTOR'S MOTION IS CONDITIONALLY GRANTED. THE CC
                      NOT SIGN THE ORDER UNTIL TOMORROW AT 1:00PM. IF
                      WISHES TO HAVE A HEARING TOMORROW AT 1:00PM, SON
                      INFORM THE COURT BY 11:30AM TOMORROW IF HEARING
                      FORWARD. (RE: related document(s) [171]      Motior
                      *Debtor's Motion for Order (1) Superseding Prior*
                      *Providing for Post-Petition Financing, (2) Autho*
                      *Debtor to Obtain Postpetition Senior Secured Sup*
                      *Financing Pursuant to 11 U.S.C. Sections 105, 36*
                      *363, 364(c)(1), 364(c)(2), 364(c)(3) and 364(e),*
                      *Granting Related Relief* Filed by Debtor Arriva
                      Pharmaceuticals, Inc.  (Attachments: # (1) Exhit
                      Exhibit B) (Ahrens, Michael)).      (rba, ) (Ente
                      11/26/2007)

11/26/2007    195     Supplemental Certificate of Service *re Docket Nu*
                      *171-175*  (RE: related document(s) [174] Motion to
                      Shorten Time,, [171] Motion to Obtain Credit, [1
                      Declaration, [173] Declaration).  (Ahrens, Micha
                      Modified on 11/27/2007 DOCKET RELATIONSHIP WAS A
                      COURT (pl, ). (Entered: 11/26/2007)

11/26/2007    196     Supplemental Certificate of Service *re Docket Nu*
                      *161* (RE: related document(s) [161] Notice of Cont
                      Hearing,, ).  (Ahrens, Michael) (Entered: 11/26/

11/26/2007    197     Supplemental Certificate of Service *re Docket Nu*
                      *154-159* (RE: related document(s) [154] Objection,
                      Memorandum, [156] Declaration, [157] Notice of H
                      [158] Certificate of Service, [159]  Notice of H
                      (Ahrens, Michael) Modified on 11/27/2007  DOCKET
                      RELATIONSHIP WAS ADDED BY THE COURT  (pl, ). (En
                      11/26/2007)

11/26/2007    198    Supplemental Certificate of Service *re Docket Nu 152* (RE: related document(s) [152] Opposition Brief/Memorandum, ). (Ahrens, Michael) (Entered 11/26/2007)

11/26/2007    199    Supplemental Certificate of Service *re Docket Nu 163* (RE: related document(s) [163] Notice, ). (A Michael) (Entered: 11/26/2007)

11/27/2007    Hearing Continued from 11/27/2007 at 2:00pm to 1 at 10:00am (RE: related document(s) [171]    Moti Borrow *Debtor's Motion for Order (1) Superseding Order Providing for Post-Petition Financing, (2) Authorizing Debtor to Obtain Postpetition Senior Superpriority Financing Pursuant to 11 U.S.C. Se 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3) a and (3) Granting Related Relief* Filed by Debtor Pharmaceuticals, Inc. (Attachments: # (1) Exhib Exhibit B) (Ahrens, Michael)).    (rba, ) (Ente 11/27/2007)

11/27/2007    **CORRECTIVE ENTRY** Docket Relationship Was Corrected by the Court. In the Future, the Attor Link the Certificate of Service to All Documents (RE: related document(s) [197]  Certificate of Se [195]  Certificate of Service, ).    (pl, ) (Ent 11/27/2007)

11/27/2007    200    Supplemental Declaration of M. Sue Preston in in *Debtor's Motion To Approve DIP Financing And Req Good Faith Finding* (RE: related document(s) [171] to Obtain Credit, ). Filed by Debtor Arriva Pharmaceuticals, Inc. (Ahrens, Michael) (Entere 11/27/2007)

11/27/2007    201    Certificate of Service *of Supplemental Declara M. Sue Preston In Support Of Debtor's Motion To Financing And Request For Good Faith Finding* (RE related document(s) [200] Declaration, ).   (Ahren (Entered: 11/27/2007)

11/27/2007    202    Supplemental Declaration of John M. Barberich in *Debtor's Motion for Order (1) Superseding Prior Providing for Post-Petition Financing, (2) Autho Debtor to Obtain Postpetition Senior Secured Sup Financing pursuant to 11 U.S.C. Sections 105, 36 363, 364(c)(1), 364(c)(2), 364(c)(3) and 364(e), Granting Related Relief* (RE: related document(s) Motion to Obtain Credit). Filed by Interested Pa Biotech Venture Fund II K/S (Attachments: # (1) of Service) (Ellis, Michael) Modified on 11/28/2 RELATIONSHIP WAS CORRECTED BY THE COURT (pl, ). 11/27/2007)

11/28/2007    203        Objection *of AlphaMed Pharmaceuticals Corp. to*
                         *Disclosure Statement for the Debtor's First Amer*
                         *Reorganization* (RE: related document(s)[186] Dis
                         Statement, ). Filed by Creditor AlphaMed Pharmac
                         Corp.   (Attachments: # (1) Certificate of Servic
                         Penn) (Entered: 11/28/2007)

11/28/2007    204        Hearing Held on 11/28/2007 at 10:00am MINUTES:
                         [APPEARANCES: MICHAEL AHRENS AND MICHAEL LAUTER-
                         PENN AYERS BUTLER-FOR ALPHAMED PHARMACEUTICALS,
                         COOPER-FOR OFFICIAL CREDITORS COMMITTEE, DAVID M
                         NORDIC BIOTEC, STUART BROWN   (TELEPHONIC)-FOR ME
                         COURT STATES THAT DEBTOR'S MOTION IS GRANTED. TH
                         APPROVES THE ORDER. MR. AHRENS WILL SUBMIT THE C
                         related document(s)[171]     Motion to Borrow *Del*
                         *Motion for Order (1) Superseding Prior Order Pro*
                         *Post-Petition Financing, (2) Authorizing Debtor*
                         *Postpetition Senior Secured Superpriority Financ*
                         *Pursuant to 11 U.S.C. Sections 105, 361, 362, 36*
                         *364(c)(1), 364(c)(2), 364(c)(3) and 364(e), and*
                         *Granting Related Relief* Filed by Debtor Arriva
                         Pharmaceuticals, Inc.   (Attachments: # (1) Exhib
                         Exhibit B) (Ahrens, Michael)).      (rba, ) (Ente
                         11/28/2007)

11/28/2007    205        Exhibit (RE: related document(s)[171] Motion t
                         Credit, filed by Debtor Arriva Pharmaceuticals,
                         *to Order (1) Superseding Prior Order Providing i*
                         *Petition Financing, (2) Authorizing Debtor to Ok*
                         *PostPetition Senior Secured Superpriority Financ*
                         *Pursuant to 11 U.S.C. Sections 105, 361, 362, 36*
                         *364(c)(1), 364(c)(2), 364(c)(3) and 364(e), and*
                         *Granting Related Relief* Filed by Debtor Arriva
                         Pharmaceuticals, Inc.   (Attachments: # (1) Volum
                         Exhibit A Part  2# (2) Volume(s) Exhibit A Part
                         Michael) Modified on 11/29/2007 DOCUMENT WAS NOT
                         PROPERLY. COURT CORRECTED; CASE NAME, CASE NUMBE
                         INFORMATION ARE MISSING FROM THE DOCUMENT. (pl,
                         (Entered: 11/28/2007)

11/28/2007    206        Exhibit (RE: related document(s)[171] Motion t
                         Credit, filed by Debtor Arriva Pharmaceuticals,
                         *to Order (1) Superseding Prior Order Providing i*
                         *Petition Financing, (2) Authorizing Debtor to Ok*
                         *PostPetition Senior Secured Superpriority Financ*
                         *Pursuant to 11 U.S.C. Sections 105, 361, 362, 36*
                         *364(c)(1), 364(c)(2), 364(c)(3) and 364(e), and*
                         *Granting Related Relief* Filed by Debtor Arriva
                         Pharmaceuticals, Inc.   (Ahrens, Michael) Modifie
                         11/29/2007 DOCUMENT WAS NOT LINKED PROPERLY. COU
                         CORRECTED; CASE NAME, CASE NUMBER AND COURT INFC
                         MISSING FROM THE DOCUMENT.(pl, ). (Entered: 11/2

| 11/28/2007 | 207 | Second Amended Chapter 11 Plan *of Reorganization November 28, 2007,* Filed by Debtor Arriva Pharmaceuticals, Inc.  (RE: related document(s)[ 11 Plan filed by Debtor Arriva Pharmaceuticals, Amended Chapter 11 Plan filed by Debtor Arriva Pharmaceuticals, Inc.).  (Ahrens, Michael) (Ente 11/28/2007) |
| 11/28/2007 | 208 | Disclosure Statement *for the Debtor's Second Ame Chapter 11 Plan of Reorganization, Dated Novembe 2007,* Filed by Debtor Arriva Pharmaceuticals, In (Attachments: # (1) Exhibit A# (2) Exhibit B# (3 C# (4) Exhibit D# (5) Exhibit E)(Ahrens, Michael 11/28/2007) |
| 11/28/2007 | 209 | Supplemental Reply to *AlphaMed's Objections and Support Of Approval of Debtor's Disclosure State Debtor's Second Amended Chapter 11 Plan of Reorg Dated November 28, 2007* (RE: related document(s) Objection,, [96] Objection). Filed by Debtor Arr Pharmaceuticals, Inc.  (Attachments: # (1) Exhib Exhibit B# (3) Exhibit C) (Ahrens, Michael) (Ent 11/28/2007) |
| 11/28/2007 | 210 |  Certificate of Service *of Debtor's Second Amer Chapter 11 Plan of Reorganization, Dated Novembe and Disclosure Statement for the Debtor's Second Chapter 11 Plan of Reorganization, Dated Novembe 2007* (RE:  related document(s)[207] Amended Chap Plan,, [208] Disclosure Statement, ).  (Ahrens, (Entered: 11/28/2007) |
| 11/28/2007 | 211 |  Certificate of Service *of Supplemental Reply I Support of Approval of Debtor's Disclosure State Debtor's Second Amended Chapter 11 Plan of Reorg Dated November 28, 2007, Attaching Redlined Plea* (RE: related document(s)[209] Reply, ).  (Ahrens (Entered: 11/28/2007) |
| 11/29/2007 | | **ERROR**CASE NAME, CASE NUMBER AND COURT INFORMATION ARE MISSING FROM THE DOCUMENT. PDF I SHOULD ALWAYS BE IN CORRECT PLEADING FORMAT WITH HEADING AND CASE INFORMATION  (RE: related docun Exhibit, [205] Exhibit).    (pl, ) (Entered: 1 |
| 11/29/2007 | 212 | Order for Official Committee of Creditors Holdir Claims Defining Committee's Responsibilities Rel Access to Information and Soliciting Comments(Re [145])    (pl, ) (Entered: 11/29/2007) |
| 11/29/2007 | 213 | Order (1) Superseding Prior Order Providing for PostpetitionFinancing, (2) Authorizing Debtor tc Postpetition Senior Secured Superpriority Financ Pursuant to 11 U.S.C. Sec. 105, 361, 362, 363, |

364(c)(2), 364(c)(3) and 364(e), and (3) Grantin
Relief   (Related Doc # [171])      (pl, ) (Entere
11/29/2007)

11/29/2007    214      Response to *the Debtor's Memorandum of Points a
*Authorities in Support of Omnibus Objection to C
*Alternative Motion to Value Claims at Zero for V
*Purposes* (RE: related document(s)[154] Objectior
Filed by Creditor AlphaMed Pharmaceuticals Corp.
(Attachments: # (1) Certificate of Service) (But
(Entered: 11/29/2007)

11/29/2007    215      Response to *Response of John Lezdey to Oppositi*
*Debtor to Motion for Authority to File Late Proc*
*Claim* (RE: related document(s)[152] Opposition
Brief/Memorandum, ). Filed by Creditor AlphaMed
Pharmaceuticals Corp.  (Attachments: # (1) Certi
Service) (Butler, Penn) (Entered: 11/29/2007)

11/29/2007           Hearing Continued to 12/6/2007 at 2:00pm MINUTES
[APPEARANCES: MICHAEL AHRENS, ORI KATZ, MICHAEL
DEBTOR, PENN AYERS BUTLER-FOR ALPHAMED PHARMACEU
MICHAEL ELLIS-FOR NORDIC BIOTEC, MICHAEL COOPER-
OFFICIAL CREDITORS COMMITTEE, DAVID WISEBLOOD-FC
HEARING IS CONTINUED TO DECEMBER 6, 2007 AT 2:00
PREJUDICE TO FURTHER CONTINUANCE. (RE: related
document(s)[207]   Second Amended Chapter 11 Plan
*Reorganization, Dated November 28, 2007*, Filed k
Debtor Arriva Pharmaceuticals, Inc.   (RE: relate
document(s)[13] Chapter 11 Plan filed by Debtor
Pharmaceuticals, Inc., [184] Amended Chapter 11
by Debtor Arriva Pharmaceuticals, Inc.).  (Ahrer
Michael), [208]   Disclosure Statement *for the De*
*Second Amended Chapter 11 Plan of Reorganizatior*
*November 28, 2007*, Filed by Debtor Arriva
Pharmaceuticals, Inc.  (Attachments: # (1) Exhi
Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exh
E)(Ahrens, Michael), [14]   Disclosure Statement
*Debtor's Plan of Reorganization* Filed by Debtor
Pharmaceuticals, Inc.  (Attachments: # (1) Exhi
Exhibit C# (3) Exhibit D)(Katz, Ori), [186]   Dis
Statement *for the Debtor's First Amended Plan of*
*Reorganization* Filed by Debtor Arriva Pharmaceut
Inc..  (Attachments: # (1) Volume(s) Part 2# (2)
(3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6)
E)(Ahrens, Michael)).   Hearing to be held on
at 2:00 PM Oakland Room 215 - Jellen for [14],
be held on  12/6/2007 at 2:00 PM Oakland Room 21
for [186],    (rba, ) (Entered: 11/29/2007)

