IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

## E-filing

| | |
|---|---|
| IN RE ARRIVA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> / <br> Defendant. <br> _____ / | No. C-08-01279 MHP <br> NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |

RE:

Bankruptcy Case: 07-42767
Adversary No.:
BAP No.: NC-08-1064
Appellant:

The appeal has been assigned the following case number C-08-01279 MHP before the Honorable Marilyn H. Patel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 6/16/2008 at     in Ctrm 15, 18th Floor, SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Mar 5, 2008

For the Court
Richard W. Wieking, Clerk

GLEN BUCKLEY

By: Deputy Clerk

cc: USBC
    Counsel of Record