SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional
  Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER Cal. Bar No. 246048
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for ARRIVA PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| | |
|---|---|
| ALPHAMED PHARMACEUTICALS CORP., <br><br> Claimant-Appellant, <br><br> v. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Reorganized Debtor-Appellee. | No. 08-01279-SI <br><br> **[PROPOSED] ORDER DISMISSING ALPHAMED PHARMACEUTICAL CORP.'S APPEAL OF THE PLAN CONFIRMATION ORDER** <br><br> Date: May 23, 2008 <br> Time: 9:00 a.m. <br> Location: Courtroom 10, 19th Floor <br> 450 Golden Gate Ave. <br> San Francisco, CA 94102 |

Having considered the papers submitted and arguments presented on Plaintiff Arriva

Pharmaceutical, Inc.'s Motion to Dismiss as Moot the Appeal of AlphaMed Pharmaceuticals Corp.

-1-

-2-

1  of the Plan Confirmation Order and Memorandum of Points and Authorities in Support Thereof
2  (the "Motion"), IT IS HEREBY ORDERED THAT the Motion is GRANTED.
3      IT IS FURTHER ORDERED THAT the appeal currently docketed as *AlphaMed*
4  *Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc.*, 08-01279-SI, is dismissed as moot.
5      IT IS SO ORDERED.
6
7      Dated:
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28