SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER Cal. Bar No. 246048
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for ARRIVA PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| | |
|---|---|
| ALPHAONE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONORAN DESERT CHEMICALS, LLC, etc., et al. <br><br> Defendants. | No. 08-01279-SI <br><br> **CERTIFICATE OF SERVICE** |

W02-WEST:FJV\400770531.1                                                         CERTIFICATE OF SERVICE

I am employed in the County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On April 16, 2008, I served the following documents described as:

**NOTICE OF MOTION AND MOTION TO DISMISS AS MOOT THE APPEAL OF ALPHAMED PHARMACEUTICALS CORP. OF THE PLAN CONFIRMATION ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF M. SUE PRESTON IN SUPPORT OF MOTION TO DISMISS AS MOOT THE APPEAL OF ALPHAMED PHARMACEUTICALS CORP. OF THE PLAN CONFIRMATION ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF PHILIP J. BARR, Ph.D., IN SUPPORT OF MOTION TO DISMISS AS MOOT THE APPEAL OF ALPHAMED PHARMACEUTICALS CORP. OF THE PLAN CONFIRMATION ORDER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[PROPOSED] ORDER DISMISSING ALPHAMED PHARMACEUTICAL CORP.'S APPEAL OF THE PLAN CONFIRMATION ORDER**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **BY OVERNIGHT DELIVERY EXCEPT AS OTHERWISE STATED:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2008 at San Francisco, California.

James Livingston

W02-WEST:FJV\400770531.1    CERTIFICATE OF SERVICE

## SERVICE LIST - OVERNIGHT

**Appellant AlphaMed Pharmaceuticals Corp.**
*a Florida corporation* represented by

**Daniel T. Balmat**
Squire, Sanders & Dempsey, LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
415-954-0200
Fax: 415-393-9887
Email: dbalmat@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas J. Rovens**
Squire Sanders & Dempsey LLP
One Maritime Plaza, Suite 300
San Francisco, CA 9111
415-954-0383
Fax: 415-393-9887
Email: drovens@ssd.com
*ATTORNEY TO BE NOTICED*

**AlphaMed Pharmaceuticals Corp.**

**James E. McDonald**
Squire Sanders & Dempsey LLP
600 Hansen Way
Palo Alto, CA 94304-1043
650-856-6500
Fax: 650-843-8777
Email: jmcdonald@ssd.com

**Miscellaneous Bankruptcy Judge**

**Edward D. Jellen**
U.S. Bankruptcy Court
1300 Clay Street
Oakland, CA 94612
(510) 879-3600

**Official Committee of Creditors Holding Unsecured Claims**

c/o Michael D. Cooper
Wendel Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
510-834-6600
Fax: 510-834-1928

**Official Committee of Creditors Holding Unsecured Claims**

c/o Tracy Green
Wendel Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
510-834-6600
Fax: 510-834-1928

**Miscellaneous USBC Manager-Oakland**

U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612
(510) 879-3600