Squire, Sanders & Dempsey L.L.P.
Douglas J. Rovens (State Bar # 106562)
drovens@ssd.com
Daniel T. Balmat (State Bar # 230504)
dbalmat@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0383
Facsimile: +1.415.393.9887

Attorneys for
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| | |
|---|---|
| ALPHAMED PHARMACEUTICALS CORP., <br><br> Claimant-Appellant, <br><br> v. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Debtor-Appellee. | Case No. 08-01279-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME; DECLARATION OF DANIEL T. BALMAT** <br><br> [F.R.B.P. 8011(a); Bankruptcy Local Rule 9006-1] <br><br> Hearing Date: May 23, 2008 <br> Time: 9:00 a.m. |

1

**STIPULATION TO ENLARGE TIME**

2

WHEREAS on April 16, 2008 Appellee Arriva Pharmaceuticals, Inc. ("Arriva") filed its

3

Motion to Dismiss as Moot the above-captioned appeal (the "Motion"); and

4

5

WHEREAS, pursuant to F.R.B.P. 8011(a) and 9006(a), Appellant AlphaMed

6

Pharmaceuticals Corp.'s ("AlphaMed") response to the Motion is due April 25, 2008; and

7

WHEREAS, for the reasons set forth in the Declaration of Daniel T. Balmat, below, good

8

cause exists for an extension of the time in which AlphaMed may respond to the Motion.

9

THE PARTIES HEREBY STIPULATE that the time for AlphaMed to respond to the

10

Motion is extended from April 25, 2008 to and including May 2, 2008.

11

IT IS FURTHER STIPULATED that any reply in support of the Motion shall be due on

12

or before May 9, 2008.

13

14

**CONSENTED AND AGREED TO BY:**

15

Dated: April 21, 2008

Squire, Sanders & Dempsey L.L.P.

16

17

By:_____

Daniel T. Balmat

18

Attorneys AlphaMed Pharmaceuticals Corp.

19

20

Dated: April 21, 2008

Sheppard, Mullin, Richter & Hampton

21

22

By:_____

Timothy C. Perry

23

Attorneys for Arriva Pharmaceuticals, Inc.

24

**IT IS SO ORDERED.**

25

26

DATED:_____

27

_____

HON. SUSAN ILLSTON

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza Ste 300
San Francisco, CA 94111

- 2 -

STIPULATION AND [PROPOSED] ORDER TO
ENLARGE TIME – Case No. 08-01279-SI

**DECLARATION OF DANIEL T. BALMAT**

I, DANIEL T. BALMAT, declare as follows:

The following facts are within my personal knowledge and, if called as a witness, I could and would competently testify thereto.

1.      I am an attorney at law duly licensed to practice by the State of California. I am an associate with the law firm Squire, Sanders & Dempsey L.L.P. ("SSD"), counsel for AlphaMed Pharmaceuticals Corp. ("AlphaMed"). Except where indicated, I have personal knowledge of each and every fact set forth herein and, if called on as a witness, could and would competently testify thereto.

2.      On April 16, 2008 Appellee Arriva Pharmaceuticals Corp. ("Arriva") filed its Motion to Dismiss as Moot the Appeal of AlphaMed Pharmaceuticals Corp. of the Plan Confirmation Order (the "Motion").

3.      Pursuant to Bankruptcy RuleS of Procedure 8011(a) and 9006(a) AlphaMed's response to the Motion currently is due on April 25, 2008

4.      The Motion advances numerous complex legal arguments. In addition, the declarations submitted by Arriva in support of the Motion attach nearly five hundred pages of exhibits. Alphamed will need sufficient time to properly and comprehensively analyze and respond to these arguments and evidence. The current briefing schedule does not afford Alphamed this time. If granted the Motion will summarily dispose of Alphamed's appeal, and Alphamed thus faces significant prejudice if the requested enlargement is not granted.

5.      No previous time modifications related to the Motion have been requested.

6.      As no briefing schedule has issued, the requested time modification will have no effect on the case schedule.

7.      As set forth above, counsel for Arriva has stipulated to the proposed enlargement of time and requested briefing schedule.

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

- 3 -

STIPULATION AND [PROPOSED] ORDER TO
ENLARGE TIME – Case No. 08-01279-SI

1    I declare under penalty of perjury under the laws of the United States of America that the

2    foregoing is true and correct.  Executed on April 21, 2008 at San Francisco, California.

3

4    _____
     DANIEL T. BALMAT

5

6

7

8    SANFRANCISCO/260276.2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

- 4 -

STIPULATION AND [PROPOSED] ORDER TO
ENLARGE TIME – Case No. 08-01279-SI

# CERTIFICATE OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111, which is located in the country where any non-personal service described below took place.

On April 21, 2008, a copy of the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME; DECLARATION OF DANIEL T. BALMAT**

was served on:

**SEE ATTACHED SERVICE LIST**

Service was accomplished as follows:

[X]  **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on April 21, 2008, at San Francisco, California.

By: /s/ Sarah Lansang David
Sarah Lansang David

---

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

Case No. 08-01279-SI       - 1 -       CERTIFICATE OF SERVICE

1

# SERVICE LIST

2

3

4

**Official Committee of Creditors Holding Unsecured Claims**

5

c/o **Michael D. Cooper**
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
Telephone:    (510) 834-6600
Facsimile:    (510) 834-1928

6

7

8

9 **Miscellaneous USBC Manager-Oakland**

10 U.S. Bankruptcy Court
1300 Clay Street, Third Floor
11 Oakland, CA 94612
Telephone:    (510) 879-3600

**Official Committee of Creditors Holding Unsecured Claims**

c/o **Tracy Green**
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
Telephone:    (510) 834-6600
Facsimile:    (510) 834-1928

**Miscellaneous Bankruptcy Judge**

**Edward D. Jellen**
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612
Telephone:    (510) 879-3600

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28