Squire, Sanders & Dempsey L.L.P.
Douglas J. Rovens (Cal. Bar No. 106562)
Daniel T. Balmat (Cal. Bar No. 230504)
One Maritime Plaza, Suite 300
San Francisco, CA  94111
Telephone:   +1.415.954.0383
Facsimile:     +1.415.393.9887
E-mail:    drovens@ssd.com
           dbalmat@ssd.com

Attorneys for
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

On Appeal from the United States Bankruptcy Court
for the Northern District of California
Hon. Edward D. Jellen

| | |
|---|---|
| ALPHAMED PHARMACEUTICALS CORP., <br><br> Claimant-Appellant, <br><br> v. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Debtor-Appellee. | Case No. 08-01279-SI <br><br> (Filed via ECF-PACER) <br><br> **CERTIFICATE OF SERVICE** <br><br> Date:      May 23, 2008 <br> Time:     9:00 a.m. <br> Place:    Ctrm. 10, 19th Floor |

# CERTIFICATE OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111, which is located in the country where any non-personal service described below took place.

On May 5, 2008, a copy of the following document(s):

**ALPHAMED PHARMACEUTICALS CORP.'S OPPOSITION TO ARRIVA PHARMACEUTICALS, INC.'S MOTION TO DISMISS AS MOOT THE APPEAL OF ALPHAMED OF THE PLAN CONFIRMATION ORDER**

was served on:

Michael Magayne Lauter, Esq.
Timothy Charles Perry, Esq.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106

Service was accomplished as follows:

☒ **By U.S. Mail**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 5, 2008, at San Francisco, California.

By:    */s/ Regina Arroyo*
       Regina Arroyo