1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
    MICHAEL H. AHRENS, Cal. Bar No. 44766
3   ORI KATZ, Cal. Bar No. 209561
    MICHAEL M. LAUTER Cal. Bar No. 246048
4   TIMOTHY C. PERRY, Cal. Bar No. 248543
    Four Embarcadero Center, 17th Floor
5   San Francisco, California 94111-4106
    Telephone:   415-434-9100
6   Facsimile:    415-434-3947

7   Attorneys for ARRIVA PHARMACEUTICALS, INC.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11          On Appeal from the United States Bankruptcy Court
                  for the Northern District of California
12                     Hon. Edward D. Jellen

13  ALPHAMED PHARMACEUTICALS          No. 08-01279-SI
    CORP.,
14                                    DECLARATION OF M. SUE PRESTON
                     Claimant-Appellant,   IN SUPPORT OF REPLY TO
15                                    ALPHAMED'S OPPOSITION TO
                                      MOTION TO DISMISS AS MOOT THE
16  v.                                APPEAL OF ALPHAMED
                                      PHARMACEUTICALS CORP. OF THE
17  ARRIVA PHARMACEUTICALS, INC.,     PLAN CONFIRMATION ORDER

18                   Reorganized Debtor-   Date: May 23, 2008
                     Appellee.        Time: 9:00 a.m.
19                                    Location: Courtroom 10, 19th Floor
                                               450 Golden Gate Ave.
20                                             San Francisco, CA 94102

21

22

23

24

25

26

27

28

1

2    I, M. Sue Preston, declare as follows:

3        1.    I am the President and CEO of Arriva Pharmaceuticals, Inc., a California

4    corporation ("Arriva"), the reorganized debtor-appellee in this case. I make this

5    declaration in that capacity. Except for those statements made upon information and

6    belief, the following facts are based upon my personal knowledge and if called to testify, I

7    could and would competently testify to such facts. As to those statements made upon

8    information and belief, I believe them to be true.

9        2.    In this declaration I will update my prior declaration regarding: (a) certain of

10    the forty executory contracts Arriva assumed on the Effective Date of its Plan, (b) the

11    payments Arriva made after the Effective Date of its Plan, and (c) some of Arriva's recent

12    activity and plans for the near future.

13    <u>CONTRACTS ASSUMED ON THE EFFECTIVE DATE</u>

14        3.    In my prior declaration I referred to the contracts Arriva "assumed" under its

15    Plan. In the paragraphs that follow I will update and detail my prior discussion with

16    respect to certain of Arriva's contracts. A list of all of the assumed contracts is set forth on

17    a schedule Arriva filed with the bankruptcy court. A copy of that schedule (Amended

18    Schedule G) is attached to this declaration as Exhibit A. Amended Schedule G sets forth

19    the names and addresses of the contracting parties. As can be seen from the addresses,

20    many of the contracting parties are outside of the United States. As a Reorganized Debtor,

21    Arriva agreed as part of its Plan to "assume" each of these contracts as of the Effective

22    Date of the Plan. We had the choice to "reject" these contracts and treat them as

23    terminated. But, since we assumed them, we were obligated to perform under these

24    contracts when the Plan became effective. The Effective Date was February 13, 2008. On

25    and after the Effective Date we notified each of the contracting parties listed on Amended

26    Schedule G that we had become a "Reorganized Debtor," were continuing to operate, and

27    that we would perform under their contracts. The third parties to these contracts have

28    relied on our assumption of the contracts. Instead of going over each of the forty contracts

1    in this declaration, I will instead summarize in the paragraphs below some of the contracts

2    that were assumed, and the actions that both Arriva and the third party to the contract have

3    taken since February 13, 2008 (the Effective Date of the Plan).  Following is that

4    summary:

5              a.       Prometic BioSciences Inc. ("Prometic") – Shareholders Agreement.

6                       Arriva's shareholder agreement with Prometics contemplates a

7                       collaboration between the two parties in what is essentially a joint

8                       venture.  On April 5, 2008, Arriva sent a letter to Prometic regarding

9                       the tolling of certain deadlines under the shareholder's agreement.

10             b.       Biochemie GmbH – Manufacturing Agreement ("Biochemie") and

11                      Baxter Healthcare Corp. ("Baxter") – Termination Agreement.

12                      Biochemie's successor in interest under this agreement is Sandoz AG,

13                      an Australian company.  The royalty conditions under these

14                      agreements are still effective and the parties continue to perform their

15                      respective obligations.

