1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10         On Appeal from the United States Bankruptcy Court
                 for the Northern District of California
11                    Hon. Edward D. Jellen

12

13  ALPHAONE PHARMACEUTICALS, INC.,          No. 08-01279-SI

14              Plaintiff,

15  v.
                                             **CERTIFICATE OF SERVICE**
16  SONORAN DESERT CHEMICALS, LLC,
    etc., et al.
17
                Defendants.
18

W02-WEST:FJV\400833334.1                                CERTIFICATE OF SERVICE

1  I am employed in the County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On May 9, 2008, I served the following documents described as:

**REPLY TO ALPHAMED'S OPPOSITION TO MOTION TO DISMISS AS MOOT THE APPEAL OF ALPHAMED PHARMACEUTICALS CORP. OF THE PLAN CONFIRMATION ORDER**

**REPLY TO ALPHAMED'S OPPOSITION TO MOTION TO DISMISS AS MOOT THE APPEAL OF ALPHAMED PHARMACEUTICALS CORP. OF THE PLAN CONFIRMATION ORDER**

**DECLARATION OF M. SUE PRESTON IN SUPPORT OF REPLY TO ALPHAMED'S OPPOSITION TO MOTION TO DISMISS AS MOOT THE APPEAL OF ALPHAMED PHARMACEUTICALS CORP. OF THE PLAN CONFIRMATION ORDER**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **BY OVERNIGHT DELIVERY EXCEPT AS OTHERWISE STATED:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2008 at San Francisco, California.

/s/ James Livingston
James Livingston

| | |
|---|---|
| 1 | **SERVICE LIST - OVERNIGHT** |

| | | |
|---|---|---|
| 2 | **Appellant AlphaMed Pharmaceuticals** | **Official Committee of Creditors** |
| 3 | **Corp.** | **Holding Unsecured Claims** |
|   | *a Florida corporation* represented by | |
| 4 | | c/o **Michael D. Cooper** |
| 5 | **Daniel T. Balmat** | Wendel Rosen Black & Dean, LLP |
|   | Squire, Sanders & Dempsey, LLP | 1111 Broadway, 24th Floor |
| 6 | One Maritime Plaza, Suite 300 | Oakland, CA 94607 |
|   | San Francisco, CA 94111-3492 | 510-834-6600 |
| 7 | 415-954-0200 | Fax: 510-834-1928 |
| 8 | Fax: 415-393-9887 | |
|   | Email: dbalmat@ssd.com | |
| 9 | *LEAD ATTORNEY* | **Official Committee of Creditors** |
|   | *ATTORNEY TO BE NOTICED* | **Holding Unsecured Claims** |
| 10 | | |
| 11 | **Douglas J. Rovens** | c/o **Tracy Green** |
|   | Squire Sanders & Dempsey LLP | Wendel Rosen Black & Dean, LLP |
| 12 | One Maritime Plaza, Suite 300 | 1111 Broadway, 24th Floor |
|   | San Francisco, CA 9111 | Oakland, CA 94607 |
| 13 | 415-954-0383 | 510-834-6600 |
| 14 | Fax: 415-393-9887 | Fax: 510-834-1928 |
|   | Email: drovens@ssd.com | |
| 15 | *ATTORNEY TO BE NOTICED* | |
| 16 | **AlphaMed Pharmaceuticals Corp.** | |
| 17 | | |
|   | **James E. McDonald** | |
| 18 | Squire Sanders & Dempsey LLP | |
|   | 600 Hansen Way | |
| 19 | Palo Alto, CA 94304-1043 | |
| 20 | 650-856-6500 | |
|   | Fax: 650-843-8777 | |
| 21 | Email: jmcdonald@ssd.com | |

-3-

W02-WEST:FJV\400833334.1                                           CERTIFICATE OF SERVICE.