ORIGINAL

SQUIRE, SANDERS & DEMPSEY L.L.P.
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone:   415.954.0200
Facsimile:    415.393.9887
drovens@ssd.com
dbalmat@ssd.com

James E. McDonald
200 South Biscayne Boulevard, Suite 4000
Miami, Florida 33131-2362
Telephone:   305.577.7000
Facsimile:    305.577.7001
jmcdonald@ssd.com

Attorneys for Claimant-Appellant
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALPHAMED PHARMACEUTICALS CORP., | Case No. C-08-01279-SI |
|---|---|
| Claimant-Appellant, | **E-FILING** |
| vs. | APPLICATION OF JAMES E. MCDONALD FOR ADMISSION OF ATTORNEY *PRO HAC VICE* PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULE 11-3 |
| ARRIVA PHARMACEUTICALS, INC., | |
| Debtor-Appellee. | |

Pursuant to Civil Local Rule 11-3, James E. McDonald, an active member in good standing of the Bar of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing AlphaMed Pharmaceuticals Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the Bar of Florida and am admitted to practice before the courts of that state, and also am admitted to practice before United States Supreme Court, the United States District Courts for the Middle and Southern Districts of Florida and the United States Courts of Appeal for the Third, Fifth and Eleventh Circuits.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

APPLICATION OF JAMES E. MCDONALD FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. C-08-01279-SI

1 Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar

2 with the Local Rules and Alternative Dispute Resolution Programs of this Court; and

3     3.    Attorneys who are members of the bar of this Court in good standing and who

4 maintain an office within the State of California have been designated as co-counsel in the above-

5 entitled action. The name, address and telephone number of those attorneys is:

> Douglas J. Rovens (CA Bar No. 106562)
> Squire, Sanders & Dempsey L.L.P.
> 555 South Flower Street, Suite 3100
> Los Angeles, CA 90071-2300
> Telephone:   213.624.2500
> Facsimile:    213.623.4581
>
> Daniel T. Balmat (CA Bar No. 225573)
> Squire, Sanders & Dempsey L.L.P.
> One Maritime Plaza, Third Floor
> San Francisco, CA 94111-3492
> Telephone:   415.954.0200
> Facsimile:    415.393.9887

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 2, 2008

                                    /s/ James E. McDonald

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

APPLICATION OF JAMES E. MCDONALD FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. C-08-01279-SI

## CERTIFICATE OF SERVICE
(Pursuant to Federal Law)

*Alphamed Pharmaceuticals Corp. v. Arriva Pharmaceuticals, Inc.*
United States District Court, Northern District of California
Case No. C-08-01279-SI

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111, which is located in the country where any non-personal service described below took place.

On May 13, 2008, a copy of the following document(s):

**APPLICATION OF JAMES E. McDONALD FOR ADMISSION OF ATTORNEY *PRO HAC VICE* PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA CIVIL LOCAL RULE 11-3**

was served on:

**SEE ATTACHED SERVICE LIST**

Service was accomplished as follows:

[ X ]  **By U.S. Mail.** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 13, 2008, at San Francisco, California.

By: _____
    Sarah Lansang-David

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

CERTIFICATE OF SERVICE
Case No. C-08-01279-SI

# SERVICE LIST

**Official Committee of Creditors Holding Unsecured Claims**

c/o Michael D. Cooper
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607
Telephone:    (510) 834-6600
Facsimile:    (510) 834-1928

**Official Committee of Creditors Holding Unsecured Claims**

c/o Tracy Green
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607
Telephone:    (510) 834-6600
Facsimile:    (510) 834-1928

**Miscellaneous USBC Manager-Oakland**

U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA  94612
Telephone:    (510) 879-3600

**Miscellaneous Bankruptcy Judge**

Edward D. Jellen
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA  94612
Telephone:    (510) 879-3600

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

CERTIFICATE OF SERVICE
Case No. C-08-01279-SI

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611019120
Cashier ID: almaceh
Transaction Date: 05/13/2008
Payer Name: SQUIRE SANDERS DEMPSEY LLP
------------------------------------
PRO HAC VICE
 For: J E MCDONALD
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 2342
 Amt Tendered:  $210.00
------------------------------------
Total Due:     $210.00
Total Tendered: $210.00
Change Amt:    $0.00

C08-1279 SI

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```