**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAMED PHARMACEUTICALS CORP., | No. C 08-1279 SI |
| Claimant-Appellant, | **JUDGMENT** |
| v. | |
| ARRIVA PHARMACEUTICALS, INC., | |
| Debtor-Appellee. | |

Appellee's appeal is dismissed as moot. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 27, 2008

SUSAN ILLSTON
United States District Judge