ORIGINAL

SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (Admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:    415.954.0200
Facsimile:    415.393.9887
drovens@ssd.com
dbalmat@ssd.com
jmcdonald@ssd.com

Attorneys for Claimant-Appellant
ALPHAMED PHARMACEUTICALS CORP.

FILED
08 JUN 11 PM 1: 37
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAMED PHARMACEUTICALS CORP., <br><br> Claimant-Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Debtor-Appellee. | Case No. C-08-01279-SI <br><br> **STATEMENT OF REPRESENTATION ON APPEAL** <br><br> The Honorable Susan Illston |

REPRESENTATION STATEMENT

The undersigned represents ALPHAMED PHARMACEUTICALS CORP., Claimant-Appellant in this matter, and no other party. Attached hereto as Exhibit A is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate.

Dated: June 11, 2008

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
      Daniel T. Balmat

Attorneys for Claimant-Appellant
ALPHAMED PHARMACEUTICALS CORP.

SERVICE LIST

**Attorneys for Appellant AlphaMed Pharmaceuticals Corp.**

**James E. McDonald** *(Admitted pro hac vice)*
**Douglas J. Rovens** *(Lead Attorney)*
**Daniel T. Balmat**
**Squire, Sanders & Dempsey L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   (415) 954-0200
Facsimile:   (415) 393-9887
Email:       dbalmat@ssd.com


**Attorneys for Appellee Arriva Pharmaceuticals, Inc.**

**Timothy Charles Perry** *(Lead Attorney)*
**Michael H. Ahrens**
**Michael Magayne Lauter**
**Ori Katz**
**Sheppard Mullin Richter & Hampton LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947
Email:       tperry@sheppardmullin.com
             mahrens@sheppardmullin.com
             mlauter@sheppardmullin.com
             okatz@shappardmullin.com

**Appellee**
M. Sue Preston
c/o Arriva Pharmaceuticals, Inc.
1010 Atlantic Avenue
Alameda, CA 94501


| **Miscellaneous Bankruptcy Judge** | **Miscellaneous USBC Manager-Oakland** |
|---|---|
| **Edward D. Jellen**<br>U.S. Bankruptcy Court<br>1300 Clay Street, Third Floor<br>Oakland, CA  94612<br>Telephone:   (510) 879-3600 | U.S. Bankruptcy Court<br>1300 Clay Street, Third Floor<br>Oakland, CA  94612<br>Telephone:   (510) 879-3600 |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

-1-

SERVICE LIST
USDC Appeal Case No. 08-01279-SI