ORIGINAL

SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (Admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone:  415.954.0200
Facsimile:   415.393.9887
drovens@ssd.com
dbalmat@ssd.com
jmcdonald@ssd.com

Attorneys for Claimant-Appellant
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHAMED PHARMACEUTICALS CORP., <br><br> Claimant-Appellant, <br><br> vs. <br><br> ARRIVA PHARMACEUTICALS, INC., <br><br> Debtor-Appellee. | Case No. C-08-01279-SI <br><br> **CERTIFICATE OF SERVICE** <br><br> The Honorable Susan Illston |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

CERTIFICATE OF SERVICE
Case No. C-08-01279-SI

**CERTIFICATE OF SERVICE**
(Pursuant to Federal Law)

I, REGINA ARROYO, declare as follows:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 11, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT;**
2. **STATEMENT OF REPRESENTATION ON APPEAL;**
3. **UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT; AND**
4. **CERTIFICATE OF SERVICE**

in a sealed envelope, postage fully paid, addressed as follows:

*SEE ATTACHED SERVICE LIST*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 11, 2008, at San Francisco, California.

_____
Regina Arroyo

# SERVICE LIST

**Attorneys for Appellee Arriva Pharmaceuticals, Inc.**

**Timothy Charles Perry** *(Lead Attorney)*
**Michael H. Ahrens**
**Michael Magayne Lauter**
**Ori Katz**
**Sheppard Mullin Richter & Hampton LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone:   (415) 434-9100
Facsimile:    (415) 434-3947
Email:         tperry@sheppardmullin.com
                  mahrens@sheppardmullin.com
                  mlauter@sheppardmullin.com
                  okatz@shappardmullin.com

**Appellee**

M. Sue Preston
c/o Arriva Pharmaceuticals, Inc.
1010 Atlantic Avenue
Alameda, CA 94501

**Miscellaneous Bankruptcy Judge**

**Edward D. Jellen**
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612
Telephone:   (510) 879-3600

**Miscellaneous USBC Manager-Oakland**

U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612
Telephone:   (510) 879-3600