**United States District Court**
Northern District of California
Transcript Designation and Ordering Form

**FILED**
08 JUL 11 PM 1:24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Court of Appeals Case No. 08-16407

U.S. District Court Case No. 08-01279-SI

Short Case Title  AlphaMed v. Arriva

Date Notice of Appeal Filed by Clerk of District Court  06/11/08

ORIGINAL

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 05/23/08 | James Yeomans | Other (Motion to Dismiss) |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. **The designated transcript has already been prepared and filed on the docket in case. See also Certification pursuant to Ninth Cir. Rule 10-3.1. attached hereto**

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
Daniel T. Balmat
Squire, Sanders & Dempsey LLP
One Maritime Plaza, Ste. 300
San Francisco, CA 94111
1.415.954.0383

Date Transcript Ordered [n/a - see above]

_____
Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

## Certification

Pursuant to Ninth Circuit Rule 10-3.1, Appellant, through undersigned counsel, certifies that it is unnecessary to order the additional transcripts designated by Appellee. The transcripts designated by Appellee are not transcripts of proceedings in the District Court appeal below, but rather are transcripts of proceedings in the action in the Bankruptcy Court from which the appeal to the District Court was taken.

Dated: July 11, 2008

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
      Daniel T. Balmat

Attorneys for Claimant-Appellant
ALPHAMED PHARMACEUTICALS CORP.

**CERTIFICATE OF SERVICE**
(Pursuant to Federal Law)

I, REGINA ARROYO, declare as follows:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 11, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**TRANSCRIPT DESIGNATION AND ORDERING FORM**

in a sealed envelope, postage fully paid, addressed as follows:

***SEE ATTACHED SERVICE LIST***

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 11, 2008, at San Francisco, California.

_____
Regina Arroyo

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

CERTIFICATE OF SERVICE
US Court of Appeals Case No. 08-16407

# SERVICE LIST

**Attorneys for Appellee Arriva Pharmaceuticals, Inc.**

**Timothy Charles Perry** *(Lead Attorney)*
**Michael H. Ahrens**
**Michael Magayne Lauter**
**Ori Katz**
**Sheppard Mullin Richter & Hampton LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone:      (415) 434-9100
Facsimile:      (415) 434-3947
Email:          tperry@sheppardmullin.com
                mahrens@sheppardmullin.com
                mlauter@sheppardmullin.com
                okatz@shappardmullin.com

**Appellee**
M. Sue Preston
c/o Arriva Pharmaceuticals, Inc.
1010 Atlantic Avenue
Alameda, CA 94501

**Miscellaneous Bankruptcy Judge**

**Edward D. Jellen**
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612
Telephone:      (510) 879-3600

**Miscellaneous USBC Manager-Oakland**

U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612
Telephone:      (510) 879-3600