12/01/2007    216      BNC Certificate of Mailing (RE: related document
Order on Motion for Miscellaneous Relief).      S
12/01/2007.  (Admin.) (Entered: 12/01/2007)

| | | |
|---|---|---|
| 12/01/2007 | 217 | BNC Certificate of Mailing (RE: related document Order on Motion to Obtain Credit, ).    Service 12/01/2007.   (Admin.) (Entered: 12/01/2007) |
| 12/04/2007 | 218 | Third Amended Chapter 11 Plan *of Reorganization, December 4, 2007* Filed by Debtor Arriva Pharmaceuticals, Inc.  (RE: related document(s) | 11 Plan filed by Debtor Arriva Pharmaceuticals, Amended Chapter 11 Plan filed by Debtor Arriva Pharmaceuticals, Inc., [207] Amended Chapter 11 by Debtor Arriva Pharmaceuticals, Inc.).   (Ahren (Entered: 12/04/2007) |
| 12/04/2007 | 219 | Disclosure Statement *for The Debtor's Third Amen Chapter 11 Plan of Reorganization, Dated Decembe 2007* Filed by Debtor Arriva Pharmaceuticals, Inc (Attachments: # (1) Exhibit A# (2) Exhibit B# (3 C# (4) Exhibit D)(Ahrens, Michael) (Entered: 12/ |
| 12/04/2007 | 220 | Document: *Statement Regarding Debtor's Third A Chapter 11 Plan of Reorganization, Dated Decembe and Attaching Redlined Copies of The Amended Pla Related Disclosure Statement.*   (RE: related document(s)[219] Disclosure Statement, ). Filed Arriva Pharmaceuticals, Inc.   (Attachments: # (1 A# (2) Exhibit B# (3) Exhibit C) (Ahrens, Michae on 12/5/2007 INCORRECT EVENT SELECTED. (pl, ). ( 12/04/2007) |
| 12/04/2007 | 221 | Certificate of Service *re Docket Numbers 218 t 220* (RE: related document(s)[219] Disclosure Statement,, [218] Amended Chapter 11 Plan,[220] ).   (Ahrens, Michael) Modified on 12/5/2007  DOC RELATIONSHIP WAS ADDED BY THE COURT  (pl, ). (En 12/04/2007) |
| 12/05/2007 | | **\*\*ERROR\*\*** INCORRECT EVENT SELECTED. IN THE FUTUF USE CORRECT EVENT: MISCELLANEOUS > STATEMENT (RE document(s)[220]  Document, ).    (pl, ) (Entere 12/05/2007) |
| 12/05/2007 | | **\*\*CORRECTIVE ENTRY\*\*** Docket Relationship Was Corrected by the Court. In the Future, the Attor Link the Certificate of Service to All Documents (RE: related document(s)[221]  Certificate of Se (pl, ) (Entered: 12/05/2007) |
| 12/06/2007 | 222 | Objection *of AlphaMed Pharmaceuticals Corp. to Disclosure Statement for the Debtor's Third Amen Reorganization* (RE: related document(s)[219] Dis Statement, ). Filed by Creditor AlphaMed Pharmac Corp.  (Attachments: # (1) Certificate of Servic Penn) (Entered: 12/06/2007) |

12/06/2007    223        Joinder *in Opposition to Motion to File Late (*
                         (RE: related document(s) [152] Opposition Brief/
                         ). Filed by Creditor Committee Official Committe
                         Creditors Holding Unsecured Claims (Attachments:
                         Certificate of Service) (Green, Tracy) Modified
                         12/7/2007 DOCUMENT WAS NOT LINKED PROPERLY. COUF
                         (pl, ). (Entered: 12/06/2007)

12/06/2007    224        Hearing Held on 12/6/2007 at 2:00pm MINUTES: [AF
                         MICHAEL AHRENS AND MICHAEL LAUTER-FOR DEBTOR, PE
                         BUTLER-FOR ALPHAMED PHARMACEUTICALS, MICHAEL COC
                         OFFICIAL CREDITORS COMMITTEE, DAVID MINNICK-FOR
                         BIOTEC, STUART BROWN (TELEPHONIC)-FOR MPM ENTITI
                         APPROVES THE DISCLOSURE STATEMENT SUBJECT TO CHF
                         ON THE RECORD. CONFIRMATION HEARING SET FOR JANL
                         2008 AT 10:00AM AND JANUARY 17, 2007 AT 2:00PM.
                         FILE OBJECTION TO CONFIRMATION DUE BY JANUARY 8,
                         AHRENS WILL SUBMIT THE ORDER.    (RE: related
                         document(s)[219]  Disclosure Statement *for The I*
                         *Third Amended Chapter 11 Plan of Reorganization,*
                         *December 4, 2007* Filed by Debtor Arriva
                         Pharmaceuticals, Inc..    (Attachments: # (1) Exh
                         Exhibit B# (3) Exhibit C# (4) Exhibit D)(Ahrens,
                         [218]   Third Amended Chapter 11 Plan *of Reorgani*
                         *Dated December 4, 2007* Filed by Debtor Arriva
                         Pharmaceuticals, Inc.  (RE: related document(s)|
                         11 Plan filed by Debtor Arriva Pharmaceuticals,
                         Amended Chapter 11 Plan filed by Debtor Arriva
                         Pharmaceuticals, Inc., [207] Amended Chapter 11
                         by Debtor Arriva Pharmaceuticals, Inc.).   (Ahrer
                         Michael), [14]  Disclosure Statement *for the Del*
                         *Plan of Reorganization* Filed by Debtor Arriva
                         Pharmaceuticals, Inc..   (Attachments: # (1) Exhi
                         Exhibit C# (3) Exhibit D)(Katz, Ori), [186]  Dis
                         Statement *for the Debtor's First  Amended Plan c*
                         *Reorganization* Filed by Debtor Arriva Pharmaceut
                         Inc..  (Attachments: # (1) Volume(s) Part 2# (2)
                         (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6)
                         E)(Ahrens, Michael)).      (rba, ) (Entered: 12/C

12/06/2007    225        Reply to *Reply in Support of Omnibus Objection*
                         *Claims and Alternative Motion to Value Claims at*
                         *Voting Purposes* (RE: related document(s)[154]
                         Objection, ). Filed by Debtor Arriva Pharmaceuti
                         (Ahrens, Michael) Modified on 12/7/2007 DOCUMENT
                         LINKED PROPERLY. COURT CORRECTED (pl, ). (Entere
                         12/06/2007)

12/06/2007    226         Certificate of Service   (RE: related
                         document(s)[225] Reply).   (Ahrens, Michael) (Ent
                         12/06/2007)

12/06/2007    227        Reply to *AlphaMed's Motion for Relief from the*
                         *Automatic Stay* (RE: related document(s)[169] Mot

Relief From Stay,,, ). Filed by Debtor Arriva
Pharmaceuticals, Inc.  (Ahrens, Michael) (Entere
12/06/2007)

12/06/2007    228        Declaration of Jonathan Goodman in opposition
*AlphaMed's Motion for Relief from the Automatic*
((RE: related document(s)[169] Motion for Relief
Stay). Filed by Debtor Arriva Pharmaceuticals, I
(Attachments: # (1) Exhibit A) (Ahrens, Michael)
on 12/7/2007 DOCUMENT WAS NOT LINKED PROPERLY. C
CORRECTED (pl, ). (Entered: 12/06/2007)

12/06/2007    229        Certificate of Service   (RE: related
document(s)[227] Reply, [228] Declaration).   (Ah
Michael) (Entered: 12/06/2007)

12/06/2007    230        Reply to *Verified Statement Pursuant to Federal*
*Bankruptcy Procedure 2019 of Squire, Sanders & L*
*L.L.P.*  (RE: related document(s)[163] Notice). F
Debtor Arriva Pharmaceuticals, Inc.  (Ahrens, Mi
Modified on 12/7/2007 DOCUMENT WAS NOT LINKED PR
COURT CORRECTED (pl, ). (Entered: 12/06/2007)

12/06/2007    231        Certificate of Service   (RE: related
document(s)[230] Reply).   (Ahrens, Michael) (Ent
12/06/2007)

12/07/2007    232        Notice to Take Deposition of John Lezdey *in Con*
*with Hearing on Confirmation of Plan* Filed by De
Arriva Pharmaceuticals, Inc.   (Ahrens, Michael)
12/07/2007)

12/07/2007    233        Notice to Take Deposition of Jarett Lezdey *in*
*Connection with Hearing on Confirmation of Plan*
by Debtor Arriva Pharmaceuticals, Inc.   (Ahrens,
(Entered: 12/07/2007)

12/07/2007    234        Notice to Take Deposition of Joseph McGuirl *in*
*Connection with Hearing on Confirmation of Plan*
by Debtor Arriva Pharmaceuticals, Inc.   (Ahrens,
(Entered: 12/07/2007)

12/10/2007    235         Motion *Debtor's Motion for Order Authorizing l*
*Enter into Convertible Loan Agreement and Seekin*
*Relief* Filed by Debtor Arriva Pharmaceuticals, l
(Attachments: # (1) Exhibit A# (2) Exhibit B) (A
Michael) Modified on 12/11/2007 INCORRECT EVENT
SELECTED.(pl, ). (Entered: 12/10/2007)

12/10/2007    236        Ex Parte Motion to Shorten Time   (RE: related
document(s)[235] Motion Miscellaneous Relief fil
Debtor Arriva Pharmaceuticals, Inc.). Filed by L
Arriva Pharmaceuticals, Inc.  (Attachments: # (1
(2) Exhibit B Part 1# (3) Exhibit B Part 2) (Ahr

Michael) (Entered: 12/10/2007)

12/10/2007    237    Declaration of Michael H. Ahrens in support of
                     *Parte Application for Order Shortening Time* (RE:
                     related document(s)[236] Motion to Shorten Time,
                     by Debtor Arriva Pharmaceuticals, Inc.   (Ahrens,
                     (Entered: 12/10/2007)

12/10/2007    238    Notice of Hearing *on Shortened Time* (RE: relate
                     document(s)[235] Motion *Debtor's Motion for Orde*
                     *Authorizing It to Enter into Convertible Loan A*ç
                     *Seeking Related Relief* Filed by Debtor Arriva
                     Pharmaceuticals, Inc.   (Attachments: # (1) Exhih
                     Exhibit B) (Ahrens, Michael)).   Hearing schedule
                     12/20/2007 at 02:00 PM at Oakland Room 215 - Jel
                     by Debtor Arriva Pharmaceuticals, Inc.   (Ahrens,
                     (Entered: 12/10/2007)

12/10/2007    239    Certificate of Service   (RE: related
                     document(s)[238] Notice of Hearing,, [237] Decla
                     [236] Motion to Shorten Time,, [235] Motion Misc
                     Relief).   (Ahrens, Michael) (Entered: 12/10/2007

12/10/2007    240    First Amended Declaration of Michael H. Ahrens i
                     of *Ex Parte Application for Order Shortening Tin*
                     *Debtor's Motion for Order Authorizing It to Ente*
                     *Convertible Loan Agreement and Seeking Related F*
                     (RE: related document(s)[236] Motion to Shorten
                     Filed by Debtor Arriva Pharmaceuticals, Inc.   (A
                     # (1) Certificate of Service) (Ahrens, Michael)
                     12/10/2007)

12/11/2007           **ERROR**  INCORRECT EVENT SELECTED. IN THE FUTUF
                     USE CORRECT EVENT: MOTION > INCUR DEBT (RE: rela
                     document(s)[235]    Motion *Debtor's Motion for C*
                     *Authorizing It to Enter into Convertible Loan A*ç
                     *Seeking Related Relief*).   (pl, ) (Entered:
                     12/11/2007)

12/12/2007    241    Fourth Amended Chapter 11 Plan *of Reorganizatior*
                     *December 12, 2007* Filed by Debtor Arriva
                     Pharmaceuticals, Inc.   (RE: related document(s)|
                     11 Plan filed by Debtor Arriva Pharmaceuticals,
                     Amended Chapter 11 Plan filed by Debtor Arriva
                     Pharmaceuticals, Inc., [218] Amended Chapter 11
                     by Debtor Arriva Pharmaceuticals, Inc., [207] An
                     Chapter 11 Plan, filed by Debtor Arriva Pharmace
                     Inc.).   (Ahrens, Michael) (Entered: 12/12/2007)

12/12/2007    242    Disclosure Statement *for the Debtor's Fourth Ame*
                     *Chapter 11 Plan of Reorganization, Dated Decembe*
                     *2007* Filed by Debtor Arriva Pharmaceuticals, Inc
                     (Attachments: # (1) Exhibit A# (2) Exhibit B# (3
                     C# (4) Exhibit D)(Ahrens, Michael) (Entered: 12/

12/12/2007    243         Notice Regarding *No Objections to Disclosure St*
                          *and Attached Redlines of Fourth Amended Plan anc*
                          *Statement* (RE: related document(s)[242] Disclosu
                          Statement *for the Debtor's Fourth Amended Chapte*
                          *Plan of Reorganization, Dated December 12, 2007*
                          by Debtor Arriva Pharmaceuticals, Inc..   (Attach
                          (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4)
                          D)(Ahrens, Michael), [241] Fourth Amended Chapte
                          *of Reorganization, Dated December 12, 2007* Filed
                          Debtor Arriva Pharmaceuticals, Inc.   (RE: relate
                          document(s)[13] Chapter 11 Plan filed by Debtor
                          Pharmaceuticals, Inc., [184] Amended Chapter 11
                          by Debtor Arriva Pharmaceuticals, Inc., [218] An
                          Chapter  11 Plan, filed by Debtor Arriva Pharmac
                          Inc., [207] Amended Chapter 11 Plan, filed by De
                          Pharmaceuticals, Inc.).   (Ahrens, Michael)).   Fi
                          Debtor Arriva Pharmaceuticals, Inc.   (Attachment
                          Exhibit A# (2) Exhibit B) (Ahrens, Michael) (Ent
                          12/12/2007)