16             c.       Pyramid Laboratories, Inc. ("Pyramid") – Analytical Testing.  In

17                      addition to amounts already paid, Arriva will pay Pyramid tens of

18                      thousands of dollars for additional testing services over the next year,

19                      including significant payments for studies on material manufactured

20                      by QSV (as defined below).  Pyramid has ordered and will continue to

21                      order reagents (these are fluids that facilitate the testing process) and

22                      gear up in terms of equipment and personnel in order to accommodate

23                      Arriva's needs.

24             d.       QSV Biologics Ltd. ("QSV") – Master Service and Supply

25                      Agreement.  Arriva and QSV are parties to a master service and

26                      supply agreement.  QSV is based in Canada and runs its

27                      manufacturing operation from Canada as well.  Under the agreement

28                      between the parties, QSV manufactures and provides clinical rAAT to

-2-

1   Arriva. That process is complex, time-consuming and labor intensive.

2   It also requires specialized equipment and personnel. Since the

3   Effective Date, Arriva has paid $1,209,306.08 to QSV under the

4   manufacturing agreement. Absent confirmation of the Plan, none of

5   those amounts would have (or could have) been paid. Arriva is

6   scheduled to pay an additional $200,000 to QSV under the existing

7   agreement in the near future. Even this month (May 2008) Arriva and

8   QSV are gearing up for Arriva's next manufacturing campaign that

9   will supply highly-purified recombinant alpha-one antitrypsin for the

10  clinical trials that will start in early 2009. QSV has hired and will hire

11  and train new employees, and reserve laboratory and employee time

12  for this project. Furthermore, if Arriva attempted to stop the process

13  at this point, QSV would not be able to fill the manufacturing slots

14  allotted for Arriva in such a short period of time. Contract

15  manufacturing organizations have their manufacturing slots booked

16  from 9 to 18 months in advance.

17  e.   University of Florida – Clinical Research and Laboratory Services

18  Agreement. Under its agreement with the university, Arriva has been

19  working with Dr. Mark Brantly regarding the preparation of

20  manuscripts for publication. Dr. Brantly previously reviewed two

21  draft manuscripts on the clinical trials conducted under his auspices.

22  The publication of manuscripts is essential in the field of drug

23  development because it allows the outside world to evaluate a drug's

24  success in the context of peer review. I have worked directly with Dr.

25  Brantly in the past and intend to continue working with him on future

26  manuscripts. These manuscripts are widely circulated, evaluated and

27  relied upon by thousands of professionals throughout the world.

28

-3-

f.    <u>Chiron Corporation ("Chiron") – Sub-License Agreement.</u> Arriva has a non-exclusive in-license from Chiron which provides for certain royalty payments to be made to Chiron through 2014.

<u>PAYMENTS MADE SINCE THE EFFECTIVE DATE</u>

4.    Arriva has made payments approximating $5 million since the Effective Date of the Plan. Those payments are detailed on the list attached to this declaration as Exhibit B. The list shows 86 different recipients. I anticipate that additional payments will be made between the date of this declaration and the date of the hearing on the Motion.

<u>ARRIVA'S RECENT ACTIVITY AND NEAR-TERM PLANS</u>

5.    Several third parties entered into new contracts with Arriva after the Effective Date. Significantly, Arriva entered into a consulting agreement with Dr. Asger Dirksen in Copenhagen, Denmark. Under that agreement, Dr. Dirksen agreed to act as Arriva's principal investigator in Europe. He recently started providing services to Arriva and is owed payments on account of his work. Arriva also entered into consulting agreements with Dr. Charlie Strange regarding clinical development of protease inhibitors for respiratory diseases, Frank Schlier for consulting on computer infrastructure, especially for clinical development activities, and John Gallagher regarding public relations. They have started working under their agreements and are owed payment.

6.    Arriva also recently engaged two new law firms: Covington & Burling LLP in connection with corporate matters, and Goodwin Proctor LLP in connection with intellectual property. Those firms recently provided professional services to Arriva after the Effective Date and they continue to advise Arriva as of the date of this declaration.