12/12/2007    244         Certificate of Service *Docket Numbers 241, 242*
                          *243* (RE: related document(s)[242] Disclosure
                          Statement,, [241] Amended Chapter 11 Plan, ).   (
                          Michael) (Entered: 12/12/2007)

12/12/2007    245         Order Shortening Time for Hearing on Debtor's Mc
                          Order Authorizing it to Enter into Convertible I
                          Agreement and Seeking Related Relief   (Related I
                          (pl, ) (Entered: 12/13/2007)

12/13/2007    246         Certificate of Service   (RE: related
                          document(s)[238] Notice of Hearing,, [235] Motic
                          Miscellaneous Relief, ).   (Ahrens, Michael) (Ent
                          12/13/2007)

12/13/2007    247         Hearing Held on 12/13/2007 at 2:00pm MINUTES: [A
                          MICHAEL AHRENS, MICHAEL LAUTER, TIMOTHY PERRY-FC
                          DOUGLAS ROVENS AND PENN AYERS BUTLER-FOR ALPHAME
                          PHARMACEUTICALS; MICHAEL COOPER AND TRACY GREEN-
                          OFFICIAL CREDITORS COMMITTEE,   ERICA LAZAR (TELE
                          MPM ENTITIES] AS TO MOTION OF JOHN LEZDEY FOR AU
                          FILE LATE PROOF OF CLAIM: MOTION IS DENIED. MR.
                          SUBMIT THE ORDER. AS TO OMNIBUS OBJECTION TO CLA
                          OBJECTION TO CLAIMS IS SUSTAINED AS STATED ON TH
                          MR. AHRENS WILL SUBMIT THE ORDER. AS TO MOTION F
                          REQUIRING COMPLIANCE WITH FED. R. BANKR. P.2019:
                          DENIED. MR. BUTLER WILL SUBMIT THE ORDER. AS TO
                          RELIEF FROM STAY FILED BY ALPHAMED: MOTION IS GR
                          REQUESTED. MR. BUTLER WILL SUBMIT THE ORDER. AS
                          TO ESTIMATE CLAIM: COURT STATES THAT CLAIM ESTIM
                          ZERO. (RE: related document(s)[132]   Motion tc
                          After Claims Bar Date *Motion of John Lezdey for*
                          *Authority to File Late Proof of Claim* Filed by C
                          John Lezdey (Butler, Penn), [169]   Motion for F

Stay *AlphaMed Pharmaceuticals Corporation Motior*
*Relief from the Automatic Stay as to the Pendinç*
*AlphaMed Pharmaceuticals Corporation, Appellant*
*Pharmaceuticals, Inc., Appellee, Eleventh Circui*
*Appeals Case No. 06-13432-I* RS #PAB-1, Fee Docum
Filed by Creditor AlphaMed Pharmaceuticals Corp.
(Attachments: # (1) Declaration Declaration of I
Rovens In Support of AlphaMed Pharmaceuticals Cc
Motion for Relief from the Automatic Stay# (2) E
Exhibit A to Declaration of Douglas J. Rovens Ir
AlphaMed Pharmaceuticals Corporation Motion for
the Automatic Stay# (3) RS Cover Sheet # (4) Cer
Service) (Butler, Penn) Modified on 11/19/2007 I
WAS ENTERED IN ALL CAPS -COURT CORRECTED (pl, ).
Notice Regarding *Notice of Motion and Motion of*
*for Order Requiring Compliance with Fed. R. Bar*
*2019* Filed by Debtor Arriva Pharmaceuticals, Inc
(Ahrens, Michael) Modified on 11/14/2007INCORREC
SELECTED AND THE DOCUMENT IS A  MULTI-PART DOCUN
)., [154]  Omnibus Objection *to Claims of (1) JI*
*Technology LP (Claim #11), Protease Sciences, Ir*
*#12), Jamie Holding Company, LLC (Claim #13), Sc*
*Desert Chemicals, LLC (Claim #14), AlphaMed*
*Pharmaceuticals, Inc. (Claim #19), and John Lezc*
*#39) and Alternative Motion to Value Claims at 2*
*Voting Purposes* Filed by Debtor Arriva Pharmaceu
Inc.  (Ahrens, Michael) Modified on 11/8/2007 IN
EVENT SELECTED.  (pl, ).).    (rba, ) (Entered:
12/13/2007)

| | | |
|---|---|---|
| 12/13/2007 | 248 | Order (1) Approving Adequacy of  Disclosure Stat<br>Debtor's Fourth Amended Chapter 11 Plan of Reorç<br>(2) Fixing Time for SubmittingAcceptances or Rej<br>Debtor's Fourth Amended Chapter 11 Plan of Reorç<br>(3) Fixing Time for Filing and Serving Objectior<br>Confirmation of the Debtor's Fourth Amended Chap<br>of Reorganization; and (4) Fixing Time for Heari<br>Confirmation of the Debtor's Fourth Amended Chap<br>of Reorganization    (pl, ) Modified on 12/17/2C<br>CORRECTED TO MATCH PDF TITLE (pl, ). (Entered: 1 |
| 12/14/2007 | | Hearing Set On (RE: related document(s)[241]  An<br>Chapter 11 Plan, ).   Confirmation hearing to be<br>1/16/2008 at 10:00 AM at Oakland Room 215 - Jell<br>(Entered: 12/14/2007) |
| 12/15/2007 | 249 | BNC Certificate of Mailing (RE: related document<br>Order on Motion to Shorten Time).    Service Da<br>12/15/2007.  (Admin.) (Entered: 12/15/2007) |
| 12/17/2007 | 250 | Certificate of Service *of: (1) Debtor's Fourtt*<br>*Chapter 11 Plan of Reorganization, (2) Disclosur*<br>*for the Debtor's Fourth Amended Chapter 11 Plan* |

*Reorganization, (3) Order Approving Adequacy of Statement, Fixing Time for Submitting Acceptance Rejections of Plan, Fixing Time for Filing and § Objections to Confirmation of Plan, and Fixing 1 Hearing on Confirmation of Plan, and (4) Ballot on Plan* (RE: related document(s) [242] Disclosure Statement,, [241] Amended Chapter 11 Plan, ). ( Michael) (Entered: 12/17/2007)

| | | |
|---|---|---|
| 12/18/2007 | 251 | Certificate of Service *of (1) Order Disallowir of JL Technology LP (Claim No. 11); (2) Order Di Claim of Protease Sciences, Inc. (Claim No. 12); Disallowing Claim of Jamie Holding, LLC (Claim N Order Disallowing Claim of Sonoran Desert Chemic (Claim No. 14); (5) Order Disallowing Claim of A Pharmaceuticals Corp. (Claim No. 19); (6) Order Motion of John Lezdey for Authority to File Late Claim (Docket No. 132); and (7) Order Disallowir John Lezdey (Claim No. 39)* (RE: related document(s) [154] Objection, ). (Ahrens, Michael 12/18/2007) |
| 12/19/2007 | 252 | Amended Schedule B, Schedule G,. Filed by Debtc Arriva Pharmaceuticals, Inc. (Ahrens, Michael) 12/19/2007) |
| 12/19/2007 | 253 | Notice Regarding *Amendment to Debtor's Schedule Intention to Assume Certain Agreements* (RE: rela document(s) [252] Amended Schedule B, Schedule G, Filed by Debtor Arriva Pharmaceuticals, Inc. (A Michael)). Filed by Debtor Arriva Pharmaceutic (Ahrens, Michael) (Entered: 12/19/2007) |
| 12/20/2007 | 254 | Hearing Held on 12/20/2007 at 2:00pm MINUTES: [A MICHAEL AHRENS-FOR DEBTOR, MICHAEL COOPER-FOR OF CREDITORS COMMITTEE, DAVID MINNICK-FOR NORDIC BI OPPOSITION. DEBTOR'S MOTION IS GRANTED AS REQUES SIGNED IN COURT. (RE: related document(s) [235] *Debtor's Motion for Order Authorizing It to Ente Convertible Loan Agreement and Seeking Related F* Filed by Debtor Arriva Pharmaceuticals, Inc. (A # (1) Exhibit A# (2) Exhibit B) (Ahrens, Michael on 12/11/2007 INCORRECT EVENT SELECTED.(pl, ).). ) (Entered: 12/20/2007) |
| 12/20/2007 | 255 | Certificate of Service *of Debtor's Amended: (1 Schedule B, and (2) Schedule G* (RE: related document(s) [252] Amended Schedules (A, B, C, H, No Fee Required)). (Ahrens, Michael) (Entered: |
| 12/20/2007 | 256 | Certificate of Service *of Notice of Amendment Debtor's Schedule G and Intention to Assume Cert Agreements* (RE: related document(s) [253] Notice, |

(Ahrens, Michael) (Entered: 12/20/2007)

| 12/20/2007 | 257 | Order Granting Motion for Order Authorizing It t into Convertible Loan Agreement and Granting Rel Relief(Related Doc # [235])      (pl, ) (Entered: 12/21/2007) |

| 12/21/2007 | 258 | Objection *to Proposed Form of Orders Disallowir of Protease Sciences, Inc. (Claim #12), Sonoran Chemicals LLC (Claim #14)* (RE: related document ( Objection, ). Filed by Creditor AlphaMed Pharmac Corp.   (Attachments: # (1) Certificate of Servic Penn) (Entered: 12/21/2007) |

| 12/21/2007 | 259 | Objection *to Proposed Form of Orders Disallowir of JL Technology LP (Claim #11), Jamie Holding ( (Claim #13), AlphaMed Pharmaceuticals Corp. (Cla and John Lezdey (Claim #39)* (RE: related document(s) [154] Objection, ). Filed by Creditor Pharmaceuticals Corp.   (Attachments: # (1) Certi Service) (Butler, Penn) (Entered: 12/21/2007) |

| 12/21/2007 | 260 | Reply to *Objection to Proposed Form of Order Disallowing Claims of Protease Sciences, Inc. (( Sonoran Desert Chemicals, LLC (Claim #14)* (RE: r document(s) [258] Objection, ). Filed by Debtor A Pharmaceuticals, Inc.   (Ahrens, Michael) (Entere 12/21/2007) |

| 12/21/2007 | 261 | Reply to *Objection to Proposed Form of Orders Disallowing Claims of JL Technology LP (Claim #1 Holding Company, LLC (Claim #13), Alphamed Pharm Corp. (Claim #9), and John Lezdey (Claim #39)* (F related  document(s) [259] Objection, ). Filed by Arriva Pharmaceuticals, Inc.   (Ahrens, Michael) 12/21/2007) |

| 12/21/2007 | 262 | Certificate of Service   (RE: related document(s) [260] Reply,, [261] Reply, ).   (Ahren (Entered: 12/21/2007) |

| 12/23/2007 | 263 | BNC Certificate of Mailing (RE: related document Order on Motion for Miscellaneous Relief).      S 12/23/2007.   (Admin.) (Entered: 12/23/2007) |

| 12/26/2007 | 264 | Order Modifying the Automatic Stay as to the Per of  Alphamed Pharmaceuticals Corporation, Appell Arriva Pharmaceuticals, Inc., Appellee, Eleventh Court of Appeals Case No. 06-13432-I (Related Dc (pl, ) (Entered: 12/26/2007) |

| 12/26/2007 | 265 | Operating Report for Filing Period November 20 Filed by Debtor Arriva Pharmaceuticals, Inc.   (A Michael) (Entered: 12/26/2007) |

| 12/26/2007 | 266 | Certificate of Service  (RE: related document(s) [265] Operating Report).  (Ahrens, Mi (Entered: 12/26/2007) |
|---|---|---|
| 12/26/2007 | 267 | First Application for Compensation *and Reimburse Expenses by Heller Ehrman LLP, Special Intellect Property Counsel for the Debtor for* Heller Ehrma Special Counsel, Fee: $34,775.00, Expenses: $2,4 Filed by Attorney Michaeline H. Correa, Spec. Co Heller Ehrman LLP (Attachments: # (1) Exhibits 1 (Correa, Michaeline) (Entered: 12/26/2007) |
| 12/26/2007 | 268 | Certification in Support of *First Interim Appl for Compensation and Reimbursement of Expenses b Ehrman LLP, Special Intellectual Property Counse Debtor* (RE: related document(s) [267] Applicatior Compensation, ). Filed by Spec. Counsel Heller E (Correa, Michaeline) (Entered: 12/26/2007) |
| 12/26/2007 | 269 | Certificate of Service  (RE: related document(s) [267] Application for Compensation, ) Michaeline) (Entered: 12/26/2007) |
| 12/27/2007 | 270 | Order Disallowing Claim of Alphamed Pharmaceutic (Claim No. 19) (RE: related document(s) [154]  Ok filed by Debtor  Arriva Pharmaceuticals, Inc.). (Entered: 12/27/2007) |
| 12/27/2007 | 271 | Order Disallowing Claim of Jamie Holding Company (Claim No. 13)(RE: related document(s) [154]  Obj filed by Debtor  Arriva Pharmaceuticals, Inc.). (Entered: 12/27/2007) |
| 12/27/2007 | 272 | Order Disallowing Claim of JL Technology LP (Cla (RE: related document(s) [154] Objection filed by Arriva Pharmaceuticals, Inc.).  (jaw, ) Modifie 12/27/2007 CREATED LINK.(jaw, ). (Entered: 12/27 |
| 12/27/2007 | 273 | Order Disallowing Claim of John Lezdey (Claim No related document(s) [154]  Objection filed by Det Arriva Pharmaceuticals, Inc.).  (jaw, ) (Entere 12/27/2007) |
| 12/27/2007 | 274 | Order Disallowing Claim of Protease Sciences, Ir No. 12) (RE: related document(s) [154]  Objectior Debtor  Arriva Pharmaceuticals, Inc.).  (jaw, 12/27/2007) |
| 12/27/2007 | 275 | Order Disallowing Claim of Sonoran Desert Chemic (Claim No. 14)  (RE: related document(s) [154]  C filed by Debtor  Arriva Pharmaceuticals, Inc.). (Entered: 12/27/2007) |