7.    Arriva's inhaled rAAT program for the treatment of hereditary emphysema is currently the most advanced therapeutic program for this type of therapy worldwide. Hereditary emphysema patients and their physicians are familiar with the potential for AAT replacement therapy wherein the drug is delivered directly to the lung. They are fully aware that the current treatment, which involves weekly infusion of plasma-derived

-4-

1  AAT is not patient-friendly and, because of manufacturing and pricing constraints, does

2  not satisfy the global demand for product. Accordingly, a group of key global thought

3  leaders, and the board (the "Board") that oversees large international patient registries, has

4  invited Arriva to present their positive clinical results and future plans at an upcoming

5  international conference on pulmonary disease and new therapeutic strategies for the

6  treatment of pulmonary disease. Arriva will present data on its latest round of

7  manufacturing of clinical grade product and its detailed plans for clinical development in

8  this disease area. Members of the Board have already made plans and allocated valuable

9  human resources to considering Arriva's program as the way forward for the treatment of

10 hereditary emphysema. This is based on Arriva's assurances that it will be able to continue

11 its clinical research. Following Arriva's presentation, the Board will make

12 recommendations related to the use of the registry data for enrollment of patients into

13 Arriva's upcoming clinical trials. These recommendations, which are based on Arriva's

14 ability to continue its clinical trial program in an unencumbered manner, will affect the

15 resources committed by the leading pulmonary physicians and their universities that will

16 be involved in the clinical trials and, more importantly, the many hereditary emphysema

17 patients who have been diagnosed with a fatal disease for whom no therapy is currently

18 available.

19      I declare under penalty of perjury under the laws of the United States of America

20 that the foregoing is true and correct. Executed on May 9, 2008, at Alameda, California.

21

22                                    _____

23                                    M. SUE PRESTON

24

25

26

27

28

-5-

# EXHIBIT A



1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6
   Attorneys for ARRIVA PHARMACEUTICALS, INC.
7

8

9              UNITED STATES BANKRUPTCY COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13  In re                              Case No. 07-42767

14  ARRIVA PHARMACEUTICALS, INC., a    Chapter 11
    California corporation,
15                                     **DEBTOR'S AMENDED: (1) SCHEDULE B,**
                Debtor.                 **AND (2) SCHEDULE G**
16
    Tax ID: 94-3287067
17

18

19

20

21

22

23

24

25

26

27

28

-1-

W02-WEST:FKA\400612585.1                          AMENDED SCHEDULES

1    Arriva Pharmaceuticals, Inc. (the "Debtor") amends its Schedule B (personal

2  property) and Schedule G (executory contracts and unexpired leases).  The Debtor's

3  Amended Schedule B is attached to this filing as Exhibit 1, and the Debtor's Amended

4  Schedule G is attached to this filing as Exhibit 2.

5    A summary of the changes to the amended schedules is set forth below.

6    <u>Summary of Changes to Schedule B</u>

7    The Debtor made two changes to Schedule B.  First, the Debtor listed a previously

8  unscheduled claim for costs against Alphamed Pharmaceuticals, Corp., in the approximate

9  amount of $234,318.13, in the action titled <u>Alphamed Pharmaceuticals Corp. v. Arriva</u>

10  <u>Pharmaceuticals, Inc. et al.</u>, U.S.D.C., S.D. Fla., Case No. 03-20078-CIV-

11  ALTONAGA/TURNOFF.  This claim appears at Paragraph 21 of Attachment B to the

12  Amended Schedule B.

13    Second, the Debtor listed certain personal property (specifically, rAAT bulk

14  therapeutic product) stored in Italy and the United States which had been inadvertently

15  omitted from its original schedules.  The personal property now appears at Paragraph 35 of

16  Attachment B to the Amended Schedule B.

17    <u>Summary of Changes to Schedule G</u>

18    The Debtor's Amended Schedule G eliminates certain contracts and leases which

19  should not have been included on the Debtor's original Schedule G.  The eliminated

20  contracts and leases are as follows:

21    ADP, Inc. – contract for payroll services
      Legacy Partners I Alameda, LLC – office lease
22    John McDonald – agreement regarding business development
      Trail Holdings, Ltd. – agreement regarding investor relations and development
23

24    In addition, Amended Schedule G now includes two agreements that the Debtor

25  should have listed on its original Schedule G.  Those two agreements are as follows:

26    Dr. Allan Wachter – agreement and release
      M. Sue Preston – employment agreement
27

28

W02-WEST:FKA\400612585.1                                          AMENDED SCHEDULES

1    The Amended Schedule G also reflects that CIT Technology and Financial

2  Services, Inc. is the successor in interest under a copy machine lease with the Debtor dated

3  as of September 20, 2004.

4                                    Notice

5    The Debtor will serve its Amended Schedule B and Amended Schedule G on (1) the

6  parties affected by the changes described above, and (2) parties who have requested notice

7  in this case.