12/27/2007    276    Order Denying Motion of John Lezdey for Authorit
                     Late Proof of Claim After Claims Bar Date (Relat
                     [132])      (jaw, ) (Entered: 12/27/2007)

12/28/2007    277    Certificate of Service    (RE: related document
                     Notice).Proof of Service (Butler, Penn) Modified
                     1/2/2008 DOCKET RELATIONSHIP WAS CORRECTED BY TH
                     DOCKET TEXT WAS ENTERED IN ALL CAPS -COURT CORRE
                     ). (Entered: 12/28/2007)

12/28/2007    278    First Application for Compensation and Reimburse
                     Expenses by Counsel for Committee of Creditors H
                     Unsecured Claims for Tracy Green, Creditor Comm.
                     Fee: $94281.50, Expenses: $1479.84.   Filed by At
                     Tracy Green (Attachments: # (1) Exhibit A# (2) E
                     (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6)
                     (7) Exhibit G# (8) Exhibit H# (9) Certificate of
                     (Green, Tracy) (Entered: 12/28/2007)

12/28/2007    279    First Application for Compensation and Reimburse
                     Expenses Incurred as Bankruptcy Reorganization (
                     the Debtor, for Michael H. Ahrens, Debtor's Atto
                     Fee: $498,781.50, Expenses: $21,563.40.   Filed b
                     Michael H. Ahrens (Attachments: # (1) Exhibit A#
                     Exhibit B-1# (3) Exhibit B-2# (4) Exhibit B-3# (
                     C# (6) Exhibit D# (7) Declaration Declaration of
                     Ahrens in Support of First Interim Application)
                     Michael) (Entered: 12/28/2007)

12/28/2007    280    Notice of Hearing on First Interim Fee Applicat
                     Professionals for Allowance of Compensation and
                     Reimbursement of Expenses (RE: related document(
                     First Application for Compensation and Reimburse
                     Expenses Incurred as Bankruptcy Reorganization (
                     the Debtor, for Michael H. Ahrens, Debtor's Atto
                     Fee: $498,781.50, Expenses: $21,563.40.   Filed b
                     Michael H. Ahrens (Attachments: # (1) Exhibit A#
                     Exhibit B-1# (3) Exhibit B-2# (4) Exhibit B-3# (
                     C# (6) Exhibit D# (7) Declaration Declaration of
                     Ahrens in Support of First Interim Application)
                     Michael), [278] First Application for Compensati
                     Reimbursement of Expenses by Counsel for Committ
                     Creditors Holding Unsecured Claims for Tracy Gre
                     Creditor Comm. Aty, Fee: $94281.50, Expenses: $1
                     Filed by Attorney Tracy Green (Attachments: # (1
                     A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D#
                     E# (6) Exhibit F# (7) Exhibit G# (8) Exhibit H#
                     Certificate of Service) (Green, Tracy), [267] Fi
                     Application for Compensation and Reimbursement c
                     Expenses by Heller Ehrman LLP, Special Intellect
                     Property Counsel for the Debtor for Heller  Ehrm
                     Special Counsel, Fee: $34,775.00, Expenses: $2,4
                     Filed by Attorney Michaeline H. Correa, Spec. Cc

Heller Ehrman LLP (Attachments: # (1) Exhibits 1
(Correa, Michaeline)).  Hearing scheduled for 1/
02:00 PM at Oakland Room 215 - Jellen. Filed by
Arriva Pharmaceuticals, Inc.  (Attachments: # (1
A) (Ahrens, Michael) (Entered: 12/28/2007)

| | | |
|---|---|---|
| 12/28/2007 | 281 | Certificate of Service  (RE: related document(s)[280] Notice of Hearing,,,,,, ).  (Ah Michael) (Entered: 12/28/2007) |
| 12/28/2007 | 282 | Certificate of Service  (RE: related document(s)[279] Application for Compensation, ) Michael) (Entered: 12/28/2007) |
| 12/28/2007 | 283 | BNC Certificate of Mailing (RE: related document Order on Motion for Relief From Stay).   Servi 12/28/2007.  (Admin.) (Entered: 12/28/2007) |
| 12/29/2007 | 284 | BNC Certificate of Mailing (RE: related document Order on Objection).   Service Date 12/29/2007 (Entered: 12/29/2007) |
| 12/29/2007 | 285 | BNC Certificate of Mailing (RE: related document Order on Objection).   Service Date 12/29/2007 (Entered: 12/29/2007) |
| 12/29/2007 | 286 | BNC Certificate of Mailing (RE: related document Order on Objection).   Service Date 12/29/2007 (Entered: 12/29/2007) |
| 12/29/2007 | 287 | BNC Certificate of Mailing (RE: related document Order on Objection).   Service Date 12/29/2007 (Entered: 12/29/2007) |
| 12/29/2007 | 288 | BNC Certificate of Mailing (RE: related document Order on Objection).   Service Date 12/29/2007 (Entered: 12/29/2007) |
| 12/29/2007 | 289 | BNC Certificate of Mailing (RE: related document Order on Objection).   Service Date 12/29/2007 (Entered: 12/29/2007) |
| 12/29/2007 | 290 | BNC Certificate of Mailing (RE: related document Order on Motion To File Claim After Claims Bar D Service Date 12/29/2007.  (Admin.) (Entered: 12/ |
| 12/31/2007 | 291 | Objection   (RE: related document(s)[232] Notice) *Objection to Debtor's Notice of Taking De of John Lezdey and First Reqeust for Production Documents by John Lezdey* Filed by Creditor Alpha Pharmaceuticals Corp.  (Butler, Penn) Modified c DOCKET RELATIONSHIP WAS ADDED BY THE THE COURT A TEXT WAS ENTERED IN ALL CAPS -COURT CORRECTED (p (Entered: 12/31/2007) |

12/31/2007    292        Certificate of Service (RE: related document(s
                         Objection, ) *Proof of Service* (Butler, Penn) Modi
                         on 1/2/2008 DOCUMENT WAS NOT LINKED PROPERLY ANI
                         TEXT WAS ENTERED IN ALL CAPS -COURT CORRECTED (p
                         (Entered: 12/31/2007)

12/31/2007    293        Objection (RE: related document(s) [233 Objectic
                         ) *Objection to Debtor's Notice of Taking Depositi*
                         *Jarett Lezdey and First Request for Production c*
                         *by Jarett Lezdey* Filed by Creditor AlphaMed
                         Pharmaceuticals Corp.   (Butler, Penn) Modified c
                         DOCUMENT WAS NOT LINKED PROPERLY AND   DOCKET TEX
                         ENTERED IN ALL CAPS -COURT CORRECTED(pl, ). (Ent
                         12/31/2007)

12/31/2007    294        Certificate of Service (RE: related document(s
                         Objection , ) *Proof of Service to Objection to De*
                         *Notice of Taking Deposition of Jarett Lezdey anc*
                         *Request for Production of Documents by Jarett Le*
                         (Butler, Penn) Modified on 1/3/2008   DOCKET TEX1
                         ENTERED IN ALL CAPS AND DOCUMENT WAS NOT LINKED
                         CORRECTED (pl, ). (Entered: 12/31/2007)

12/31/2007    295        Objection (RE: related document(s) [234] Notice
                         ) *Objection to Debtor's Notice of Taking Depositi*
                         *Joseph Mcguirl and First Request for Production*
                         *Documents by Joseph Mcguirl* Filed by Creditor Al
                         Pharmaceuticals Corp.   (Butler, Penn) Modified c
                         DOCKET TEXT WAS ENTERED IN ALL CAPS AND DOCUMEN1
                         LINKED   -COURT CORRECTED(pl, ). (Entered: 12/31/

12/31/2007    296        Certificate of Service (RE: related document(s
                         Objection, ) *Proof of Service of Objection to Dek*
                         *Notice of Taking Deposition of Joseph Mcguirl ar*
                         *Request for Production of Documents by Joseph Mc*
                         (Butler, Penn) Modified on 1/3/2008    DOCKET TE
                         ENTERED IN ALL CAPS AND DOCUMENT WAS NOT LINKED
                         CORRECTED(pl, ). (Entered: 12/31/2007)

01/03/2008    297        Transcript, Date of Hearing: Sep. 27, 2007 *debt*
                         *motion for final order authorizing debtor to obt*
                         *postpetition senior secured superpriority financ*
                         *granting related relief. Transcript includes tk*
                         *ruling..* (Palmer, Susan) (Entered: 01/03/2008)

01/03/2008               **ERROR** Document Was Not Linked and Docket Tex
                         Was Entered in All Caps -Court Corrected. Attorr
                         Never Use All Caps, That Is Reserved for Court A
                         and Corrections (RE: related document(s) [291]  C
                         ).   (pl, ) (Entered: 01/03/2008)

01/03/2008               **CORRECTIVE ENTRY** Document Was Not Linked anc
                         Docket Text Was Entered in All Caps -Court Corre
                         Attorney Should Never Use All Caps, That Is Rese

Court Annotations and Corrections (RE: related
document(s)[292]  Certificate of Service).    (p
(Entered: 01/03/2008)

01/03/2008    **CORRECTIVE ENTRY** Document Was Not Linked and
Docket Text Was Entered in All Caps -Court Corre
Attorney Should Never Use All Caps, That Is Rese
Court Annotations and Corrections (RE: related
document(s)[293]  Objection, ).    (pl, ) (Enter
01/03/2008)

01/03/2008    **CORRECTIVE ENTRY** Document Was Not Linked and
Docket Text Was Entered in All Caps -Court Corre
Attorney Should Never Use All Caps, That Is Rese
Court Annotations and Corrections (RE: related
document(s)[294]  Certificate of Service, ).
(Entered: 01/03/2008)

01/03/2008    **CORRECTIVE ENTRY** Document Was Not Linked and
Docket Text Was Entered in All Caps -Court Corre
Attorney Should Never Use All Caps, That Is Rese
Court Annotations and Corrections (RE: related
document(s)[295]  Objection, ).    (pl, ) (Enter
01/03/2008)

01/03/2008    **CORRECTIVE ENTRY** Document Was Not Linked and
Docket Text Was Entered in All Caps -Court Corre
Attorney Should Never Use All Caps, That Is Rese
Court Annotations and Corrections (RE: related
document(s)[296]  Certificate of Service, ).
(Entered: 01/03/2008)

01/04/2008    298    Notice of Appeal to BAP *of AlphaMed Pharmaceutic
Corp.*, Fee Amount $ 255.  (RE: related document(
Order on Objection).  Appellant Designation due
1/14/2008. Transmission to BAP due by 1/7/2008.
(Attachments: # (1) Exhibit Order Disallowing Cl
Certificate of Service) Filed by Creditor AlphaM
Pharmaceuticals Corp.  (Butler, Penn) (Entered:

01/04/2008    299    Notice of Appeal to BAP *of Protease Science, Inc*
Fee Amount $ 255.  (RE: related document(s)[274]
Objection).  Appellant Designation due by 1/14/2
Transmission to BAP due by 1/7/2008.  (Attachmer
Exhibit Order Disallowing Claim# (2) Certificate
Service) Filed by Creditor Protease Science, Inc
Penn) Modified on 1/15/2008 PARTY FILER WAS CORR
THE COURT (pl, ). (Entered: 01/04/2008)

01/04/2008    300    Notice of Appeal to BAP *of Sonoran Desert Chemic
LLC*, Fee Amount $ 255.  (RE: related document(s)
Order on Objection).  Appellant Designation due
1/14/2008. Transmission to BAP due by 1/7/2008.
(Attachments: # (1) Exhibit Order Disallowing Cl

Certificate of Service) Filed by Creditor Sonora
Chemicals, LLC (Butler, Penn) Modified on 1/15/
FILER WAS CORRECTED BY THE COURT(pl, ). (Entered
01/04/2008)

01/04/2008      Receipt of filing fee for Notice of Appeal(07-42
[appeal,ntcapl] ( 255.00). Receipt number 498004
$ 255.00 (U.S. Treasury) (Entered: 01/04/2008)

01/04/2008      Receipt of filing fee for Notice of Appeal(07-42
[appeal,ntcapl] ( 255.00). Receipt number 498004
$ 255.00 (U.S. Treasury) (Entered: 01/04/2008)

01/04/2008      Receipt of filing fee for Notice of Appeal(07-42
[appeal,ntcapl] ( 255.00). Receipt number 498004
$ 255.00 (U.S. Treasury) (Entered: 01/04/2008)

01/04/2008   301   Supplemental Document *to First Interim Applica
Sheppard, Mullin, Richter & Hampton LLP for Allc
Compensation and Reimbursement of Expenses Incur
Bankruptcy Reorganization Counsel for the Debtor*
(RE: related document(s)[279] Application for Cc
). Filed by Debtor Arriva Pharmaceuticals, Inc.
(Attachments: # (1) Exhibit A) (Ahrens, Michael)
01/04/2008)

01/04/2008   302   Certificate of Service  (RE: related
document(s)[301] Supplemental Document, ).  (Ahr
Michael) (Entered: 01/04/2008)