8

9  Dated: December 19, 2007

10                              Respectfully submitted,

11                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

12

13                    By _____
                                      /s/ Michael H. Ahrens
14                                    MICHAEL H. AHRENS
                              Attorneys for the Debtor Arriva Pharmaceuticals, Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

Form B6B
(10/05)

In re  Arriva Pharmaceuticals, Inc.,                                    Case No. 07-42767
_____                                    _____
                    **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

     Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | 521.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit- or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | See Attachment B. | | 1,293,819.00 |
| 3. Security deposits with public utilities, telephone companies, land-lords, and others. | | Certificate of Deposit with Silicon Valley Bank | | 400,000.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

American LegalNet, Inc.
www.USCourtForms.com

Form B6B-Cont.
(10/05)

In re  Arriva Pharmaceuticals, Inc.,                                    Case No. 07-42767
            Debtor                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND-WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | See Attachment B. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Due from deferred sale of equipment to QSV Biologics Ltd. | | 219,004.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Attachment B. | | 0.00 |

American LegalNet, Inc.
www.USCourtForms.com

## ATTACHMENT B (to Amended Schedule B)

2.    Money Market Account – State Street Bank & Trust Company - $1,273,108
      Operating Account – Silicon Valley Bank - $11,389
      Ovenight "Sweep" Account – Silicon Valley Bank $0.00

13.   100% ownership interest in Avirra, Inc., a California corporation, and

      Partial interest in a corporation formed in and under the laws of Quebec originally known
      as 9076-1339 Quebec Inc., and also known as Arriva-Prometic, Inc., AlphaOne-Prometic,
      Inc. and "Newco."

21.   Interest in $17 million-plus judgment obtained by Allan Wachter M.D., in *Wachter, et
      al., v Lezdey et. al.*, Superior Court of Arizona, Maricopa County, No CV 99-09334.

      Claim for costs against Alphamed Pharmaceuticals, Corp., in the approximate amount of
      $234,318.13 in the action titled *Alphamed Pharmaceuticals Corp. v. Arriva
      Pharmaceuticals, Inc. et al.*, U.S.D.C., S.D. Fla., Case No. 03-20078-CIV-
      ALTONAGA/TURNOFF.

22.   See list of intellectual property on next 2 pages.

35.   rAAT bulk therapeutic product (the "Product") stored in UK – value unknown
      Product stored in Italy – value unknown (stored with Patheon Italia S.p.A)
      Product stored in the United States (as summarized below) – value unknown
             -approximately 7.2 kg stored at Debtor's headquarters
             -1.25 kg that failed specifications

# ARRIVA PHARMACEUTICALS, INC.
## INTELLECTUAL PROPERTY SUMMARY

### IN-LICENSED PORTFOLIO

| Region/ No. | Licensor | Title | Date |
|---|---|---|---|
| **ALPHA 1-ANTITRYPSIN** | | | |
| U.S. Patent 6,124,257 | Protease Sciences, Inc. | Method of Treatment | 26-Sep-00 |
| U.S. Patent 5,780,440 | Protease Sciences, Inc. | Treatment of pulmonary disease with protease inhibitors | 14-Jul-98 |
| U.S. Patent 5,618,786 | Chiron Corporation | Aerosolization of protein therapeutic agent | 8-Apr-97 |
| U.S. Patent 5,532,215 | Protease Sciences, Inc. | Antiviral compositions and method of use | 2-Jul-96 |
| U.S. Patent 5,492,889 | Protease Sciences, Inc. | Treatment of mast cell tumors (lapsed) | 20-Feb-96 |
| U.S. Patent 5,376,633 | Protease Sciences, Inc. | Method for deactivating viruses in blood component containers (lapsed) | 27-Dec-94 |
| U.S. Patent 5,346,886 | Protease Sciences, Inc. | Topical alpha-1-antitrypsin, non-aqueous lipid miscible, benzalkonium chloride compositions for treating skin (lapsed) | 13-Sep-94 |
| U.S. Patent 5,290,762 | Protease Sciences, Inc. | Treatment of inflammation (lapsed) | 1-Mar-94 |
| U.S. Patent 5,217,951 | Protease Sciences, Inc. | Treatment of inflammation | 8-Jun-93 |
| U.S. Patent 5,215,965 | Protease Sciences, Inc. | Treatment of inflammation | 1-Jun-93 |
| U.S. Patent 5,166,134 | Protease Sciences, Inc. | Treatment of allergic rhinitis | 24-Nov-92 |
| U.S. Patent 5,134,119 | Protease Sciences, Inc. | Treatment of inflammation using 358 substituted alpha-antitrypsin | 28-Jul-92 |
| U.S. Patent 5,093,316 | Protease Sciences, Inc. | Treatment of inflammation | 3-Mar-92 |
| EU Patent EPO 512090 | Protease Sciences, Inc. | Treatment of inflammation (lapsed) | 2-Jan-97 |
| EU Patent EPO 432117 | Protease Sciences, Inc. | Composition for treatment of inflammation (lapsed) | 22-Jun-94 |
| EU Patent EP0 626858 | Protease Sciences, Inc. | Antiviral Agent (lapsed) | 29-Sep-93 |
| Australia Patent 679165 | Protease Sciences, Inc. | Treatment of Inflammation (lapsed) | 26-Jun-97 |
| Australia Patent 677367 | Protease Sciences, Inc. | Antiviral Agent (lapsed) | 24-April-97 |
| Canadian Patent 2,019,974 | Protease Sciences, Inc. | Treatment of Inflammation (lapsed) | 22-Jan-02 |
| Canadian Pat. App 2,091,354 | Protease Sciences, Inc. | Treatment of Inflammation (lapsed) | Filed 26-Sep-91 |
| Canadian Patent 2,129,132 | Protease Sciences, Inc. | Antiviral Agent | Mar-30-04 |
| Korean Patent 358421 | Protease Sciences, Inc. | Topical Preparation with Serine Protease Inhibitors (lapsed) | 14-Oct-02 |