01/04/2008   303   Motion to Expedite Hearing *and/or for Protecti
Order* (RE: related document(s)[295] Objection, f
Creditor AlphaMed Pharmaceuticals Corp., [291] C
filed by Creditor AlphaMed Pharmaceuticals Corp.
Objection, filed by Creditor AlphaMed Pharmaceut
Corp.). Filed by Creditor AlphaMed Pharmaceutica
(Attachments: # (1) Certificate of Service) (But
Modified on 1/7/2008 THE MOTION ASKS FOR MULTIPI
TYPES (pl, ). (Entered: 01/04/2008)

01/07/2008      **ERROR**  THE MOTION ASKS FOR MULTIPLE RELIEF
TYPES. THE ATTORNEY CAN DOCKET THIS CORRECTLY BY
DOWN THE "CTRL" KEY AND CHOOSING ALL THE TYPES C
BEING REQUESTED  (RE: related document(s)[303]
Expedite Hearing *and/or for Protective Order*).
(pl, ) (Entered: 01/07/2008)

01/07/2008   304   Certificate of Service *Order on AlphaMed
Pharmaceuticals Corp. Motion for Expedited Heari
Protective Order* (RE: related document(s)[291]
Objection, ).  (Butler, Penn) (Entered: 01/07/2C

01/07/2008   305   Statement of Committee *Re: Counsel's Request F
Fees* (RE: related document(s)[278] Application f

48

Compensation, ). Filed by Creditor Committee Off
Committeee of Creditors Holding Unsecured Claims
(Attachments: # (1) Certificate of Service) (Gre
(Entered: 01/07/2008)

| 01/07/2008 | 306 | Order Denying Motion to Expedite Hearing (Relat<br>[303]) (pl, ) (Entered: 01/07/2008) |
|---|---|---|

| 01/08/2008 | 307 | Objection to Confirmation of Plan *Objection of*<br>*AlphaMed Pharmaceuticals Corp. to Confirmation c*<br>*Fourth Amended Plan of Reorganization, Dated Dec*<br>*2007* Filed by Creditor AlphaMed Pharmaceuticals<br>(Attachments: # (1) Declaration of Gary Pekoe Ir<br>(2) Exhibit A to Pekoe Declaration# (3) Exhibit<br>Declaration# (4) Exhibit B2 to Pekoe Declaration<br>Exhibit B3 to Pekoe Declaration# (6) Exhibit B4<br>Declaration# (7) Certificate of Service) (Butler<br>(Entered: 01/08/2008) |
|---|---|---|

| 01/09/2008 | 308 | Statement of of Election to Transfer Appeal to<br>Court *Statement of Election to Transfer Appeal c*<br>*AlphaMed Pharmaceuticals Corp. to the United Sta*<br>*District Court for the Northern District of Cali*<br>(RE: related document(s)[298] Notice of Appeal,<br>Debtor Arriva Pharmaceuticals, Inc. (Attachment<br>Exhibit A-1# (2) Exhibit A-2# (3) Exhibit A-2A#<br>A-2B# (5) Exhibit A-2C# (6) Exhibit A-2D# (7) Ex<br>(Ahrens, Michael) (Entered: 01/09/2008) |
|---|---|---|

| 01/09/2008 | 309 | Statement of Election to Transfer Appeal of Pr<br>Sciences, Inc. to the United States District Cou<br>Northern District of California (RE: related<br>document(s)[299] Notice of Appeal, ). Filed by D<br>Arriva Pharmaceuticals, Inc. (Attachments: # (<br>A-1# (2) Exhibit A-2# (3) Exhibit A-2A# (4) Exhi<br>(5) Exhibit A-2C# (6) Exhibit A-2D# (7) Exhibit<br>(Ahrens, Michael) (Entered: 01/09/2008) |
|---|---|---|

| 01/09/2008 | 310 | Statement of Election to Transfer Appeal of Sc<br>Desert Chemicals, LLC to the United States Distr<br>for the Northern District of California (RE:<br>related document(s)[300] Notice of Appeal, ). Fi<br>Debtor Arriva Pharmaceuticals, Inc. (Attachment<br>Exhibit A-1# (2) Exhibit A-2# (3) Exhibit A-2A#<br>A-2B# (5) Exhibit A-2C# (6) Exhibit A-2D# (7) Ex<br>(Ahrens, Michael) (Entered: 01/09/2008) |
|---|---|---|

| 01/09/2008 | 311 | Notice of Referral of Appeal to Bankruptcy Appel<br>(RE: related document(s)[298] Notice of Appeal,<br>) (Entered: 01/09/2008) |
|---|---|---|

| 01/09/2008 | 312 | Transmission of Notice of Appeal to BAP (RE: rel<br>document(s)[298] Notice of Appeal, ). (pl, )<br>01/09/2008 |
|---|---|---|

49

01/09/2008    313    Notice of Referral of Appeal to Bankruptcy Appel
(RE: related document(s)[299]  Notice of Appeal,
) (Entered: 01/09/2008)

01/09/2008    314    Transmission of Notice of Appeal to BAP (RE: rel
document(s)[299]  Notice of Appeal, ).    (pl, )
01/09/2008)

01/09/2008    315    Notice of Referral of Appeal to Bankruptcy Appel
(RE: related document(s)[300]  Notice of Appeal,
) (Entered: 01/09/2008)

01/09/2008    316    Transmission of Notice of Appeal to BAP (RE: rel
document(s)[300]  Notice of Appeal, ).    (pl, )
01/09/2008)

01/09/2008    317    Supplemental Document *Plan Supplement* in Suppc
(RE: related document(s)[241] Amended Chapter 11
Filed by Debtor Arriva Pharmaceuticals, Inc.    (A
# (1) Exhibit A (Part 1 of 3)# (2) Exhibit A (Pε
(3) Exhibit A  (Part 3 of 3)# (4) Exhibit B# (5)
(6) Exhibit D# (7) Exhibit E) (Katz, Ori) (Enter
01/09/2008)

01/09/2008    318    BNC Certificate of Mailing (RE: related document
Order on Motion to Expedite Hearing).    Servic
01/09/2008.  (Admin.) (Entered: 01/09/2008)

01/11/2008    319    Certificate of Service *re Debtor's Plan Supple*
(RE: related document(s)[317] Supplemental Docun
(Katz, Ori) (Entered: 01/11/2008)

01/11/2008    320    Objection *Debtor's (1) Objection to Vote of Jok*
*and Request to Designate His Vote Under Bankrupt*
*1126(e) and (2) Motion to Strike AlphaMed's Objε*
*Plan and to Strike Declaration of Gary Pekoe* (RE
related document(s)[307] Objection to Confirmati
Plan,, ). Filed by Debtor Arriva Pharmaceuticals
(Katz, Ori) Modified on 1/14/2008  THE DOCUMENT
MULTI-PART DOCUMENT AND CONTAINS A MOTION   (pl,
(Entered: 01/11/2008)

01/11/2008    321    Memorandum of Points and Authorities in Suppor
*Confirmation of Debtor's Fourth Amended Joint Ck*
*Plan of Reorganization, Dated December 12, 2007,*
*to Objection of AlphaMed Pharmaceutical Corp. rε*
(RE: related document(s)[241] Amended Chapter 11
Filed by Debtor Arriva Pharmaceuticals, Inc.    (A
# (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (
Declaration of M. Sue Preston# (5) Exhibit A (Pε
to Preston Declaration# (6) Exhibit A (Part 2 of
Preston Declaration# (7) Exhibit A (Part 3 of 3)
Declaration# (8) Exhibit B to Preston Declaratic
Exhibit C to Preston Declaration# (10) Exhibit C

Declaration# (11) Exhibit E to Preston Declarati
Exhibit F to Preston Declaration# (13) Exhibit G
Declaration# (14) Exhibit H (Part 1 of 2) to Pre
Declaration# (15) Exhibit H (Part 2 of 2) to Pre
Declaration# (16) Exhibit I to Preston Declarati
Declaration of John Barberich# (18) Declaration
Whitehead# (19) Exhibit A to Whitehead Declarati
Declaration B to Whitehead Declaration) (Katz, C
(Entered: 01/11/2008)

01/11/2008    322         Declaration of Michael H. Ahrens in Support of
                         *Confirmation* (RE: related document(s)[321] Memo
                         Points & Authorities,,,,, [320] Objection,, [241
                         Chapter 11 Plan, ). Filed by Debtor Arriva Pharm
                         Inc.  (Attachments:  # (1) Exhibit A# (2) Exhibi
                         Exhibit C# (4) Exhibit D# (5) Exhibit E) (Katz,
                         (Entered: 01/11/2008)

01/14/2008    324         Statement of Issues on Appeal,*Appellant AlphaM*
                         *Pharmaceuticals Corp.'s Designation of Contents*
                         *and Statement of Issues on Appeal* (RE: related
                         document(s)[298] Notice of Appeal, filed by Cred
                         AlphaMed Pharmaceuticals Corp.).  (Attachments:
                         Certificate of Service) Filed by Creditor AlphaM
                         Pharmaceuticals Corp.  (Butler, Penn) (Entered:

01/14/2008    325         Statement of Issues on Appeal,*Appellant Protea*
                         *Sciences, Inc.'s Designation of Contents of Recc*
                         *Statement of Issues on Appeal* (RE: related
                         document(s)[299] Notice of Appeal, filed by Cred
                         (Attachments: # (1) Certificate of Service) File
                         Creditor Protease Sciences, Inc  (Butler, Penn)
                         1/15/2008 PARTY FILER WAS CORRECTED BY THE COURT
                         (Entered: 01/14/2008)

01/14/2008    326         Statement of Issues on Appeal,*Appellant Sonora*
                         *Chemicals, LLC's Designation of Contents of Recc*
                         *Statement of Issues on Appeal* (RE: related
                         document(s)[300] Notice of Appeal, filed by Cred
                         Sonoran Desert Chemicals, LLC).  (Attachments: #
                         Certificate of Service) Filed by Creditor Sonora
                         Chemicals, LLC  (Butler, Penn) Modified on 1/15/
                         FILER WAS CORRECTED BY THE COURT (pl, ). (Entere
                         01/14/2008)

01/14/2008                **ERROR** THE DOCUMENT IS A  MULTI-PART DOCUMENT
                         INCLUDES A MOTION. MOTIONS MUST BE FILED  SEPARA
                         THE MOTION CATEGORY  (RE: related document(s)[32
                         Objection, ).    (pl, ) (Entered: 01/14/2008)

01/14/2008    327         Notice Regarding *Notice of Errata re Confirmati*
                         *Brief* (RE: related document(s)[321] Memorandum c
                         Points and Authorities in Support of *Confirmatic*
                         *Debtor's Fourth Amended Joint Chapter 11 Plan of*

*Reorganization, Dated December 12, 2007, and Rep*
*Objection of AlphaMed Pharmaceutical Corp. re Sa*
related document(s)[241] Amended Chapter 11 Plan
by Debtor Arriva Pharmaceuticals, Inc.   (Attachm
Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Dec
M. Sue Preston# (5) Exhibit A (Part 1 of 3) to F
Declaration# (6) Exhibit A (Part 2 of 3) to Pres
Declaration# (7) Exhibit A (Part 3 of 3) to Pres
Declaration# (8) Exhibit B to Preston Declaratic
Exhibit C to Preston Declaration# (10) Exhibit D
Declaration# (11) Exhibit E to Preston Declarati
Exhibit F to Preston Declaration# (13) Exhibit G
Declaration# (14) Exhibit H (Part 1 of 2) to Pre
Declaration# (15) Exhibit H (Part 2 of 2) to  Pr
Declaration# (16) Exhibit I to Preston Declarati
Declaration of John Barberich# (18) Declaration
Whitehead# (19) Exhibit A to Whitehead Declarati
Declaration B to Whitehead Declaration) (Katz, C
Filed by Debtor Arriva Pharmaceuticals, Inc.   (A
# (1) Exhibit A) (Katz, Ori) (Entered: 01/14/200

| | | |
|---|---|---|
| 01/15/2008 | | **\*\*CORRECTIVE ENTRY\*\*** Party Filers Were Corrected the Court (RE: related document(s)[299]  Notice [326]  Statement of Issues on Appeal,, [325]  St Issues on Appeal,, [300]  Notice of Appeal, ). (Entered: 01/15/2008) |
| 01/15/2008 | 328 | Request To Take Judicial Notice  Filed by Debt Arriva Pharmaceuticals, Inc.  (Attachments: # (1 A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# E, Part 1 through Part 10# (6) Exhibit F# (7) Ex Part 1# (8) Exhibit F, Part 2# (9) Exhibit F, Pa Exhibit F, Part 4# (11) Exhibit F, Part 5# (12) (13) Exhibit H# (14) Exhibit I# (15) Exhibit J# Exhibit K# (17) Exhibit K, Part 1# (18) Exhibit (19) Exhibit K, Part 3# (20) Exhibit  K, Part 4# Exhibit K, Part 5# (22) Exhibit K, Part 6# (23) (24) Exhibit M# (25) Exhibit N# (26) Exhibit O# Exhibit P# (28) Exhibit Q# (29) Exhibit R# (30) (31) Exhibit T# (32) Exhibit U# (33) Exhibit V# Exhibit W# (35) Exhibit X# (36) Exhibit Y# (37) (38) Exhibit AA# (39) Exhibit BB) (Ahrens, Micha (Entered: 01/15/2008) |
| 01/15/2008 | 329 | Certificate of Service  (RE: related document(s)[321] Memo of Points & Authorities,,, Declaration,, [320] Objection, ).  (Katz, Ori) ( 01/15/2008) |
| 01/15/2008 | 330 | Certificate of Service  (RE: related document(s)[327] Notice,,,,, ).  (Katz, Ori) (En 01/15/2008) |
| 01/16/2008 | 331 | Hearing Held on 1/16/2008 at 10:00am MINUTES: [A |