Strictly Confidential
9/13/2007

# ARRIVA PHARMACEUTICALS, INC.
## INTELLECTUAL PROPERTY SUMMARY
## IN-HOUSE PORTFOLIO

| Region/ No. | HEWM Docket No. | Title | Date |
|---|---|---|---|
| | | **ALPHA 1-ANTITRYPSIN** | |
| PCT Patent App. PCT/GB03/05049 | 39042.0027 | Compositions and methods for treating inflammatory disease using protease inhibitors | Filed 20-Nov-03 |
| U.S. Patent App. 10/914,863 | 39042.0012 | Production of proteins in yeast | Filed 9-Aug-04 |
| PCT Patent App. PCT/US2004/025983 | 39042.0012 | Production of proteins in yeast | Filed 9-Aug-04 |
| PCT Patent App. WO 2005/048985 A2 | 39042.0025 | Alpha 1-antitrypsin compositions and treatment method using such compositions (with Baxter) | Filed 11-Nov-04 |
| PCT Patent App. PCT/US2004/038081 | 39042.0026 | Dried protein formulations (with Arriva-ProMetic) | Filed 12-Nov. 04 |
| WO 2005/086915 A2 | 39042.0020 | Treatment of chronic obstructive pulmonary disease by low dose inhalation of protease inhibitor | Filed 9-March-04 |

| In-House Portfolio | | **FUSION PROTEINS AND OTHER** | |
|---|---|---|---|
| U.S. Patent App. 10/025,514 | 39042.0008 | Multifunctional protease inhibitors and their use in treatment of disease (ISSUED JULY 24,2007) | Filed 18-Dec-01 |
| PCT Application PCT/US01/49256 | 39042.0008 | Multifunctional protease inhibitors and their use in treatment of disease | Filed 18-Dec-01 |
| Canadian Pat. App. 2,430,973 | 39042.0008 | Multifunctional protease inhibitors and their use in treatment of disease | Filed 9-Jun-03 |
| Japanese Pat. App. 2002-552164 | 39042.0008 | Multifunctional protease inhibitors and their use in treatment of disease | Filed 18-Jun-03 |
| EU Patent App. 01988344.6 | 39042.0008 | Multifunctional protease inhibitors and their use in treatment of disease | Filed 25-Jun-03 |
| Australia Pat. App. 2002241661 | 39042.0008 | Multifunctional protease inhibitors and their use in treatment of disease | Filed 27-Jun-03 |
| U.S. Patent App. 10/731,375 | 39042.0014 | Methods and compositions for treatment of otitis media | Filed Dec-8-03 |
| PCT Patent App. PCT/US03/39053 | 39042.0014 | Methods and compositions for treatment of otitis media | Filed Dec-8-03 |

| In-House Portfolio | | **ILOMASTAT** | |
|---|---|---|---|
| U.S. Patent App. 10/848,594 | | Treatment of respiratory disease associated with matrix metalloproteases by inhalation of synthetic matrix metalloprotease inhibitors | Filed 17-May-04 |
| PCT Patent App. US2004/015449 | | Treatment of respiratory disease associated with matrix metalloproteases by inhalation of synthetic matrix metalloprotease inhibitors | Filed 17-May-04 |