MICHAEL AHRENS AND ORI KATZ-FOR DEBTOR, PENN A.
ALPHAMED, JAMES MCDONALD-FOR ALPHAMED AND LEZDEY
MICHAEL COOPER-FOR OFFICIAL CREDITORS COMMITTEE,
MINNICK-FOR NORDIC BIOTEC, STUART BROWN (TELEPHC
MPM ENTITIES] MARTHA SUE PRESTON-CEO OF ARRIVA
PHARMACEUTICALS AND JOHN BARBERCK-FINANCIAL ADVI
ARRIVA PHARMACEUTICALS HAVE TESTIFIED AS A WITNE
DEBTOR'S MOTION TO STRIKE ALPHAMED'S OBJECTION 1
OVERRULED. MR. BUTLER WILL SUBMIT THE ORDER. DEE
OBJECTION TO LEZDEY VOTE IS SUSTAINED. MR. AHREN
SUBMIT THE ORDER. IMPROPER CLASSIFICATION IS OVE
ALLEGED BAD FAITH IS OVERRULED. SECTION 1129(a) (
OVERRULED. COURT STATES THAT THE PLAN IS CONFIRM
THAT THE INJUNCTIVE PROVISIONS ARE MODIFIED AS S
THE RECORD. PARTIES SHALL MEET AND CONFER AS TO
MODIFICATIONS AND SUBMIT TO THE COURT THE VERSIC
PARAGRAPH. HEARING CONTINUED TO JANUARY 17, 2008
AS TO THE CONFIRMATION FORM OF ORDER. (RE: relat
document(s) Hearing Set On (RE: related document
Amended Chapter 11 Plan, ).   Confirmation heari
held on 1/16/2008 at 10:00 AM at Oakland Room 21
(pl, ), [242]  Disclosure Statement *for the Debt*
*Fourth Amended Chapter 11 Plan of Reorganizatior*
*December 12, 2007* Filed by Debtor Arriva
Pharmaceuticals, Inc..   (Attachments: # (1) Exhi
Exhibit B# (3) Exhibit C# (4) Exhibit D)(Ahrens,
[241]  Fourth Amended Chapter 11 Plan *of Reorgar*
*Dated December 12, 2007* Filed by Debtor Arriva
Pharmaceuticals, Inc.  (RE: related document(s) |
11 Plan filed by Debtor Arriva Pharmaceuticals,
Amended Chapter 11 Plan filed by Debtor Arriva
Pharmaceuticals, Inc., [218] Amended Chapter 11
by Debtor Arriva Pharmaceuticals, Inc., [207] An
Chapter 11 Plan, filed by Debtor Arriva Pharmace
Inc.).   (Ahrens, Michael), [248]  Order (1) Appr
Adequacy of  Disclosure Statement for Debtor's F
Amended Chapter 11 Plan of Reorganization; (2) F
for SubmittingAcceptances or Rejections of Debtc
Amended Chapter 11 Plan of Reorganization; (3) F
for Filing and Serving Objections to Confirmatic
Debtor's Fourth Amended Chapter 11 Plan of Reorc
and (4) Fixing Time for Hearing on Confirmation
Debtor's Fourth Amended Chapter 11 Plan of Reorc
(pl, ) Modified on 12/17/2007 TEXT WAS CORRECTEI
PDF TITLE (pl, ).) [320] Objection Debtor's (1)
to Vote of John Lezdey and Request to Designate
Under Bankruptcy Code 1126(e) and (2) Motion to
AlphaMed's Objection to Plan and to Strike Decla
Gary Pekoe (RE: related document(s)[307] Objecti
Confirmation of the Plan,, ). Filed by Debtor Ar
Pharmaceuticals, Inc. (Katz, Ori)        (rba, ) N
2/4/2008 COURT CREATED LINKAGE TO DOC. #320(rba,
(Entered: 01/16/2008)

01/16/2008    332    BNC Certificate of Mailing (RE: related document
                     Order).    Service Date 01/16/2008.   (Admin.)  (
                     01/16/2008)

01/17/2008    333       Memorandum of Points and Authorities in Suppor
                     *Form of Confirmation Order* Filed by Debtor Arriv
                     Pharmaceuticals, Inc.   (Katz, Ori) (Entered: 01/

01/17/2008    336    Order Granting Application For Compensation (Rel
                     [278]).   fees awarded: $94281.50, expenses award
                     $1479.84 for Tracy Green      (pl, ) (Entered: C

01/18/2008    334       Operating Report for Filing Period 12/31/07 Ch
                     *Monthly Operating Report Month Ended 12/31/07* Fi
                     Debtor Arriva Pharmaceuticals, Inc.   (Katz, Ori)
                     01/18/2008)

01/18/2008    335    Hearing Held. MINUTES: [HEARING OCCURRED on 1/17
                     2:00pm APPEARANCES: MICHAEL AHRENS AND ORI KATZ-
                     PENN A. BUTLER-FOR ALPHAMED, JAMES MCDONALD-FOR
                     AND LEZDEY ENTITIES, MICHAEL COOPER-FOR OFFICIAL
                     COMMITTEE, DAVID  MINNICK-FOR NORDIC BIOTEC, MIC
                     CORREA-SPECIAL INTELLECTUAL PROPERTY COUNSEL FOR
                     DEBTOR, STUART BROWN (TELEPHONIC)-FOR MPM ENTITI
                     THE FIRST INTERIM FEE APPLICATIONS OF PROFESSION
                     SPECIAL INTELLECTUAL PROPERTY COUNSEL FOR THE DE
                     AND COSTS ARE ALLOWED IN THE AMOUNTS REQUESTED.
                     WILL SUBMIT THE ORDER. AS TO COUNSEL FOR OFFICIA
                     COMMITTEE: FEES AND COSTS ARE ALLOWED IN THE AMO
                     REQUESTED. ORDER SIGNED IN COURT. AS TO COUNSEL
                     DEBTOR: COURT ALLOWS 90% OF THE FEES AS INTERIM
                     COMPENSATION WITHOUT PREJUDICE TO REVISIT THE RE
                     AT THE TIME OF THE FINAL COMPENSATION. AS TO THE
                     CONFIRMATION OF CHAPTER 11 PLAN: HEARING IS SET
                     24, 2008 AT 3:00PM REGARDING FINDINGS OF FACT AN
                     CONCLUSIONS OF LAW. (RE: related document(s) [242
                     Disclosure Statement *for the Debtor's Fourth Ame
                     Chapter 11 Plan of Reorganization, Dated Decembe
                     2007* Filed by Debtor Arriva Pharmaceuticals, Inc
                     (Attachments: # (1) Exhibit A# (2) Exhibit B# (3
                     C# (4) Exhibit D)(Ahrens, Michael), [280]    Noti
                     Hearing *on First Interim Fee Applications of
                     Professionals for Allowance of Compensation and
                     Reimbursement of Expenses* (RE: related document(
                     First Application for Compensation *and Reimburse
                     Expenses Incurred as Bankruptcy Reorganization C
                     the Debtor,* for Michael H. Ahrens, Debtor's Atto
                     Fee: $498,781.50, Expenses: $21,563.40.   Filed k
                     Michael H. Ahrens (Attachments: # (1) Exhibit A#
                     Exhibit B-1# (3) Exhibit B-2# (4) Exhibit B-3# (
                     C# (6) Exhibit D# (7) Declaration Declaration of
                     Ahrens in Support of First Interim Application)
                     Michael), [278] First Application for Compensati
                     *Reimbursement of Expenses by Counsel for Committ

*Creditors Holding Unsecured Claims* for Tracy Gre
Creditor Comm. Aty, Fee: $94281.50, Expenses: $1
Filed by Attorney Tracy Green  (Attachments: # (
A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D#
E# (6) Exhibit F# (7) Exhibit G# (8) Exhibit H#
Certificate of Service) (Green, Tracy), [267] Fi
Application for Compensation *and Reimbursement c*
*Expenses by Heller Ehrman LLP, Special Intellect*
*Property Counsel for the Debtor* for Heller Ehrma
Special Counsel, Fee: $34,775.00, Expenses: $2,4
Filed by Attorney Michaeline H. Correa, Spec. Cc
Heller Ehrman LLP (Attachments: # (1) Exhibits 1
(Correa, Michaeline)).  Hearing scheduled for 1/
02:00 PM at Oakland Room 215 - Jellen. Filed by
Arriva Pharmaceuticals, Inc.  (Attachments: # (1
A) (Ahrens, Michael), [241]  Fourth Amended Char
*of Reorganization, Dated December 12, 2007* Filec
Debtor Arriva Pharmaceuticals, Inc.  (RE: relate
document(s)[13] Chapter 11 Plan filed by Debtor
Pharmaceuticals, Inc., [184] Amended Chapter 11
by Debtor Arriva  Pharmaceuticals, Inc., [218] A
Chapter 11 Plan, filed by Debtor Arriva Pharmace
Inc., [207] Amended Chapter 11 Plan, filed by De
Pharmaceuticals, Inc.).  (Ahrens, Michael), [267
Application for Compensation *and Reimbursement c*
*Expenses by Heller Ehrman LLP, Special Intellect*
*Property Counsel for the Debtor* for Heller Ehrma
Special Counsel, Fee: $34,775.00, Expenses: $2,4
Filed by Attorney Michaeline H. Correa, Spec. Cc
Heller Ehrman LLP (Attachments: # (1) Exhibits 1
(Correa, Michaeline), [279]  First Application f
Compensation *and Reimbursement of Expenses Incur*
*Bankruptcy Reorganization Counsel for the Debtor*
Michael H. Ahrens, Debtor's Attorney, Fee: $498,
Expenses: $21,563.40.  Filed by Attorney Michael
(Attachments: # (1) Exhibit A# (2) Exhibit B-1#
B-2# (4) Exhibit B-3# (5) Exhibit C# (6) Exhibit
Declaration Declaration of Michael H. Ahrens in
First Interim Application) (Ahrens, Michael), [2
Application for Compensation *and Reimbursement c*
*Expenses by Counsel for Committee of Creditors F*
*Unsecured Claims* for Tracy Green, Creditor Comm.
Fee: $94281.50, Expenses: $1479.84.  Filed by At
Tracy Green (Attachments: # (1) Exhibit A# (2) E
(3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6)
(7) Exhibit G# (8) Exhibit H# (9) Certificate of
(Green, Tracy)).      (rba, ) (Entered: 01/18/200

01/24/2008    337    Appellee Designation of Contents for Inclusion i
Appeal  (RE: related document(s)[298] Notice of
Appeal, filed by Creditor AlphaMed Pharmaceutica
Filed by Debtor Arriva Pharmaceuticals, Inc.  (A
Michael) (Entered: 01/24/2008)

01/24/2008    338    Appellee Designation of Contents for Inclusion i
                     Appeal  (RE: related document(s)[299] Notice of
                     Appeal, filed by Creditor Protease Science, Inc.
                     by Debtor Arriva Pharmaceuticals, Inc.  (Ahrens,
                     (Entered: 01/24/2008)

01/24/2008    339    Appellee Designation of Contents for Inclusion i
                     Appeal  (RE: related document(s)[300] Notice of
                     Appeal, filed by Creditor Sonoran Desert Chemica
                     Filed by Debtor Arriva Pharmaceuticals, Inc.  (A
                     Michael) (Entered: 01/24/2008)

01/24/2008    340    Certificate of Service  (RE: related
                     document(s)[337] Appellee Designation).  (Ahrens
                     (Entered: 01/24/2008)

01/24/2008    341    Certificate of Service  (RE: related
                     document(s)[338] Appellee Designation).  (Ahrens
                     (Entered: 01/24/2008)

01/24/2008    342    Certificate of Service  (RE: related
                     document(s)[339] Appellee Designation).  (Ahrens
                     (Entered: 01/24/2008)

01/25/2008           Hearing Continued from 1/24/2008 at 3:00pm to 1/
                     11:00am as to FINDINGS OF FACT AND CONCLUSIONS C
                     related document(s)[242]  Disclosure Statement i
                     *Debtor's Fourth Amended Chapter 11 Plan of Reorg*
                     *Dated December 12, 2007* Filed by Debtor Arriva
                     Pharmaceuticals, Inc..  (Attachments: # (1) Exhi
                     Exhibit B# (3) Exhibit C# (4) Exhibit D)(Ahrens,
                     [241]  Fourth Amended Chapter 11 Plan *of Reorgar*
                     *Dated December 12, 2007* Filed by Debtor Arriva
                     Pharmaceuticals, Inc.  (RE: related document(s)|
                     11 Plan filed by Debtor Arriva Pharmaceuticals,
                     Amended Chapter 11 Plan filed by Debtor Arriva
                     Pharmaceuticals, Inc., [218] Amended Chapter 11
                     by Debtor Arriva Pharmaceuticals, Inc., [207] An
                     Chapter 11 Plan, filed by Debtor Arriva Pharmace
                     Inc.).  (Ahrens, Michael)).    (rba, ) (Entered
                     01/25/2008)

01/25/2008    343    Declaration of Michael H. Ahrens *Regarding Ter*
                     *Rulings* (RE: related document(s)[241] Amended Ch
                     11 Plan, ). Filed by Debtor Arriva Pharmaceutica
                     (Attachments: # (1) Exhibit A) (Katz, Ori) (Ente
                     01/25/2008)

01/25/2008    349    Notice of Docketing Record on Appeal to BAP. (Ap
                     Been Transferred to District Court)  Case Number
                     1009 (RE: related document(s)[299]  Notice of Ap
                     (pl, ) (Entered: 01/31/2008)

01/25/2008    350    Notice of Docketing Record on Appeal to BAP. (Ap

Been Transferred to District Court) Case Number:
(RE: related document(s)[300]  Notice of Appeal,
) (Entered: 01/31/2008)