2 of 2

Strictly Confidential
9/13/2007

# EXHIBIT 2

Form B6G
(10/05)

**In re Arriva Pharmaceuticals, Inc.,**                    **Case No. 07-42767**
                **Debtor**

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 9076-1339 Québec Inc.[1] <br> 6100 Royalmount <br> Montreal, Quebec <br> Canada H4P 2R2 | Supply Agreement <br><br> 04/13/1999 |
| 9076-1339 Québec Inc. <br> 6100 Royalmount <br> Montreal, Quebec <br> Canada H4P 2R2 | License Agreement <br><br> 04/13/1999 |
| 9076-1339 Québec Inc. <br> ProMetic BioSciences Inc. <br> ProMetic Pharma Inc. <br> 6100 Royalmount <br> Montreal, Quebec <br> Canada H4P 2R2 | Non-Competitive Agreement <br><br> 04/13/1999 |

---

[1] References to "9076-1339 Québec Inc."are to the company previously known as 9076-1339 Québec Inc. and also known as: (1) Newco, (2) AlphaOne-ProMetic Inc., and (3) Arriva-ProMetic Inc.

W02-WEST:FKA\400612391.1                    -1-

| | |
|---|---|
| ProMetic BioSciences Inc.<br>9076-1339 Québec Inc.<br>6100 Royalmount<br>Montreal, Quebec<br>Canada H4P 2R2 | Shareholders Agreement<br><br>04/13/1999 |
| Baxter Healthcare Corp. (Purchase Oder)<br>One Baxter Way<br>Westlake Village, CA 91362 | Documentation Transfer<br><br>07/11/2007 |
| Baxter Healthcare Corp.<br>550 North Brand Blvd.<br>Glendale, CA 91203<br><br>Biochemie GmbH<br>Biochemiestrasse 10<br>A-6250 Kundl/Austria | Manufacturing Agreement for AAT<br><br>11/10/2000 |
| Baxter Healthcare Corp.<br>One Baxter Parkway<br>Deerfield, IL 60015 | Termination Agreement with transition<br>conditions and royalty agreement<br><br>03/24/2006 |
| CIT Technology and Financial Services, Inc.<br>PO Box 550599<br>Jacksonville, FL 32255 | Copy Machine Lease<br><br>09/20/2004 |
| David Madden<br>P.O. Box 664<br>Orinda, CA 94563 | Finance & Administration, Treasurer<br><br>01/16/2007 |
| Dr. Philip J. Barr<br>Hillcrest Advisors LLC<br>6114 LaSalle Avenue, Suite 602<br>Oakland, CA 94611 | Chief Scientific Officer, Secretary<br><br>05/03/2006 |
| Fisher Clinical Services Inc.<br>7554 Schantz Road<br>Allentown, PA 18106-9032<br><br>Fisher Clinical Services UK<br>Langhurstwood Road<br>Horsham, West Sussex<br>England RH12 4QD | Packaging of Clinical Trial Items and Related<br>Services<br><br>03/07/2005 |

| Fisher Clinical Services UK (Purchase Order)<br>Langhurstwood Road<br>Horsham, West Sussex<br>England RH12 4QD | GMP Storage for Clinical Supplies<br><br>06/12/2006 |
| GE Ionics, Inc.<br>Attn: Contracts Administrator<br>5900 Silver Creek Valley Road<br>San Jose CA 95138-1009 | Water Purification Service/Maintenance<br><br>06/01/2007 |
| Ife Tayo TL Bonner-Payne<br>1019 Wood Street<br>Oakland, CA 94607 | Documentation Control<br><br>03/01/2007 |
| Kertzer's Heating & Air Conditioning, Inc.<br>P.O. Box 304<br>Livermore, CA 94551 | HVAC Maintenance<br><br>08/01/2006 |
| Martin Lee<br>3941 Eureka Drive<br>Studio City, California 91604 | Biostatistician<br><br>03/10/2005 |
| Marvin Garovoy, M.D.<br>9 Dutch Valley Lane<br>San Anselmo, CA 94960 | Acting Chief Medical Officer<br><br>01/11/2007 |
| MDS Pharma<br>6, avenue de la Cristallerie<br>92316 Sevres Cedex<br>France | Supports regulatory filings in Europe<br><br>08/08/2006 |
| NewCal<br>2366 Buskirk Avenue<br>Pleasant Hill, CA 94523 | Copy Machine Maintenance Agreement<br><br>09/03/2004 |
| Patheon Italia S.p.A (Purchase Order)<br>110, Viale G.B. Stucchi<br>20052 Monza (MI)<br>Italy | Destruction of Materials<br><br>02/22/2007 |