01/25/2008    351    Notice of Docketing Record on Appeal to BAP.(App
                     Been Transferred to District Court)  Case Number
                     4008 (RE: related document(s)[298]  Notice of Ap
                     (pl, ) (Entered: 01/31/2008)

01/28/2008    344    Hearing Dropped on 1/28/2008 at 11:00am MINUTES:
                     SETTLED. MATTER TAKEN OFF CALENDAR. (RE: related
                     document(s)[242]  Disclosure Statement *for the I
                     Fourth Amended Chapter 11 Plan of Reorganization
                     December 12, 2007* Filed by Debtor Arriva
                     Pharmaceuticals, Inc..  (Attachments: # (1) Exhi
                     Exhibit B# (3) Exhibit C# (4) Exhibit D)(Ahrens,
                     [241]  Fourth Amended Chapter 11 Plan *of Reorgan
                     Dated December 12, 2007* Filed by Debtor Arriva
                     Pharmaceuticals, Inc.  (RE: related document(s)|
                     11 Plan filed by Debtor Arriva Pharmaceuticals,
                     Amended Chapter 11 Plan filed by Debtor Arriva
                     Pharmaceuticals, Inc., [218] Amended Chapter 11
                     by Debtor Arriva Pharmaceuticals, Inc., [207] An
                     Chapter 11 Plan, filed by Debtor Arriva Pharmace
                     Inc.).  (Ahrens, Michael)).     (rba, ) (Entered
                     01/28/2008)

01/28/2008    345    Order Granting Application For Compensation (Rel
                     [267]).  fees awarded: $34775.00, expenses award
                     $2437.09 for Heller Ehrman LLP    (pl, ) (Enter
                     01/30/2008)

01/28/2008    346    Order Approving First Interim Application of She
                     Mullin, Richter & Hampton LLP for Allowance of C
                     and Reimbursement of Expenses Incurred as Bankru
                     Reorganization Counsel for the Debtor (Related I
                     [279]).  fees awarded: $448903.35, expenses awar
                     $21563.40 for Michael H. Ahrens    (pl, ) (Ente
                     01/30/2008)

01/30/2008    347    Order Confirming Debtor's Fourth Amended Chapter
                     Reorganization Dated December 12, 2007   (RE: re
                     document(s)[241]  Amended Chapter 11 Plan filed
                     Arriva Pharmaceuticals, Inc.).  (pl, ) (Entered
                     01/30/2008)

01/30/2008    348    Findings of Fact and Conclusions of Law in Conne
                     Debtor's Fourth Amended Chapter 11 Plan of Reorg
                     Dated December 12, 2007 (RE: related  document(s
                     Order Confirming Chapter 11 Plan).    (pl, ) (En
                     01/30/2008)

01/30/2008    353     Motion for Richard S. Gurbst to Appear Pro Hac
                     (pl, ) (Entered: 02/01/2008)

| | | |
|---|---|---|
| 02/01/2008 | 352 | Certificate of Service *re Declaration of Micha Ahrens Regarding Tentative Rulings* (RE: related document(s)[343] Declaration).  (Katz, Ori) (Ent 02/01/2008) |
| 02/01/2008 | 354 | BNC Certificate of Mailing - Electronic Order (F document(s)[347]  Order Confirming Chapter 11 Pl Service Date 02/01/2008.  (Admin.) (Entered: 02/ |
| 02/01/2008 | 355 | BNC Certificate of Mailing (RE: related document Order on Application for Compensation).    Serv 02/01/2008.  (Admin.) (Entered: 02/01/2008) |
| 02/01/2008 | 356 | BNC Certificate of Mailing (RE: related document Order on Application for Compensation, ).    Se 02/01/2008.  (Admin.) (Entered: 02/01/2008) |
| 02/04/2008 | 357 | Certificate of Service *of Order (1) Disqualify of John Lezdey Against the Debtor's Plan Under 1 Section 1126(a); and (2) Designating John Lezdey in Bad Faith Pursuant to 11 U.S.C. Section 1126(* related document(s[320] Objection,)).  (Ahrens, Modified on 2/4/2008 DOCKET RELATIONSHIP WAS COF THE COURT (pl, ). (Entered: 02/04/2008) |
| 02/07/2008 | 358 | Notice of Appeal to BAP (RE: related document(s) Confirming Chapter 11 Plan)., Fee Amount $ 255.. Appellant Designation due by 2/19/2008. Transmis due by 2/11/2008.  Filed by Creditor AlphaMed Pharmaceuticals Corp.    (Balmat, Daniel) Modifie 2/8/2008 DOCKET RELATIONSHIP WAS CREATED BY THE ). (Entered: 02/07/2008) |
| 02/07/2008 | | Receipt of filing fee for Notice of Appeal(07-42 [appeal,ntcapl] ( 255.00). Receipt number 509872 $ 255.00 (U.S. Treasury) (Entered: 02/07/2008) |
| 02/07/2008 | 360 | Document: Letter from District Court Regarding Transmission of Record on Appeal.  District Cour C08-691CW  (RE: related document(s)[298]  Notice Appeal).    (pl, ) (Entered: 02/08/2008) |
| 02/07/2008 | 361 | Document: Letter from District Court Regarding Transmission of Record on Appeal.  District Cour C08-4693PJH  (RE: related document(s)[300]  Noti Appeal).    (pl, ) (Entered: 02/08/2008) |
| 02/07/2008 | 362 | Document: Letter from District Court Regarding Transmission of Record on Appeal.  District Cour C08-492SC  (RE: related document(s)[299]  Notic Appeal).    (pl, ) (Entered: 02/08/2008) |
| 02/08/2008 | 359 | Statement of Election to District Court, *to Tra* |

*Appeal of AlphaMed Pharmaceuticals Corp. to the States District Court for the Northern District California* (RE: related document(s) [358] Notice Appeal filed by Creditor AlphaMed Pharmaceutical Filed by Debtor Arriva Pharmaceuticals, Inc. (A Michael) (Entered: 02/08/2008)

02/13/2008 363 Declaration of Daniel T. Balmat in support of document(s) [353] Motion to Appear Pro Hac Vice). *Vice Application of Richard S. Gurbst* Filed by C AlphaMed Pharmaceuticals Corp. (Balmat, Daniel) on 2/14/2008 DOCKET RELATIONSHIP WAS ADDED BY TH (pl, ). (Entered: 02/13/2008)

02/13/2008 364 Certificate of Service (RE: related document(s Declaration). (Balmat, Daniel) Modified on 2/14/2008 DOCUMENT WAS NOT LINKED PROPERLY. COUR (pl, ). (Entered: 02/13/2008)

02/13/2008 365 Notice Regarding *Occurrence of Effective Date, Injunctions and of Effectiveness of Releases and Exculpations* (RE: related document(s) [241] Fourt Amended Chapter 11 Plan *of Reorganization, Dated December 12, 2007* Filed by Debtor Arriva Pharmaceuticals, Inc. (RE: related document(s) | 11 Plan filed by Debtor Arriva Pharmaceuticals, Amended Chapter 11 Plan filed by Debtor Arriva Pharmaceuticals, Inc., [218] Amended Chapter 11 by Debtor Arriva Pharmaceuticals, Inc., [207] An Chapter 11 Plan, filed by Debtor Arriva Pharmace Inc.). (Ahrens, Michael)). Filed by Debtor Arr Pharmaceuticals, Inc. (Ahrens, Michael) (Entere 02/13/2008)

02/13/2008 366 Notice Regarding *Bar Dates for Administrative C and Fee Claims* (RE: related document(s) [241] Fou Amended Chapter 11 Plan *of Reorganization, Dated December 12, 2007* Filed by Debtor Arriva Pharmaceuticals, Inc. (RE: related document(s) | 11 Plan filed by Debtor Arriva Pharmaceuticals, Amended Chapter 11 Plan filed by Debtor Arriva Pharmaceuticals, Inc., [218] Amended Chapter 11 by Debtor Arriva Pharmaceuticals, Inc., [207] An Chapter 11 Plan, filed by Debtor Arriva Pharmace Inc.). (Ahrens, Michael)). Filed by Debtor Arr Pharmaceuticals, Inc. (Ahrens, Michael) (Entere 02/13/2008)

02/13/2008 367 Certificate of Service (RE: related document(s) [365] Notice,,, [366] Notice,, ). (A Michael) (Entered: 02/13/2008)

02/13/2008 368 Order (1) Disqualifying Vote of John Lezdey Agai Debtor's Plan under 11 U.S.C. Sec. 1126(a); and

Designating John Lezdey's Vote as in Bad Faith F
11 U.S.C. Sec. 1126(e) (RE: related document(s) |
Objection filed by Debtor    Arriva Pharmaceutica
(pl, ) (Entered: 02/13/2008)

02/13/2008    369    Withdrawal of Claim: 40   Filed by Responsible I
M. Sue Preston.   (Attachments: # (1) Exhibit A)(
Michael) (Entered: 02/13/2008)

02/13/2008    370    Certificate of Service   (RE: related
document(s)[369] Withdrawal of Claim).   (Ahrens,
(Entered: 02/13/2008)

02/15/2008    371    BNC Certificate of Mailing (RE: related document
Order, ).    Service Date 02/15/2008.   (Admin.)
02/15/2008)

02/15/2008    386    Order Granting Motion To Appear Pro Hac Vice (Re
[353]).        (pl, ) (Entered: 02/20/2008)

02/19/2008    372    Motion *for Order Approving Settlement of Clain*
*Gregory Ikonen* Filed by Debtor Arriva Pharmaceut
Inc.   (Attachments: # (1) Declaration of Michael
in Support of Motion for Order Approving Settlem
Claim with Gregory Ikonen# (2) Exhibit A to Decl
Michael H. Ahrens) (Ahrens, Michael) (Entered: C

02/19/2008    373    Notice of Hearing *on Motion for Order Approving*
*Settlement of Claim with Gregory Ikonen* (RE: rel
document(s) [372] Motion *for Order Approving Sett*
*of Claim with Gregory Ikonen* Filed by Debtor Arr
Pharmaceuticals, Inc.   (Attachments: # (1) Decla
Michael H. Ahrens in Support of Motion for Order
Settlement of Claim with Gregory Ikonen# (2) Exh
Declaration of Michael H. Ahrens) (Ahrens, Micha
Hearing scheduled for 4/10/2008 at 10:00 AM at
Room 215 - Jellen. Filed by Debtor Arriva Pharma
Inc.   (Ahrens, Michael) (Entered: 02/19/2008)

02/19/2008    374    Objection to Claim *of Gregory Ikonen (Claim No.*
Filed by Debtor Arriva Pharmaceuticals, Inc..   (
Michael) (Entered: 02/19/2008)

02/19/2008    375    Notice of Hearing *on Objection to Claim of Greg*
*Ikonen (Claim No. 21)* (RE: related document(s)[3
Objection to Claim *of Gregory Ikonen (Claim No.*
Filed by Debtor Arriva Pharmaceuticals, Inc..   (
Michael)).   Hearing scheduled for 4/10/2008 at 1
Oakland Room 215 - Jellen. Filed by Debtor Arriv
Pharmaceuticals, Inc.   (Ahrens, Michael) (Entere
02/19/2008)

02/19/2008    376    Objection to Claim *of Alameda Power and Telecon*
*No. 36)* Filed by Debtor Arriva Pharmaceuticals,

(Ahrens, Michael) (Entered: 02/19/2008)

| | | |
|---|---|---|
| 02/19/2008 | 377 | Notice of Hearing *on Objection to Claim of Alan Power and Telecom (Claim No. 36)* (RE: related document(s)[376] Objection to Claim *of Alameda F Telecom (Claim No. 36)* Filed by Debtor Arriva Pharmaceuticals, Inc.. (Ahrens, Michael)). Hea scheduled for 4/10/2008 at 10:00 AM at Oakland F Jellen. Filed by Debtor Arriva Pharmaceuticals, (Ahrens, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | 378 | Objection to Claim *of Fisher Clinical Services Limited (Claim No. 38)* Filed by Debtor Arriva Pharmaceuticals, Inc.. (Ahrens, Michael) (Enter 02/19/2008) |
| 02/19/2008 | 379 | Notice of Hearing *on Objection to Claim of Fish Clinical Services UK Limited (Claim No. 38)* (RE: related document(s)[378] Objection to Claim *of F Clinical Services UK Limited (Claim No. 38)* File Debtor Arriva Pharmaceuticals, Inc.. (Ahrens, M Hearing scheduled for 4/10/2008 at 10:00 AM at C 215 - Jellen. Filed by Debtor Arriva Pharmaceuti (Ahrens, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | 380 | Objection to Claim *of Covad Communications (Cla 42)* Filed by Debtor Arriva Pharmaceuticals, Inc. (Ahrens, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | 381 | Notice of Hearing *on Objection to Claim of Cova Communications (Claim No. 42)* (RE: related document(s)[380] Objection to Claim *of Covad Communications (Claim No. 42)* Filed by Debtor Ar Pharmaceuticals, Inc.. (Ahrens, Michael)). He scheduled for 4/10/2008 at 10:00 AM at Oakland F Jellen. Filed by Debtor Arriva Pharmaceuticals, (Ahrens, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | 382 | Objection to Claim *of Alameda County Tax Collec (Claim No. 45)* Filed by Debtor Arriva Pharmaceut Inc.. (Ahrens, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | 383 | Notice of Hearing *on Objection to Claim of Alan County Tax Collector (Claim No. 45)* (RE: related document(s)[382] Objection to Claim *of Alameda C Tax Collector (Claim No. 45)* Filed by Debtor Arr Pharmaceuticals, Inc.. (Ahrens, Michael)). Hea scheduled for 4/10/2008 at 10:00 AM at Oakland F Jellen. Filed by Debtor Arriva Pharmaceuticals, (Ahrens, Michael) (Entered: 02/19/2008) |
| 02/19/2008 | 384 | Declaration of M. Sue Preston in In Support of *Objection to Claim of Gregory Ikonen (Claim No. Objection to Claim of Alameda Power and Telecom* |