| | |
|---|---|
| Patheon Italia S.p.A<br>Attn: Aldo Braca, Managing Director<br>110, Viale G.B. Stucchi<br>20052 Monza (MI)<br>Italy<br><br>Baxter Healthcare Corp.<br>24 Lange Allee<br>A-1221 Wien<br>Austria | Proposal to Lyophilize and Store rAAT<br><br>12/05/2003 |
| Philip A. Pemberton, Ph.D.<br>439 Midway Avenue<br>San Mateo, CA 94402 | Chief Technical Officer<br><br>01/30/2007 |
| Protease Sciences, Inc.<br>1034 Laurel Oak Road, Suite 4<br>Voorhees, NJ 08043 | License Agreement for IP, together with all amendments<br><br>04/16/1998 |
| Pyramid Laboratories, Inc. (Purchase Order)<br>3589 Cadillac Avenue<br>Costa Mesa, CA 92626 | Analytical Testing<br><br>08/22/2007 |
| QSV Biologics Ltd.<br>Terry Saxton, Executive VP & CFO<br>1938-94 St., Edmonton Research Park<br>Edmonton, Alberta T6N 1J3 | Master Service and Supply Agreement<br><br>01/17/2007 |
| Richard S. Schwartz, M.D.<br>1325 Howard Avenue, PMB 712<br>Burlingame, CA 94010 | Medical Writing<br><br>10/23/2006 |
| Richard Turegano<br>25853 Westview Way<br>Hayward, CA 94542 | Technical Development<br><br>03/01/2007 |
| Thermo Electron Corp.<br>401 Millcreek Road<br>PO Box 649<br>Marietta, OH 45750 | Freezer Maintenance<br><br>10/01/2006 |
| Track Computers<br>Cord Neal<br>231 Fallon Street<br>Oakland, CA 94607 | Computer Backup Contract<br><br>07/01/2005 |

| | |
|---|---|
| Track Computers<br>Cord Neal<br>231 Fallon Street<br>Oakland, CA 94607 | Computer Server Maintenance<br><br>12/30/2003 |
| Track Computers<br>Cord Neal<br>231 Fallon Street<br>Oakland, CA 94607 | Printer Maintenance Contract<br><br>12/30/2003 |
| University of Florida<br>219 Grinter Hall<br>Gainesville, FL 32611 | Clinical Research and Laboratory Services<br>Agreements<br><br>07/19/2002 (and various other dates) |
| VDK Architects<br>360 Seventeenth Street<br>Suite 210<br>Oakland, CA 94612 | Architect Services<br><br>08/19/2005 |
| Waters Corporation<br>Mailstop SA<br>34 Maple Street<br>Milford, MA 01757 | HPLC Maintenance<br><br>09/12/2006 |
| Chiron Corporation<br>4650 Horton St.<br>Emeryville, CA 94608 | Sub-License Agreement |
| Imperial College<br>Professor Terry D. Tetley<br>London, UK | Research Agreement |
| Dr. Allan Wachter<br>c/o KORNFIELD, PAUL & NYBERG, P.C.<br>Attention: Chris Kuhner and Eric A. Nyberg<br>1999 Harrison St., Suite 2675<br>Oakland, CA 94612 | Agreement and Release |
| M. Sue Preston<br>Arriva Pharmaceuticals, Inc.<br>1010 Atlantic Avenue<br>Alameda, CA 94501 | Employment Agreement |