36); (3) *Objection to Claim of Fisher Clinical §*
*Limited (Claim No.  38); (4) Objection to Claim*
*Communications (Claim No. 42); and (5) Objection*
*of Alameda County Tax Collector (Claim No. 45)* (
related document(s)[380] Objection to Claim, [37
Objection to Claim, [382] Objection to Claim, [3
Objection to Claim, [374] Objection to Claim). F
Debtor Arriva Pharmaceuticals, Inc.   (Attachment:
Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exh
Exhibit E# (6) Exhibit F# (7) Exhibit G) (Ahrens
(Entered: 02/19/2008)

02/20/2008   385   Appellant Designation of Contents For Inclusion
On Appeal , *and Statement of Issues on Appeal* (F
related document(s)[356] Notice of Appeal, filed
Creditor AlphaMed Pharmaceuticals Corp.).   Appel
designation due by 3/3/2008.   Filed by Creditor
Pharmaceuticals Corp.   (Balmat, Daniel) Modified
2/21/2008   DOCUMENT WAS NOT LINKED PROPERLY. COU
CORRECTED (pl, ). (Entered: 02/20/2008)

02/20/2008   387   Operating Report for Filing Period Month Ended
*Monthly Operating Report* Filed by Debtor Arriva
Pharmaceuticals, Inc.   (Katz, Ori) (Entered: 02/

02/20/2008   388   First Amended Notice of Hearing *on Motion for Or*
*Approving Settlement of Claim with Gregory Ikone*
related document(s)[372] Motion *for Order Approv*
*Settlement of Claim with Gregory Ikonen* Filed by
Arriva Pharmaceuticals, Inc.   (Attachments: # (1
Declaration of Michael H. Ahrens in Support of M
Order Approving Settlement of Claim with Gregory
(2) Exhibit A to Declaration of Michael H. Ahren
Michael)).   Hearing scheduled for 4/10/2008 at C
Oakland Room 215 - Jellen. Filed by Debtor Arriv
Pharmaceuticals, Inc.   (Ahrens, Michael) (Entere
02/20/2008)

02/20/2008   389   First Amended Notice of Hearing *on Objection to*
*Gregory Ikonen (Claim No. 21)* (RE: related
document(s)[374] Objection to Claim *of Gregory I*
*(Claim No. 21)* Filed by Debtor Arriva Pharmaceut
Inc..   (Ahrens, Michael)).   Hearing scheduled f
4/10/2008 at 02:30 PM at Oakland Room 215 - Jell
by Debtor Arriva Pharmaceuticals, Inc.   (Ahrens,
(Entered: 02/20/2008)

02/20/2008   390   First Amended Notice of Hearing *on Objection to*
*Alameda Power and Telecom (Claim No. 36)* (RE: re
document(s)[376] Objection to Claim *of Alameda F*
*Telecom (Claim No. 36)* Filed by Debtor Arriva
Pharmaceuticals, Inc..   (Ahrens, Michael)).   Hea
scheduled for 4/10/2008 at 02:30 PM at Oakland F
Jellen. Filed by Debtor Arriva Pharmaceuticals,

(Ahrens, Michael) (Entered: 02/20/2008)

02/20/2008    391    First Amended Notice of Hearing *on Objection to*
*Fisher Clinical Services UK Limited (Claim No. 3*
related document(s) [378] Objection to Claim *of F*
*Clinical Services UK Limited (Claim No. 38)* File
Debtor Arriva Pharmaceuticals, Inc..    (Ahrens, M
Hearing scheduled for 4/10/2008 at 02:30 PM (che
court for location). Filed by Debtor Arriva
Pharmaceuticals, Inc.    (Ahrens, Michael) (Entere
02/20/2008)

02/20/2008    392    First Amended Notice of Hearing *on Objection to*
*Covad Communications (Claim No. 42)* (RE: related
document(s) [380] Objection to Claim *of Covad*
*Communications (Claim No. 42)* Filed by Debtor Ar
Pharmaceuticals, Inc..    (Ahrens, Michael)).    Hea
scheduled for 4/10/2008 at 02:30 PM at Oakland F
Jellen. Filed by Debtor Arriva Pharmaceuticals,
(Ahrens, Michael) (Entered: 02/20/2008)

02/20/2008    393    First Amended Notice of Hearing *on Objection to*
*Alameda Tax Collector (Claim No. 45)* (RE: relate
document(s) [382] Objection to Claim *of Alameda (*
*Tax Collector (Claim No. 45)* Filed by Debtor Arr
Pharmaceuticals, Inc..    (Ahrens, Michael)).    He
scheduled for 4/10/2008 at 02:30 PM at Oakland F
Jellen. Filed by Debtor Arriva Pharmaceuticals,
(Ahrens, Michael) (Entered: 02/20/2008)

02/20/2008    394    Certificate of Service *of Docket Numbers 372,*
*374, 375 and 384* (RE: related document(s) [372] M
Miscellaneous Relief, [373] Notice of Hearing, [3
Objection to Claim, [375] Notice of Hearing, [38
Declaration ).    (Ahrens, Michael) Modified on 2/
DOCUMENT WAS NOT LINKED PROPERLY. COURT CORRECTE
(Entered: 02/20/2008)

02/20/2008    395    Certificate of Service *of Docket Numbers 376,*
*384* (RE: related document(s) [376] Objection to C
[377] Notice of Hearing, [384] Declaration).    (A
Michael) Modified on 2/21/2008 DOCUMENT WAS NOT
PROPERLY. COURT CORRECTED (pl, ). (Entered: 02/2

02/20/2008    396    Certificate of Service *of Docket Numbers 378,*
*384* (RE: related document(s) [378] Objection to C
[379] Notice of Hearing, [384] Declaration).    (A
Michael) Modified on 2/21/2008 DOCUMENT WAS NOT
PROPERLY. COURT CORRECTED. (pl, ). (Entered: 02/

02/20/2008    397    Certificate of Service *of Docket Numbers 380,*
*384* (RE: related document(s) [380] Objection to C
[381] Notice of Hearing, [384] Declaration).    (A
Michael) Modified on 2/21/2008 DOCUMENT WAS NOT

PROPERLY. COURT CORRECTED. (pl, ). (Entered: 02/

02/20/2008    398         Certificate of Service *of Docket Numbers 382,*
*384* (RE: related document(s) [382] Objection to C
[383] Notice of Hearing, [384] Declaration). (A
Michael) Modified on 2/21/2008 DOCUMENT WAS NOT
PROPERLY. COURT CORRECTED. (pl, ). (Entered: 02/

02/21/2008              **CORRECTIVE ENTRY** Document Was Not Linked
Properly and Court Corrected. In the Future, Att
Should Link the Certificate of Service  to All D
Served.  (RE: related document(s)[394]  Certific
Service, ).    (pl, ) (Entered: 02/21/2008)

02/21/2008              **CORRECTIVE ENTRY** Document Was Not Linked
Properly and Court Corrected. In the Future, Att
Should Link the Certificate of Service  to All D
Served.  (RE: related document(s)[395]  Certific
Service, ).    (pl, ) (Entered: 02/21/2008)

02/21/2008              **CORRECTIVE ENTRY** Document Was Not Linked
Properly and Court Corrected. In the Future, Att
Should Link the Certificate of Service  to All D
Served.  (RE: related document(s)[396]  Certific
Service, ).    (pl, ) (Entered: 02/21/2008)

02/21/2008              **CORRECTIVE ENTRY** Document Was Not Linked
Properly and Court Corrected. In the Future, Att
Should Link the Certificate of Service  to All D
Served.  (RE: related document(s)[397]  Certific
Service, ).    (pl, ) (Entered: 02/21/2008)

02/21/2008              **CORRECTIVE ENTRY** Document Was Not Linked
Properly and Court Corrected. In the Future, Att
Should Link the Certificate of Service  to All D
Served. (RE: related document(s)[398]  Certifica
Service, ).    (pl, ) (Entered: 02/21/2008)

02/21/2008              **ERROR** A CERTIFICATE OF SERVICE SHOULD BE LIN
TO ALL DOCUMENTS SERVED. THE ATTORNEY CAN DOCKET
CORRECTLY BY HOLDING DOWN THE "CTRL" KEY AND CHC
THE CATEGORIES OF DOCUMENT THAT WERE SERVED (RE:
document(s)[394]  Certificate of Service,, [396]
Certificate of Service,, [395]  Certificate of S
[397]  Certificate of Service,, [398]  Certifica
Service, ).    (pl, ) (Entered: 02/21/2008)

02/22/2008    399         Certificate of Service  (RE: related
document(s)[388] Notice of Hearing,,, [389] Noti
Hearing, ).  (Ahrens, Michael) (Entered: 02/22/2

02/22/2008    400         Certificate of Service  (RE: related
document(s)[390] Notice of Hearing, ).  (Ahrens,
(Entered: 02/22/2008)

*P.A. (Claim No. 20)* Filed by Debtor Arriva
Pharmaceuticals, Inc.. (Attachments: # (1) Decl
Philip J. Barr, Ph.D. in Support of Objection to
Sacks Tierney P.A. (Claim No. 20)# (2) Exhibit A
Declaration)(Ahrens, Michael)). Hearing schedul
4/10/2008 at 02:30 PM at Oakland Room 215 - Jell
by Debtor Arriva Pharmaceuticals, Inc. (Ahrens,
(Entered: 02/22/2008)

| 02/22/2008 | 411 | Certificate of Service  (RE: related document(s)[410] Notice of Hearing,,, [409] Obje Claim, ).  (Ahrens, Michael) (Entered: 02/22/200 |
|---|---|---|
| 02/22/2008 | 412 | Objection to Claim *of Robert Williamson (Claim 9)* Filed by Debtor Arriva Pharmaceuticals, Inc.. (Ahrens, Michael) (Entered: 02/22/2008) |
| 02/22/2008 | 413 | Notice of Hearing *on Objection to Claim of Robe Williamson (Claim No. 9)* (RE: related document(s Objection to Claim *of Robert Williamson (Claim N 9)* Filed by Debtor Arriva Pharmaceuticals, Inc.. (Ahrens, Michael)). Hearing  scheduled for 4/10 02:30 PM at Oakland Room 215 - Jellen. Filed by Arriva Pharmaceuticals, Inc.  (Ahrens, Michael) 02/22/2008) |
| 02/22/2008 | 414 | Certificate of Service  (RE: related document(s)[413] Notice of Hearing,, [412] Objec Claim).  (Ahrens, Michael) (Entered: 02/22/2008) |
| 02/26/2008 | 415 | Notice of Referral of Appeal to Bankruptcy Appel (RE: related document(s)[358]  Notice of Appeal, ) (Entered: 02/26/2008) |
| 02/26/2008 | 416 | Transmission of Notice of Appeal to BAP (RE: rel document(s)[358]  Notice of Appeal, ).    (pl, ) 02/26/2008) |

02/22/2008   401   Certificate of Service   (RE: related
                   document(s) [391] Notice of Hearing, ).   (Ahrens,
                   (Entered: 02/22/2008)

02/22/2008   402   Certificate of Service   (RE: related
                   document(s) [392] Notice of Hearing, ).   (Ahrens,
                   (Entered: 02/22/2008)

02/22/2008   403   Certificate of Service   (RE: related
                   document(s) [393] Notice of Hearing, ).   (Ahrens,
                   (Entered: 02/22/2008)

02/22/2008   404   Supplemental Certificate of Service   (RE: relate
                   document(s) [392] Notice of Hearing,, [388] Notic
                   Hearing,,, [393] Notice of Hearing,, [391] Notic
                   Hearing,, [389] Notice of Hearing,, [390] Notice
                   Hearing,, [372] Motion Miscellaneous Relief, ).
                   Michael) (Entered: 02/22/2008)

02/22/2008   405   Objection to Claim *of CIT Technology Financing
                   No. 41)* Filed by Creditor Committee Official Con
                   of Creditors Holding Unsecured Claims.   (Cooper,
                   (Entered: 02/22/2008)

02/22/2008   406   Declaration of M. Sue Preston in support of   (
                   related document(s) [405] Objection to Claim).  Fi
                   Creditor Committee Official Committeee of Credit
                   Unsecured Claims (Attachments: # (1) Exhibit A)
                   Michael) (Entered: 02/22/2008)

02/22/2008   407   Notice of Hearing   (RE: related document(s) [405
                   Objection to Claim *of CIT Technology Financing*
                   *No. 41)* Filed by Creditor Committee Official Con
                   of Creditors Holding Unsecured Claims.   (Cooper,
                   Hearing scheduled for 4/10/2008 at 02:30 PM at C
                   215 - Jellen. Filed by Creditor Committee Offici
                   Committeee of Creditors Holding Unsecured Claims
                   Michael) (Entered: 02/22/2008)

02/22/2008   408   Certificate of Service   (RE: related
                   document(s) [407] Notice of Hearing,, [405] Objec
                   Claim, [406] Declaration).   (Cooper, Michael) (E
                   02/22/2008)

02/22/2008   409   Objection to Claim *of Sacks Tierney P.A. (Clain
                   20)* Filed by Debtor Arriva Pharmaceuticals, Inc.
                   (Attachments: # (1) Declaration of Philip J. Bar
                   Support of Objection to Claim of Sacks Tierney F
                   No. 20)# (2) Exhibit A to Barr Declaration)(Ahre
                   Michael) (Entered: 02/22/2008)

02/22/2008   410   Notice of Hearing *on Objection to Claim of Sack
                   Tierney P.A. (Claim No. 20)* (RE: related
                   document(s) [409] Objection to Claim *of Sacks Tie