# EXHIBIT B

**Arriva Pharmaceuticals Payments**
**From 02/13/2008 through 05/09/2008**

| Payee | Total Payments |
|---|---:|
| Advanced Chemical Transport | 458.00 |
| Akerman, Senterfitt & Edison, P.A. | 48.07 |
| Alameda County Industries | 590.90 |
| Alameda Power & Telecom | 8,859.83 |
| Alexander Stafford | 20,002.85 |
| Alpha-1 Foundation | 17,500.00 |
| Arrowhead Mountain Spring Water | 228.15 |
| AT&T | 2,346.25 |
| ATCC | 2,700.00 |
| Bay Area Bioscience Association | 750.00 |
| Bay Area Modular | 900.00 |
| BIO | 1,000.00 |
| C&R Cleaning Services | 1,620.00 |
| CIT Technology Financial Services, Inc. | 552.46 |
| Cobra Biologics | 41.95 |
| Computer Patent Annuities | 21.71 |
| Costco Wholesale | 130.00 |
| Covington & Burling LLP | 9,530.91 |
| Creative Mediapulse Technologies Pvt. Ltd | 2,000.00 |
| D&B | 136.00 |
| David Madden | 58,237.56 |
| Department of Labor | 750.00 |
| Fast Imaging Center, Inc. | 21.64 |
| Federal Express | 923.08 |
| Fennemore Craig | 49.81 |
| Fisher Clinical Services UK Limited | 1,441.91 |
| Fisher Clinical Services, Inc. | 50.00 |
| Franchise Tax Board | 1,600.00 |
| Gary Wagner | 1,623.75 |
| Glenn Rasmussen Fogarty & Hooker, PA | 1,015.24 |
| Goodwin Procter LLP | 10,296.22 |
| Gregory Ikonen | 302.41 |
| HealthNet | 6,143.97 |
| Heffernan Insurance Brokers | 75,994.38 |
| Heller Ehrman | 88,946.46 |
| Hillcrest Advisors LLC | 87,500.00 |
| Infobond, Inc. | 13.92 |
| InterCall | 565.80 |
| International Quantitative Consultants | 1,000.00 |
| Invitrogen Life Technologies | 393.68 |
| Ionics | 1,236.92 |
| Jennifer Larson | 2,760.00 |
| John M. Barberich | 6,248.49 |
| KPMG, LLP | 3,500.00 |
| Kurtzer's Heating & Air Conditioning, Inc | 1,207.36 |
| Lancaster Laboratories, Inc. | 11,057.50 |
| Legacy Partners I Alameda, LLC | 107,594.40 |

| Payee | Total Payments |
|---|---:|
| Martha S Preston | 109,629.78 |
| Marvin R. Garovoy, MD (Clinical Consultan | 2,100.00 |
| Morrison and Foerster | 2,719.67 |
| MPM Asset Management | 485.78 |
| NewCal Industries | 407.04 |
| Office Depot | 351.58 |
| Payroll Taxes (California) | 22,293.29 |
| Payroll Taxes (Federal) | 94,185.19 |
| PDQ Print Copy Mail | 811.34 |
| PG & E | 2,292.92 |
| Philip A. Pemberton, Ph.D. | 37,461.60 |
| Philip J. Barr, Ph.D. | 5,182.57 |
| Pillsbury Winthrop Shaw Pittman LLP | 53,096.65 |
| Pitney Bowes, Inc. | 97.83 |
| PR Newswire | 603.25 |
| Principal Financial Group | 1,385.19 |
| Protection One | 558.00 |
| QSV Biologics | 1,209,306.08 |
| QuadraMed Limited | 1,130.73 |
| Rainin | 135.23 |
| Rebecca S. Wheeler | 17,653.64 |
| Recall | 129.46 |
| Robert F. Williamson III | 504.02 |
| RS Calibration | 2,166.00 |
| Sacks Tierney P.A. Lawyers | 504.02 |
| Sheppard Mullin Richter Hampton | 918,383.56 |
| Sigma-Aldrich, Inc. | 284.50 |
| Silicon Valley Bank | 910.03 |
| Silicon Valley Web Hosting | 360.00 |
| Sprint PCS | 398.26 |
| Tax Collector, County of Alameda | 27,593.03 |
| T-Mobile | 1,838.17 |
| Track Computer Center | 16,473.07 |
| U.S. Trustee | 6,500.00 |
| Vision Service Plan | 141.06 |
| VWR International | 1,942.99 |
| Waters Corporation | 16,152.67 |
| Wendel Rosen Black & Dean | 85,720.79 |
| World Courier | 103.13 |
| | |
| Plan Expense Reserve Escrow | 115,000.00 |
| Unsecured Claims Pool Escrow (Net Amount) | 773,086.32 |
| | |
| Debtor-in-Possession Loan Repayment (Principal) | 1,500,000.00 |
| Debtor-in-Possession Loan Repayment (Interest) | 41,333.36 |
| | |
| Grand Total | 5,611,303.38 |